# United States District Court
# for the District of Columbia

| | |
|---|---|
| Angie BANTA<br>330 West Brambleton Avenue<br>Norfolk, Virginia 23510 | Case No.: ________________ |
| *Plaintiff* | Judge: ___________________ |
| *vs.* | |
| The Honorable Hung Cao<br>(Acting) Secretary of the Navy<br>1000 Navy Pentagon<br>Washington, D.C. 20350 | **JURY TRIAL DEMAND**<br><br>COMPLAINT - CIVIL |
| *Defendant* | |

## COMPLAINT

**NOW COMES THE PLAINTIFF**, Angie BANTA (f/k/a Costello) ("Plaintiff" or "Ms. Banta"), by and through her undersigned counsel, MNB Meridian Law, Ltd., and hereby files this Complaint against the Defendant, (Acting) Secretary of the Navy, Hung Cao, and the Department of the Navy (hereinafter the "Navy"), and avers as follows:

## I. INTRODUCTION

1. Angie Banta is a highly qualified female mariner – and *only* female qualified U.S. Coast Guard Mariner, and Industrial Equipment Mechanic (WG-5352-10) formerly employed at the Norfolk Naval Shipyard ("NNSY"), who brings this civil action against Defendant Secretary of the Navy, Hung Cao ("Defendant" or "Department of the Navy"), to remedy severe and pervasive violations of Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. § 2000e *et seq.*) and the Rehabilitation Act of 1973, as amended (29 U.S.C. § 791 *et seq.*). As the only female mariner and mechanic assigned to the Norfolk Naval Shipyard, Ms. Banta was subjected

to an unremitting pattern of misogynistic harassment, public sexual humiliation, operational sabotage, physical intimidation, off-duty residential stalking by a male supervisor, retaliatory NNSY credential revocation, arbitrary timekeeping fraud, withholding of a "sea service letter"[1] required to maintain and update her U.S. Coast Guard maritime credentials, intentional subversion of Family and Medical Leave Act ("FMLA") benefits, denial of reasonable medical accommodations, improperly determined to be absent without leave, and constructive termination. Defendant's NNSY leadership actively condoned, empowered, and insulated the male perpetrators, and were perpetrators themselves in driving Plaintiff into severe emotional trauma, physical illness, and unpaid status.

## II. JURISDICTION AND VENUE

2. The Complaint is filed pursuant to Title VII of the Civil Rights Act of 1964 (Title 42 U.S.C. § 2000e, *et seq*.), which prohibits employment discrimination on the basis of sex, discriminatory employment practices, and retaliation for participating in and/or filing a complaint of discrimination or harassment; whistleblowing; Title 28 U.S.C. § 1331, Title 28 U.S.C. § 1343, and the Equal Access to Justice Act (Title 28, U.S.C. § 2412) (collectively the "Claims").

3. Venue is appropriate in the Federal District Court for the District of Columbia insofar as Plaintiff's EEO Claims assert claims that arose under the laws of the United States; are questions of federal law; the Department of the Navy and the (Acting) Secretary are headquartered within the District of Columbia.

---

[1] A **sea service letter** is an official document from a vessel owner, operator, master, or chief engineer that verifies a mariner's work history (*see* https://www.dco.uscg.mil/Portals/9/NMC/pdfs/professional_qualifications/crediting_sea_service.pdf)

## III PARTIES

4. Angie Banta is a United States citizen and was resident of the Commonwealth of Virginia until her constructive termination. She currently resides in the Dominican Republic. Plaintiff is a decorated USCG Merchant Mariner Credential holder, Transportation Worker Identification Credential ("TWIC") holder, Small Craft Operator, and Army veteran. At all times relevant, Plaintiff was employed as an Industrial Equipment Mechanic, WG-5352-10, Step 02 (earning $33.41 to $37.83 per hour) at NNSY.

5. The Department of the Navy is a subordinate executive agency of the Department of Defense, and as such is subject to suit for the discriminatory, wanton, intentional, willful, wrongful acts and/or omissions of Defendants appointees, officers, employees, and agents.

6. Hung Cao serves as the acting Secretary of the Navy, and in that role is responsible to the Secretary of Defense and the President of the United States for and has the authority necessary to conduct all affairs of the Department of the Navy (*see* Title 10 U.S.C. § 8013).

7. Key Responsible Management Officials ("RMOs") and/or harassing personnel involved in the unlawful conduct include:

a. Jason Smith, GS-1601-14, Deputy Production Facility & Equipment Manager (Code 900F.1), Plaintiff's fourth-level supervisor;

b. David Ellison, GS-1601-13, Small Boats & Barges Director / Assistant Project Superintendent (Code 300N1 / 900F), Plaintiff's third-level supervisor.

c. John Harrison, GS-1601-12, Internal Shop Manager / Trades Manager (Code 900F11), Plaintiff's second-level supervisor; issued retaliatory discipline and personal debt taunts.

d. Blake Kalaikai, GS-1601-12, Internal Shop Manager / Zone Manager (Code 900F12), Plaintiff's first/second-level supervisor; conducted intrusive female hygiene interrogation.

e. David Benns, WS-5352-10, Temporary Environmental Workboat Maintenance Supervisor (Code 990F13), Plaintiff's *acting* supervisor; engaged in overly aggressive verbal abuse, attempted to run Plaintiff over with a boat, and off-duty residential stalking.

f. Michael Stokes, WS-5352-10, Industrial Equipment Mechanic Supervisor (Code 990), Plaintiff's direct supervisor; condoned harassment and enforced directive to 'get Banta in line.'

g. Joseph Stephens, WS-5352-10, Industrial Equipment Mechanic Supervisor / Barge Maintenance Supervisor (Code 990), Plaintiff's former supervisor; led restroom key hostility, hygiene mocking, and public 'spooning' smears.

h. Bradley Hocking, WG-5352-10 Mechanic, male coworker who berated Plaintiff, attempted to prohibit Spanish speaking, and targeted her as a 'tattletale.'

## IV EXHAUSTION OF ADMINISTRATIVE REMEDIES

8. Plaintiff has fully satisfied all statutory prerequisites and exhausted her administrative remedies prior to initiating this action:

a. On December 16, 2025, Plaintiff initiated initial contact with an Equal Employment Opportunity ("EEO") Counselor at the Navy EEO Center of Excellence, assigning Navy Docket No. DON Case No. 26-42158-00304.

b. On February 10, 2026, Plaintiff amended and restated her EEO complaint and added new issues to include discrimination based on gender, sex, a hostile work environment, harassment, and retaliation.

c. On March 16, 2026, the Navy EEO Office issued a Notice of Right to File a Formal Discrimination Complaint.

d. On March 25, 2026, Plaintiff, through legal counsel, timely filed her Formal EEO Complaint of Discrimination against the Department of the Navy.

e. On April 30, 2026, Plaintiff, amended her EEO complaint again to include incidents of failing to approve FMLA leave and marking her time on FMLA leave as absent without leave.

f. On June 17, 2026, the Navy EEO Center of Excellence issued a Notice of Acceptance of Claims Forwarded for Investigation, accepting all twenty-three (23) distinct factual claims of sex discrimination, disability discrimination, hostile work environment, and reprisal.

g. On July 8, 2026, Plaintiff again amended her EEO complaint add complaints of failing to provide reasonable accommodations, failure to provide a workplace safe from harassment, and changing the conditions of her employment as a mechanic, to among other things, "clean the bathrooms," mow the lawns, and take out the trash.

h. An administrative EEO investigation was conducted by Advanced EEO Solutions, LLC (Investigator Evanya Stevens) between June 25, 2026, and September 29, 2026, producing a formal 58-page Complainant Affidavit and a Report of Investigation ("ROI").

i. On September 21, 2026, more than 180 calendar days after the filing of the formal complaint without a final agency decision, the Department of the Navy issued a formal 180-Day Notice of Right to File a Civil Action pursuant to 29 C.F.R. § 1614.407(b). Plaintiff brings this action within 90 days of receipt. (*see* Exhibit "A")

## V FACTUAL BACKGROUND

### A. Plaintiff.

9. Plaintiff Angie Banta is a lifelong professional mariner whose distinguished maritime career began in 1999 when she enlisted in the United States Army. Selected specifically for entry-level vessel operations, she completed Watercraft Operator School at Fort Eustis, Virginia, and was subsequently stationed at Fort Story, Virginia, operating Lighter Amphibious Resupply Cargo (LARC) vessels. (*see* Exhibit "B").

10. Following her military service, Plaintiff transitioned into civilian maritime operations in 2000, serving as First Mate aboard the 50-foot charter vessel Bay Fisher out of Newport News Small Boat Harbor, operating throughout the lower Chesapeake Bay. (*see* Exhibit "B").

11. To accrue required sea service time toward her United States Coast Guard (USCG) credentials, Plaintiff secured a commercial deckhand position with Frank Jordan Towing. Aboard twin-screw tugs pushing fuel barges, she completed commercial petroleum delivery runs across demanding coastal waterways ranging from Baltimore, Maryland, to Beaufort, North Carolina.

12. Plaintiff later joined Bay Gulf Trading in Norfolk as a deckhand. When an urgent operational shortage arose, she demonstrated versatility and mechanical acumen by cross-training into marine engineering. She was promoted to vessel engineer, successfully maintaining engine room systems on commercial tug runs between Norfolk, Richmond, Baltimore, and the Carolinas.

13. Following Bay Gulf's acquisition by K-Sea Transportation (and subsequent acquisition by Kirby Offshore Marine), Plaintiff served as an engineer and assistant engineer for more than seven years across rigorous deep-water routes in the Gulf of Mexico, the Upper Hudson River,

and the Port of New York/Staten Island. During this tenure, she managed complex mechanical, propulsion, and auxiliary shipboard systems on increasingly large commercial vessels in extreme weather conditions.

14. Throughout her commercial maritime career, Plaintiff earned and maintained critical merchant mariner credentials, including Standards of Training, Certification and Watchkeeping (STCW) and Person-In-Charge (PIC) certifications, logging decades of documented sea time and comprehensive engine-room and deck maintenance expertise. (*see* Exhibit "B").

15. In addition to commercial tug and barge service, Plaintiff undertook extensive blue-water and coastal passages, restoring a 28-foot cutter-rigged Southern Cross and later custom-building and refitting a 40-foot liveaboard trawler (Spellbound) equipped with advanced marine electrical, solar, and propulsion systems. She operated Spellbound internationally, navigating the ICW, the Bahamas, and the Caribbean until it was destroyed in 2022 by Hurricane Ian.

16. Following the boat's destruction, Plaintiff was recruited back to the Hampton Roads maritime sector by NNSY personnel due to her extensive small craft and vessel engineering background.

17. As a result of the breadth and depth of experience and her maritime skills, Plaintiff is more qualified as a mariner than most of if not all of the employees and supervisors in the NNSY Code 900F, Shop 06 Environmental Boats.

B. Initial Employment and Start of Disparate Treatment.

18. On or about June 4, 2024, Plaintiff Angela Banta was hired by Defendant Norfolk Naval Shipyard (NNSY) as an Industrial Equipment Mechanic (WG-5352-10) in Code 900F, Shop 06 Environmental Boats. Plaintiff was specifically recruited as a qualified female mariner possessing specialized credentials not held by male boathouse personnel.

19. On or about June 10, 2024, Plaintiff completed NNSY indoctrination and was escorted by Trades Manager John Harrison to meet leadership, including Director David Ellison, whom Plaintiff advised regarding 46 C.F.R. mariner standards and local training opportunities.

20. On or about June 25, 2024, when Plaintiff attempted to implement standard Navy seamanship and VHF radio navigation protocols, male coworker Brad Hocking verbally confronted her and assertively refused to comply, stating: "We don't have to do all that stuff."

21. In approximately July 2024 (including July 11, 2024), Supervisor Joseph Stephens subjected Plaintiff to sex-based disparate treatment by assigning her to deckhand duties with contractors while assigning a male employee to operate two vessels simultaneously, a severe maritime safety hazard. On July 11, 2024, Hocking initiated a second verbal altercation with Plaintiff over vessel docking procedures.

22. In approximately August 2024, when Plaintiff conversed in Spanish with a colleague, Hocking mockingly remarked, "I guess you two are AMIGOS now," and aggressively demanded that Plaintiff and her coworker cease speaking Spanish at work.

C. Restroom Denial, Invasive Hygiene Interrogations, and Sexual Harassment.

23. On or about September 30, 2024, upon the delivery of portable toilets to the boathouse—which previously lacked female facilities, Supervisor Stephens publicly laughed at Plaintiff when she inquired which unit was designated for women, responding: "Neither." Plaintiff notified Zone Manager Blake Kalaikai of her intent to secure one unit with a padlock for female safety. (*see* Exhibit “K”).

24. On or about October 1, 2024, Supervisor Stephens escalated the dispute into an aggressive confrontation, pursuing Plaintiff upstairs and outside while angrily demanding the padlock key so male crew members could access the designated female unit. Plaintiff ended the

confrontation by reporting the harassment to Director Ellison and departing for the day. (*see* Exhibit "K").

25. On or about October 2, 2024, Manager Kalaikai subjected Plaintiff to an invasive, inappropriate, and drawn-out interrogation regarding female hygiene, demanding she justify why female employees required a separate restroom facility. (*see* Exhibit "K").

26. On or about October 3, 2024, Supervisor Stephens attempted to reignite the portable toilet key dispute, engaging in hostile, gender-based intimidation until Plaintiff refused to speak with him alone.

27. On or about November 15, 2024, Supervisor Stephens initiated improper sexual rumors regarding Plaintiff and Acting Supervisor Ariel Perez, falsely stating they worked "too closely" and proclaiming that someone should inform Perez's wife that they were "thick as thieves".

28. In approximately late December 2024, at an official NNSY holiday potluck, Supervisor Stephens publicly accused Plaintiff and Perez of "spooning" in front of the entire assembled department, causing severe humiliation.

### C. Safety Breaches, Morale Meeting Berating, and Misogynistic Vandalism

29. On or about January 15, 2025, Plaintiff, Perez, and Jim Benns met with Director Ellison to report leadership breakdowns; Ellison reassigned Kalaikai and Stephens, appointing John Harrison as Trades Manager and Michael Stokes as Supervisor. That same day, Plaintiff and Jim Benns discovered severe, unaccounted-for lower-unit engine damage on an NNSY vessel and reported it immediately to Harrison.

30. On or about January 20, 2025, following the arrival or new operators, NNSY port operations requested emergency dunnage removal. When Hocking went missing from his duty

station and Plaintiff reported the absence, Hocking, Mills, and Stokes berated Plaintiff for being a "tattletale."

31. In approximately January – March 2025, Plaintiff's efforts to update Standard Operating Procedures (SOPs), maintenance checklists, and emergency boat procedures were systematically dismissed by Supervisor Stokes and male peers. Supervisor Stokes called Jim Benns daily to verify Plaintiff's attendance.

32. On or about February 19, 2025, during a severe winter storm where NNSY issued an emergency early release, Trades Manager Harrison ordered Plaintiff only back into hazardous water conditions to move a vessel with Plaintiff executing the emergency mission safely.

33. On or about March 5, 2025, Plaintiff received an official SF-50 Cash Award of $500 for exceptional action during the February 19 storm.

34. On or about April 10, 2025, at a command morale meeting, Plaintiff was berated by Hocking and Mills for requesting a HAZMAT locker at Southgate and explicitly ordered that she was "not allowed to speak to leadership." Plaintiff reported the hostile work environment to Harrison.

35. On or about April 11, 2025, Harrison abruptly transferred Plaintiff to Material Handling Equipment (MHE/Forklifts) alongside her former harassers Stephens and Kalaikai without explanation.

36. On or about May 1, 2025, unopened ketchup packets were placed under Plaintiff's vehicle windshield wipers, a recognized misogynistic taunt mocking female menstruation, and government equipment in her care was also damaged.

37. On or around May 6–12, 2025, Plaintiff was ordered to attend Spill Response Training (FRT), where she delivered safety briefings and received praise from Harrison.

38. On or about May 19, 2025, at Harrison's request, Plaintiff formally reported the harassment up her chain of command via an email statement to Deputy Manager Jason Smith. Upon discovering Harrison was using her statement for his own collateral investigation, Plaintiff severed all non-work contact with Harrison.

39. On or around May 26–30, 2025, Plaintiff was reassigned to the boathouse alongside temporary supervisor David Benns. A coworker, Boerester “instructed” Plaintiff to stop working because it "could be perceived as trying to make everyone else look bad."

40. On May 30, Plaintiff declined Perez's offer to lead operations in order to minimize targeted harassment.

41. In approximately June 2025, David Benns claimed feeling "unsafe" when Plaintiff requested his assistance with routine line removal.

42. In approximately June 2025, when Plaintiff questioned Harrison regarding repeated payroll errors, Harrison mockingly offered to "loan" her money in front of her crew while knowing Harrison personally owed Plaintiff an unpaid debt of several thousand dollars.

43. In approximately July 2025 (including July 23 & July 27, 2025), David Benns repeatedly demanded public apologies from Plaintiff for imagined slights in front of the crew.

44. In July 2025, Plaintiff was granted cash performance awards of $300 (July 23) and $1,243 (July 27).

## D. Hurricane Harassment, Near-Miss Accident, and Retaliatory Credential Revocation

45. On or about August 19, 2025, David Benns lectured Plaintiff regarding her alleged "lack of gratitude" to Harrison during vessel operations, distracting her; when Plaintiff reported the incident to Jim Benns, David Benns accused her of bypassing the chain of command and berated her radio usage in the breakroom.

46. In approximately September 2025, during a severe hurricane event, David Benns screamed at and humiliated Plaintiff while she attempted to pump boat bilges and charge vessel batteries in hazardous weather.

47. Plaintiff was granted a $100 performance cash award on September 17.

48. On or about October 10, 2025, following a near-miss water accident caused by David Benns operating his vessel unsafely, Benns publicly screamed at Plaintiff in front of the crew and threatened to "get rid of her."

49. On or about October 24, 2025, Plaintiff met with Harrison and Perez and requested removal from Captain duties for crew safety due to the ongoing harassment from Benns and others.

50. On or about October 29–30, 2025, Harrison issued Plaintiff a retaliatory Letter of Counseling (Oral in Writing) falsely blaming her for the near-miss incident. Perez admitted to Plaintiff that she was being subjected to a sex-based "witch hunt" but claimed he was powerless to stop it.

51. In approximately November 2025, Jim Benns engaged in stalking-like conduct, creeping up behind Plaintiff and interrupting her conversations. False rumors were circulated across NNSY claiming Plaintiff "sunk a boat," destroying her professional reputation. Jim Benns further falsely accused Plaintiff in front of her crew of being unable to read an engine dipstick.

E. <u>EEO Protected Activity, Residential Stalking, and Physical Collapse</u>

52. On or about December 11, 2025, in a morning shop meeting, David Benns publicly proclaimed in front of peers that Plaintiff would "NEVER" be permitted to attend command leadership development classes, placing a wager on her exclusion.

53. On or about December 12, 2025, Harrison refused to permit her to attend leadership training. When Plaintiff called Harrison after hours, he verbally berated her over the phone and via text message.

54. On or about December 16, 2025, Plaintiff engaged in protected EEO activity by contacting Navy EEO Counselor Joy Hawthorne.

55. On or about December 18–19, 2025, Plaintiff cleared her personal belongings from her desk after hours, emailed Perez documenting ongoing boathouse harassment, and took her assigned computer home.

56. On or about December 21, 2025, five days after Plaintiff's EEO contact, temporary supervisor David Benns engaged in off-duty residential stalking at Plaintiff's private apartment complex (Hague Towers) in a teal Ford truck at approximately 3:00 PM. (*see* Exhibit “K”).

57. On or about December 22, 2025, David Benns returned to stalk Plaintiff's residence in a beige vehicle, idling behind her building for an extended period; Plaintiff requested security video from building management. (*see* Exhibit “K”).

58. On or about December 23, 2025, experiencing severe terror from the residential stalking, Plaintiff suffered an acute mental health breakdown in her building elevator, contemporaneously witnessed by her neighbor. (*see* Exhibit “K”).

59. On or about January 1–6, 2026, Harrison sent text messages wishing Plaintiff "Happy New Year," inquiring about her absence, and pitching non-maritime job opportunities.

60. On or about January 7, 2026, Plaintiff reported the residential stalking to Ellison, stating fearing for physical safety. Ellison refused administrative leave, urged her to leave federal service, demanded the return of her government laptop, and falsely threatened her with military

gate detention, claiming her assigned laptop was "stolen government property." (*see* Exhibit "N").

61. On or about January 8, 2026, EEO Counselor Hawthorne conducted a formal EEO intake interview with Plaintiff.

62. On or about January 9, 2026, Plaintiff surrendered her laptop to tech support. Director Ellison issued a formal notice stripping Plaintiff's vessel credentials, ordering her transfer to MHE, and citing a fabricated a document claiming "follow-up review dated approximately 12/3/2025." (*see* Exhibit "N").

63. On or about January 10–12, 2026, Plaintiff requested administrative leave from Deputy Manager Jason Smith; Smith refused and demanded an in-person meeting. Plaintiff initiated clinical mental health treatment for acute panic disorder, major depression, severe anxiety, and PTSD resulting from workplace hostility.

64. On or about January 13, 2026, Smith and Ellison forced Plaintiff into a coercive meeting, where they berated her EEO filing and maritime competency, causing Plaintiff to suffer an acute panic collapse and become violently physically ill on site.

65. On or around January 14–22, 2026, Plaintiff documented the meeting harassment in an email to Smith and requested FMLA leave. On January 22, Plaintiff was prescribed anti-anxiety medications that restricted her from operating heavy machinery. (*see* Exhibit "P")

E. FMLA Subversion, Payroll Fraud & Physical Doorway Blockade

66. On or about February 4, 2026, Ellison issued another directive demanding Plaintiff return to work while management referred all communications to Smith.

67. On or about February 20, 2026, Plaintiff was notified that her Voluntary Leave Transfer Program (donated leave) request was denied. Although Management approved Plaintiff for 480

hours of FMLA leave, Smith, Kenneth Sasser, and HR personnel intentionally failed to enter her FMLA coding into NNSY pay systems, blocking donated leave access and maliciously placing her on over 1,004 hours of Leave Without Pay (LWOP) and false AWOL status.

68. On or about February 24, 2026, NNSY published advertisements for Plaintiff's job on its official Facebook page, while Harrison posted private advertisements: "I am hiring."

69. On or about March 10, 2026, Ellison and Harrison intercepted a fellow employee in a government vehicle, demanding he sign a false statement smearing Plaintiff's character under threat of transfer.

70. On or about March 26, 2026, EEO Counselor Hawthorne issued a formal Receipt of EEO Complaint.

71. On or about April 13–20, 2026, HR Specialist Prescott and union representation attempted to correct Plaintiff's Leave and Earnings Statements (LES) and FMLA records, reporting Harrison's improper leave manipulations to EEO. However, the records were never corrected.

72. On or around April 24–27, 2026, NNSY supervisors attempted to create alternative work assignments excluding the boathouse, falsely asserting that reassignment was not punitive and directing Plaintiff to report back to Smith, a supervisor and subject of Plaintiff's EEO complaints.

73. On or about May 5–6, 2026, Plaintiff visited HR and Labor Employee Relations (LER) directly; LER personnel brushed her off and instructed her to report to her harassing supervisor Smith.

74. On or about May 8, 2026, NNSY supervisors emailed Plaintiff chastising her for speaking with boathouse crew members.

75. On or about May 11, 2026, Plaintiff's counsel notified NNSY that Plaintiff would return to her boathouse position.

76. On or about May 11, 2026, Smith demanded Plaintiff submit improper and backdated LWOP leave requests. The LWOP status was never corrected.

77. On or about May 11, 2026, Plaintiff delivered the requested documents to Smith's office under threat. When Plaintiff attempted to return to work at the boathouse, Ellison physically blocked the boathouse doorway, issuing verbal threats alongside Smith and denying her physical entry.

78. On or about May 13, 2026, Plaintiff waited for several hours at LER while observing vehicles belonging to Stokes, Harrison, Benns, and Ellison outside. Upon requesting to speak to Smith's supervisor, Plaintiff was directed to Ursula Jones (GS-15).

79. On or about May 20–28, 2026, Plaintiff met with Ursula Jones, who referred her back to her harasser Smith.

80. On May 28, Jones offered reassignment to St. Julien's Creek Annex, which Plaintiff accepted under duress to restore pay status.

## G. St. Julien's Creek Harassment, Official Time Denials, and Constructive Termination

81. On or about June 1, 2026, Plaintiff reported to Supervisor Shaun McPherson at St. Julien's Creek Annex.

82. On or about June 10, 2026, Gary Harvey ordered Plaintiff to clean restrooms, stating: "What do you think you're here for? ... I'm a GS-13, I can say anything I want to you."

83. On or about June 12, 2026, Harvey repeatedly propped open the ladies' restroom door and utilized the female facility.

84. On or about June 22–23, 2026, a coworker Robert Phillips confronted Plaintiff alone in the warehouse with a suspicious "Protective Order" demanding her immediate signature. Reluctantly and under duress, Plaintiff scanned and emailed a signed copy to Smith.

85. On or about June 24–25, 2026, work leaders and contractors informed Plaintiff that leadership instructed crews to avoid her because "problems follow her" and inquired why she had been "fired from the boathouse AGAIN."

86. Between July 9 and 17, and again from July 20 to 28, 2026, Plaintiff was approved for paid administrative leave to complete the several hundred question EEO declaration. However, Plaintiff's temporary supervisors, disclosed that leadership was angry over her leave approvals and warned her: "They think they have you in their crosshairs now."

87. On or about July 29, 2026, Plaintiff attended a meeting in Building 1500 with Ursula Jones and McPherson.

88. On or about July 30–31, 2026, Harvey delivered internal management emails to Plaintiff's desk and confronted her while she worked alone. Plaintiff submitted a leave chit requesting Official Time for the EEO investigation phase, but was denied by Smith citing "workload," with that "workload" being emptying trash, mowing grass, and building shelves.

89. On or about August 3–6, 2026, the NNSY Commanding Officer denied Plaintiff's open-door request, instead directing Plaintiff to HR Specialist Kenneth Sasser.

90. On August 5, Plaintiff emailed Sasser requesting intervention regarding reasonable accommodations and safety.

91. On or about August 10, 2026, HR Specialist Powe assisted Plaintiff in completing formal Reasonable Accommodation application forms.

92. On or about August 12, 2026, McPherson ordered Plaintiff to perform manual landscaping labor outside her Position Description, despite medical restrictions prohibiting power tool operation.

93. On or about August 21, 2026, Plaintiff met with Sasser and HR Specialist Richardson, who informed Plaintiff that she would also be investigated due to her harassment complaint. Plaintiff's reasonable accommodation request was routed to Sasser.

94. On or about August 25, 2026, Smith again denied Plaintiff's Official Time leave chits to complete EEO affidavits. Realizing that remaining at NNSY was severely destructive to her mental health, Plaintiff notified McPherson that she could no longer return and that she had been constructively terminated.

95. In early September 2026, EEO Specialist Poe informed Plaintiff that Sasser was still "looking into" accommodations; facing unendurable hostile conditions, total loss of pay, denial of medical accommodations, and continuous reprisal, Plaintiff submitted her formal Notice of Constructive Termination to Navy leadership on or about September 6, 2026.

96. On or about September 10, 2026, Plaintiff met with Sasser while experiencing severe physical trauma and hyperventilation. Sasser forced Plaintiff through accommodation paperwork despite her constructive termination. Plaintiff signed the paperwork with a shaking hand, surrendered her security badges, and departed NNSY permanently.

97. As of the date of this Complaint, and despite submitting her notice of constructive termination and relinquishing her NNSY access badges to Sasser on September 6, 2026, and solely bolster its EEO and litigation position, Defendant has been documenting Plaintiff as AWOL in the NNSY payroll system. (*see* Exhibit "Q")

98. Defendant's inability to properly document Plaintiff's employment status has prohibited Plaintiff from obtaining certain benefits and follow-on employment.

**COUNT I**

Discrimination based on Sex and Disparate Treatment

42 U.S.C. § 2000e-16

99. Plaintiff realleges and incorporates by reference all preceding paragraphs.

100. Plaintiff is a member of a protected class based on her sex (female). At all times, she was fully qualified to perform her duties as an Industrial Equipment Mechanic and Small Craft Operator.

101. Defendant and its employees subjected Plaintiff to adverse employment actions and disparate treatment in the terms, conditions, and privileges of her employment because of her sex, including stripping NNSY vessel operating credentials, assigning contract deckhand labor, denying leadership training, issuing retaliatory counseling letters, forcing non-pay LWOP status, and constructively terminating her employment while male peers were treated favorably.

102. As a direct and proximate result of Defendant's unlawful sex discrimination, Plaintiff suffered substantial economic losses, back pay, lost benefits, and severe mental anguish, humiliation, and emotional distress.

**COUNT II**

Hostile Work Environment & Sexual Harassment

42 U.S.C. § 2000e-16

103. Plaintiff realleges and incorporates by reference all preceding paragraphs.

104. Plaintiff was subjected to unwelcome, severe, and pervasive harassment based on her sex, including public mocking of female sanitation needs, intrusive hygiene interrogations, public 'spooning' smears, menstruation vehicle vandalism (ketchup packets), dangerous operational orders during severe weather, and off-duty residential stalking by a supervisor.

105. The harassment altered the conditions of Plaintiff's employment and created an intimidating, hostile, and offensive working environment. Defendant had actual knowledge of the harassment as early as May 19, 2025, but failed to take prompt and effective remedial action, permitting the abuse to escalate.

106. Defendant is vicariously and directly liable for the hostile work environment created by its supervisory personnel.

**COUNT III**

Retaliation and Reprisal

42 U.S.C. § 2000e-16

107. Plaintiff realleges and incorporates by reference all preceding paragraphs.

108. Plaintiff engaged in protected EEO activity by submitting internal chain-of-command complaints on May 19, 2025, and contacting an EEO Counselor on December 16, 2025 (DON Case No. 26-42158-00304).

109. Defendant took materially adverse employment actions against Plaintiff in direct reprisal for her EEO activity, including off-duty residential stalking, stripping NNSY vessel credentials, threatening military gate detention, berating her into physical illness, denying Official Time, sabotaging her FMLA coding, forcing over 1,004 hours of LWOP/AWOL status, and constructively terminating her.

110. A causal connection exists between Plaintiff's protected EEO activity and Defendant's adverse actions, which occurred immediately following her EEO contacts.

**COUNT IV**

Disability Discrimination & Hostile Work Environment

29 U.S.C. § 791

111. Plaintiff realleges and incorporates by reference all preceding paragraphs.

112. Plaintiff is a qualified individual with a disability within the meaning of the Rehabilitation Act, suffering from severe service-related mental health impairments (PTSD, panic disorder, major depression,

severe anxiety) that substantially limit major life activities, including sleeping, eating, and emotional regulation.

113. Defendant was aware of Plaintiff's disabilities by January/February 2026. Defendant discriminated against Plaintiff on the basis of her disability by subjecting her to a hostile work environment, devaluing her maritime competency when she became ill, placing her on forced LWOP/AWOL, and constructively discharging her.

**COUNT V**

Failure to Accommodate & Retaliation

29 U.S.C. § 791

114. Plaintiff realleges and incorporates by reference all preceding paragraphs.

115. Plaintiff requested reasonable accommodations for her disabilities, including reassignment to a safe work site free from her stalker and harassers, and administrative leave during investigation.

116. Defendant failed and refused to engage in an interactive process in good faith, verbally denied her accommodation requests, subverted her FMLA processing to block donated leave, and retaliated against her for requesting disability accommodations by cutting off her pay.

**WHEREFORE**, Plaintiff Angie Banta respectfully requests that this Court enter judgment against Defendant Hung Cao, (Acting) Secretary of the Navy, and grant the following relief:

a. Award compensatory damages in an amount proven at trial but not less than $300,000;

b. Award punitive damages in an amount proven at trial;

c. Award direct and indirect medical costs and expenses incurred as a result of Defendant's unlawful conduct;

d. Declare that Defendant violated Title VII of the Civil Rights Act of 1964 and the Rehabilitation Act of 1973;

e. Order Defendant to reinstate Plaintiff's Small Craft Operating Authorizations and expunge all retaliatory Letters of Counseling, reprimands, AWOL designations, and negative personnel records;

f. Order Defendant to award Plaintiff full back pay, front pay, lost benefits, step increases, and retroactive conversion of all 1,004+ LWOP/AWOL hours to paid administrative leave with pre-judgment interest;

g. Award Plaintiff compensatory damages for emotional distress, mental anguish, physical illness, loss of reputation, and medical expenses pursuant to 42 U.S.C. § 1981a;

h. Award Plaintiff reasonable attorney's fees, expert witness fees, and litigation costs pursuant to 42 U.S.C. § 2000e-5(k) and 29 U.S.C. § 794a;

i. Grant such other and further relief as this Court deems just, equitable, and proper.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38, Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted:

MNB MERIDIAN LAW, LTD

By: ______________________________

Christopher Nuneviller, Esq.
PA Sup.Ct. ID. No.: 81969
DCDC Bar No.: PA0148
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Main: (215) 268-3003
Facsimile: (267) 392-2024
Email: cnuneviller@mnbmeridian.com

# Exhibit (A)

**DEPARTMENT OF THE NAVY**
EEO CENTER OF EXCELLENCE
PORTSMOUTH NAVAL SHIPYARD
PORTSMOUTH, NEW HAMPSHIRE 03804-5000

12713
Ser N1EEO3/542
September 21, 2026

Ms. Angie Banta
330 W Brambleton Avenue
Norfolk, VA 23510

Dear Ms. Banta:

SUBJECT: INVESTIGATION NOT COMPLETED AS REQUIRED BY 29 CFR 1614.108 (f) FOR FORMAL COMPLAINT OF ANGIE BANTA V HUNG CAO ACTING SECRETARY OF THE NAVY DON NUMBER 26-42158-00304

This is your notice that the Department of the Navy (DON) has been unable to complete its investigation within the time limits required by 29 CFR 1614.108 (f). The new estimated completion date of the investigation is October 2, 2026.

At this time, you have the right to request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge or to file a civil action in an appropriate U.S. District Court.

As the alternative, you may wait until the investigation is complete, at which time, you will receive notice of the right to request a hearing before an EEOC Administrative Judge or to request an immediate Final Agency Decision. If you choose to wait for the investigation to be completed, you need not take any action at this time. The issuance of this Notice does not operate to waive your right to seek sanctions against the Agency for failing to complete the investigation within the required regulatory time frame.

If you decide not to wait for the investigation to be completed, you may request a hearing with the Equal Employment Opportunity Commission (EEOC). Your hearing request must be submitted directly to the EEOC at the address provided below

Equal Employment Opportunity Commission
Charlotte District Office
Equal Employment Opportunity Commission
129 West Trade Street, Suite 400
Charlotte, NC 28202

Controlled by: Department of the Navy
Controlled by: USFFC N1EEO3
CUI Category: PRVCY
Distribution/Dissemination
Control: FEDCON
POC: USFFC N1EEO3, jessica.m.mackenzie3.civ@us.navy.mil; 207-438-1568

12713
Ser N1EEO3/542
September 21, 2026

As an alternative you may submit your request electronically through the EEOC's public portal located at: https://publicportal.eeoc.gov

with a copy to the Equal Employment Opportunity (EEO) Office processing this complaint:

U.S. Fleet Forces Command
EEO Center of Excellence, N1EEO3
Portsmouth Naval Shipyard
Portsmouth, NH 03804-5000

You must certify to the EEOC that you provided the DON a copy of your hearing request via the EEO Office servicing your complaint.

Instead of requesting a hearing with the EEOC, you may file a civil action in an appropriate United States District Court in accordance with 29 CFR 1614.407 (b).

The point of contact for this matter is Ms. Jessica Mackenzie, U.S. Fleet Forces Command EEO, Center of Excellence N1EEO3, Portsmouth Naval Shipyard, Portsmouth, NH, 03804 -5000, (207) 438-1568.

Sincerely,

Jessica Mackenzie
JESSICA MACKENZIE
Deputy Director
Equal Employment Opportunity

Enclosure: 1. Hearing Request Form

Copy to: Agency Representative

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing INVESTIGATION NOT COMPLETED AS REQUIRED BY 29 CFR 1614.108 (f) in the formal discrimination complaint of ANGIE BANTA V HUNG CAO ACTING SECRETARY OF THE NAVY DON NUMBER 26-42158-00304 was mailed this date to the following:

| **ADDRESS** | **MAIL METHOD** |
|---|---|
| MS. ANGIE BANTA<br>angieecostello@yahoo.com | ELECTRONIC TRANSFER<br>VIA DOD SAFE |
| COMPLAINANT'S REPRESENTATIVE<br>Mr. Christopher Nuneviller<br>cnuneviller@mnbmeridian.com | ELECTRONIC TRANSFER<br>VIA DOD SAFE |
| AGENCY REPRESENTATIVE<br>NNSY Office of Legal Counsel | ELECTRONIC FILE |

Jessica Mackenzie
RESPONSIBLE PARTY

9/21/26
DATE

"For timeliness purposes, it will be presumed that this notice was received within five (5) calendar days after it was mailed for delivery via regular mail."

# Exhibit (B)

IDEMIA
Attn: TWIC OneVisit DMH
340 Seven Springs Way, Suite 250
Brentwood, TN 37027

TWIC — Security · Access · Privacy

Transportation Security Administration

Universal ENROLL

20235840 000259 N

ANGIE COSTELLO
411 WALNUT ST
PMB 20556
GREEN COVE SPRINGS, FL 32043 3443

**Congratulations! Your TWIC® application was approved, and your new TWIC® is enclosed.**

Please take a moment to check your TWIC® for any visible damage and verify that all personal information on the card is accurate. If any of the information on your TWIC® is incorrect, please call the Universal Enrollment Services (UES) Call Center at 1-855-DHS-UES1 (1-855-347-8371) Monday through Friday from 8:00am to 10:00pm Eastern Time.

The 8-digit Personal Identification Number (PIN) for your TWIC® has been mailed to you in a separate envelope. Please note: as per U.S. Coast Guard maritime regulations, prior to granting you entry, facilities may conduct a visual inspection of your TWIC®, require that you provide your PIN, or use your fingerprints in order to verify your identity.

If you do not receive your PIN within 5 business days of receiving your TWIC®, or have questions regarding your TWIC®, please call the UES Call Center at the number listed above.

To ensure the technology features of your TWIC® continue working for the five-year life of the card, it is recommended that you:

- Keep your TWIC® in the card holder provided when you enrolled;
- Avoid exposing your TWIC® to excessive heat, sunlight, or strong magnets;
- Avoid repeatedly flexing or bending your TWIC®, as may occur in a wallet.

**TSA PreCheck® Eligibility**

TSA PreCheck is an expedited security screening program providing travelers who depart from U.S. airports and the Lynden Pindling International Airport located in Nassau, Bahamas, with smarter security and a better air travel experience. Active (unexpired) TWIC® card holders who are eligible for TSA PreCheck may receive expedited screening. Eligible TWIC® holders must include their TWIC® card's Credential Identification Number (CIN) in the appropriate "Known Traveler Number" field of their airline reservation. The CIN is printed on the lower left-hand corner on the back of the TWIC®. For information on TSA PreCheck, please visit: **www.tsa.gov/precheck** [illegible] th seen and unseen, throughout the airport. All travelers will be scr[illegible]

For additional information on the TWIC® program, please visi[illegible]
Thank you,

Transportation Security Administration

THE CARD IDENTIFIER ON THE BACK OF YOUR CARD IS:

CIN=27188188 IIN=70991438



This document is a seafarers' identity document for the purpose of the Seafarers' Identity Documents Convention (Revised), 2003, of the International Labor Organization.

Angie E. Marino

SIGNATURE OF BEARER

**UNITED STATES OF AMERICA**

***MERCHANT MARINER CREDENTIAL***

Issued By: The United States Coast Guard National Maritime Center
Website: http://www.uscg.mil/nmc Phone: 1-888-I-ASK-NMC

Document Number
[redacted]



Type
PG

Country Code
USA

Reference Number
2618838

Full Name
ANGIE ELIZABETH MARINO

Present Address
ONE CRAWFORD COURT
PORTSMOUTH, VA 23704

Citizenship
USA

Height
5'05"

Hair Color
BRO

DOB
[redacted]

Sex
F

Weight
167

Eye Color
BRO

Place of Birth
TITUSVILLE, PA

Issue Date
27-JAN-2012

Expiration Date
27-JAN-2017

PGUSAMARINO<<ANGIE<ELIZABETH<<<<<<<<<<<<<<<<<
[redacted]<<<<<<<<<<<<<<<<0

**National Health & Safety Association**

**Standard CPR/AED (adult, child, infant)**

STUDENT **Angie E Costello**

This card certifies that the individual has successfully completed the requirements in accordance with the National Health & Safety Association curriculum.

CERTIFIED ON **Aug 6, 2023** VALID 2 YEARS

Course administered by the National Health & Safety Association following the 2020 ECC/ILCOR and American Heart Association guidelines.

ID **541537-5200005D86**

For course details and recertification, visit cpr.io

You'll find your card above. It includes the date of certification, a unique id, and the title of the course you took with National Health & Safety Association.

Print your card, cut it out, and then fold it down the center. You can then tape or glue it together. Carry the card in your wallet or purse, to have available if you need to reference it.

We have also sent an email with a link to your wallet card. Make sure to save the email so you can print additional copies of your card at any time.

Congratulations,

National Health & Safety Association

# Exhibit (C)

# Federal Wage System Job Grading Standard for Industrial Equipment Mechanic, 5352

## Table of Contents

WORK COVERED .......... 2

WORK NOT COVERED .......... 2

TITLES .......... 4

GRADE LEVELS .......... 4

HELPER AND INTERMEDIATE JOBS .......... 4

NOTE TO USERS .......... 4

INDUSTRIAL EQUIPMENT REPAIRER, GRADE 8 .......... 5

INDUSTRIAL EQUIPMENT MECHANIC, GRADE 10 .......... 6

# WORK COVERED

This standard covers nonsupervisory work involving the dismantling, repairing, relocating, modifying, maintaining, aligning, and installing of general nonproduction industrial plant machinery, equipment, and systems such as bridge cranes, towveyor/conveyor and pneumatic tube systems, sandblasting machines, and other industrial plant support machinery and equipment; service, industrial waste and flood control equipment such as compressors, pumps, and valves; and engraving machines, aircraft test block equipment, and fire extinguishing systems.

The work requires a practical knowledge of the mechanical, hydraulic, and pneumatic systems and components of diverse industrial plant support machinery and equipment, and other equipment that control industrial waste and provide service to establishments such as industrial plants, machine tool repair shops, and hospitals. This includes detailed knowledge of the operating characteristics of the involved systems and equipment, and of the applicable installation and repair procedures, methods, and trade practices.

# WORK NOT COVERED

This standard does not cover work that primarily involves:

- Installation, maintenance, repair, and modification of production machinery, equipment, and systems such as standard and numerically controlled machine tools, woodworking and metalworking machines used in the production of goods (see Job Grading Standard for Production Machinery Mechanic, 5350);

- Installation, maintenance, and repair of marine machinery and equipment such as propulsion machinery, propellers, rudders, and anchor handling gear (see Job Grading Standard for Marine Machinery Mechanic, 5334);

- Installation, maintenance, and repair of electrical wiring systems, fixtures, controls, and equipment such as generators, electric motors, and transformers requiring an in depth knowledge of circuitry, theories, and their practical application (see Job Grading Standard for Electrician, 2805 or Electrical Equipment Repairing, 2854);

- Manufacture anti repair of parts and items of equipment using various types of standard and special machine tools, and their attachments, to machine metals, metal alloys, and other materials (see Job Grading Standard for Machining, 3414);

- Welding metals and alloys when such trade skills are paramount and constitute the primary purpose of the position (see Job Grading Standard for Welding, 3703);

- Fabrication, repair, and installation of sheet metal parts, items, and assemblies such as wing patches and flaps, metal furniture, drying ovens, and air frames (see Job Grading Standard for Sheet Metal Mechanic, 3806);

- Repair, modification, and installation of a variety of locking devices typically found on doors, safes, vaults, and other secured locations (see Job Grading Standard for Locksmithing, 4804);

- Installation, maintenance, and repair of water, air, steam, gas, oil, and sewer pipelines and systems (see Job Grading Standard for Pipefitting, 4204 or Plumbing, 4206);

- Installation, modification, test, and repair of various medical, laboratory, and dental equipment such as X-ray units, operating tables, sterilizers, and cardiac monitors (see Job Grading Standard for Medical Equipment Repairing, 4805);

- Cleaning, making minor repairs, oiling, and greasing custodial equipment such as waxing machines, vacuum cleaners, and power scrubbing machines (see Custodial Equipment Servicing Series, 4808);

- Installation, maintenance, and repair of major appliances such as automatic washers and dryers (see Domestic Appliance Repairing Series, 4855);

- Repair and modification of a variety of refrigeration and air conditioning equipment and systems that achieve regulated climatic conditions (see Job Grading Standard for Air Conditioning Equipment Mechanic, 5306);

- Installation, maintenance, repair, and modification of equipment such as coal, gas, oil fired heaters and hot air furnaces, high and low pressure steam boilers, hot water boilers, power generating equipment, and similar systems (see Job Grading Standard for Heating and Boiler Plant Equipment Mechanic, 5309);

- Installation, repair, and alteration of commercial kitchen and/or bakery equipment such as gas and electric ranges, fryers, steam tables, potato peelers, dishwashers, and other food equipment used in cafeterias, hospitals, etc. (see Kitchen/Bakery Equipment Repairing Series, 5310);

- Repair of laundry, dry cleaning, and related equipment (see Laundry and Dry Cleaning Equipment Repairing Series, 5317);

- Constructing, installing, and repairing electric and gas furnaces used for melting and refining metals and for annealing and heat treating blanks and dies (see Industrial Furnace Building and Repairing Series, 5341);

- Installation, maintenance, and repair of door operating equipment including fully automatic and semi-automatic hydraulic, pneumatic, electrical, and spring-loaded mechanical operators and controls (see Door Systems Mechanic Series, 5364);

- Modification, maintenance, and repair of hydraulic and/or pneumatic systems and components that actuate mechanisms or produce, control, and regulate fluid flow (see Job Grading Standard for Pneudraulic Systems Mechanic, 8255);

- Repairing and testing small gasoline engines such as those found in lawn mowers, power saws, and other similar equipment (see Small Engine Mechanic Series, 8610).

## TITLES

Jobs covered by this standard at the grade 10 level and above are to be titled *Industrial Equipment Mechanic*.

Jobs covered by this standard below the grade 10 level (other than Helper and Intermediate jobs) are to be titled *Industrial Equipment Repairer*.

## GRADE LEVELS

This standard does not describe all possible levels at which jobs may be established. If jobs differ substantially from the skill, knowledge, or other work requirements of the grade levels described in this standard, they may warrant grading either above or below these grades based on the application of sound job grading methods.

## HELPER AND INTERMEDIATE JOBS

Helper jobs are graded by the Office of Personnel Management Job Grading Standard for Trades Helper Jobs. The grade 8 level in this standard does not apply to jobs that are part of a planned program of training and development of skills for advancement to a higher grade. Such trainee jobs are covered by the Office of Personnel Management Job Grading Standard for Intermediate Jobs. (Grade 10 in this standard is to be used as the "journey level" in applying the Intermediate Job Grading Table.)

## NOTE TO USERS

**Coverage**--Industrial equipment mechanics, covered by this standard, typically perform work on a variety of industrial plant equipment and systems. However, some jobs may specialize in work on only one type of equipment or system, for example, a conveyor and/or towveyor system. Such jobs are also covered by this standard unless the specialized work is specifically recognized in Part 2 of the Handbook of Occupational Groups and Families as a separate occupation. Thus, jobs specializing in the repair, installation, and maintenance of utility service systems, pumps, and valves only are graded in the Plumber occupation. Similarly, jobs concerned only with the repair, installation, and maintenance of automatic and manual doors and windows, locks, furnaces, furniture and fixtures, sterilizers, hydraulic beds, wheel chairs, kitchen and baking

equipment, automatic washers and dryers, vacuum cleaners, pneumatic and hydraulic control systems, or power house equipment are graded to the particular occupations involved.

**Incidental Work** -- In working on the mechanical, hydraulic, and pneumatic mechanisms and components of industrial plant support machinery, equipment, and systems, industrial equipment mechanics typically must have sufficient knowledge of the electrical/electronic mechanisms and devices involved to be able to distinguish mechanical, hydraulic, or pneumatic failures from those which are electrical or electronic. (Defects requiring in depth knowledge of electricity or electronic principles are referred to other personnel, e.g., electricians and electronic industrial controls mechanics.) In addition, industrial equipment mechanics may perform other incidental work operations such as machining parts using portable and fixed machine tools, checking and replacing electrical wiring and connections, and welding. Therefore, such work operations are mentioned at different grade levels in this standard. However, this standard is not directly applicable to such incidental work. If such incidental work operations are the primary function of a position, it should be graded by the appropriate specialized standard or by cross-series comparison using sound job grading methods. Similarly, the presence or absence of such incidental duties in a job covered by this standard does not affect the grade level of the industrial equipment mechanic work performed.

# INDUSTRIAL EQUIPMENT REPAIRER, GRADE 8

*General*: Grade 8 industrial equipment repairers apply specific maintenance and repair procedures to install, maintain, and repair general industrial plant machinery and equipment such as sandblasting machines, degreasers, chain hoists, hydraulic jacks, fire fighting equipment, steam cleaners, and other nonproduction machinery and equipment of similar complexity. They also install and repair foundations for industrial nonproduction machinery, using impact drills and building materials such as wood, cement, and steel; bolt down parts and accessories to foundations; and connect steam lines, fair hose couplings, fuel lines, lubricating systems, and any other power source prior to operation. Grade 8 industrial equipment repairers may assist higher grade equipment mechanics on assignments involving major systems or machinery of greater complexity by disassembling and assembling the simpler components and assemblies, locating and repairing or replacing defective parts and components.

*Skill and Knowledge*: Grade 8 industrial equipment repairers are skilled in the use of test equipment and measuring devices such as levels, feeler gauges, dial indicators, micrometers, tachometers, and calipers to repair, adjust, and test machinery and equipment such as rotary blast machines, acid vats, fume separators, fire escapes, guard rails, ladders, catwalks, paint mixing machines, pots, and sprayers. They are also skilled in the use of various portable machine and hand tools, for example, flange facing machines, drills, grinders, punch presses, and cutting machines to make routine cuts, shapes, bores, and grinds in the installation and repair of these and other equipment and machinery of similar complexity. Repair operations involve the removal of old or damaged parts and rematching, boring, realigning, and refitting. The work requires the ability to interpret blueprints, diagrams, and other drawings, and the use of arithmetic and standard handbook formulas in performing dimensional measurements and maintaining required tolerances.

Grade 8 industrial equipment repairers are knowledgeable of the mechanical, pneumatic, and hydraulic operating characteristics of a variety of equipment and machinery and are familiar with the various metals needed for a given repair job as specified in the job order or bill of materials. Incidental to their work, repairers also may machine small parts using portable or fixed machine tools such as small lathes or milling machines, check and replace electrical wiring and connections, and spot weld.

*Responsibility*: Grade 8 industrial equipment repairers receive assignments from their immediate supervisor, either orally or in writing. They work from simple plans, sketches, and detailed specifications and are held responsible for completion of routine tasks and adherence to instructions and accepted trade practices. On routine work, they determine the proper standardized methods, techniques, and procedures required; tools to use; and complete assignments that are subject to review in progress and upon completion. On new or unusual assignments, the supervisor explains in detail the steps to follow and checks frequently for adherence to instructions. In contrast to grade 10 industrial equipment mechanics who have responsibility for independently troubleshooting, diagnosing, planning, and completing projects or work orders involving major systems, grade 8 industrial equipment repairers are subject to close supervision on such assignments or are usually responsible for only specified segments of major systems.

*Physical Effort*: Grade 8 industrial equipment repairers frequently handle objects weighing 20 kilograms (45 pounds) and occasionally carry objects weighing 20 kilograms (45 pounds) and over for considerable distances. They are required to push, pull, reach, walk, stand, crawl, kneel, bend, and work in cramped positions over and under machinery of all types for sustained periods of time.

*Working Conditions*: Grade 8 industrial equipment repairers usually perform work inside areas that are adequately lighted, ventilated, and heated. Floor and deck surfaces are sometimes uneven, oily, and slippery. They are frequently exposed to moving objects and sharp edges with the possibility of cuts and bruises, and to noise and vibration from machines. Occasionally they climb and work from ladders and stagings exposing the repairers to the possibility of serious injury from slipping and falling. Dirt, grease, and dampness are frequently encountered. Various protective devices such as hard hats, gloves, safety shoes, and glasses are used.

## INDUSTRIAL EQUIPMENT MECHANIC, GRADE 10

*General*: Grade 10 industrial equipment mechanics apply a variety of methods, procedures, and techniques to lay out, install, align, repair, overhaul, and maintain various types of nonproduction industrial plant machinery, equipment, and systems that are technically more complex than types described at the grade 8 level, i.e., the equipment and machinery have complex interrelationships among components and diagnosis of trouble is more difficult due to various possible causes and combinations of factors that may be the source of trouble.

Grade 10 industrial equipment mechanics disassemble and repair general industrial plant machinery, equipment, and systems such as towveyor and conveyor systems, bridge cranes, air compressors, engine and hydromatic dynamometers, and aircraft test blocks. They determine the nature and extent of repairs necessary and make needed repairs by replacing, reworking, or refinishing worn or damaged parts and components. The mechanics reassemble and install the equipment, connect the power sources perform operational and functional tests and make required adjustments in order to ensure proper operation of the entire system. They also install, replace, adjust, and set various regulating or safety devices such as meters, gauges, governors, and automatic alarms.

*Skill and Knowledge*: In comparison with grade 8 industrial equipment repairers, grade 10 industrial equipment mechanics apply a greater knowledge of installation and repair of more complex equipment and machinery such as engraving machines, exhaust units, caissons, ozalid print masters, reducing valves, and pneumatic tube systems.

Depending on the specific nature of the equipment and machinery, grade 10 Industrial Equipment Mechanics examine and troubleshoot to determine the extent of repairs required, materials or parts needed, and to estimate the time required to complete repairs. They disassemble, repair, and rebuild component parts of general industrial plant machinery and equipment such as towveyor and conveyor systems, cable drums and pulleys, reduction gears, monorails, pumps, and sluice gates. The work requires the ability to interpret and apply the requirements contained in technical manuals, shop directives, multiview blueprints, and other documents in determining critical dimensions and key reference points.

Industrial equipment mechanics at this level independently dismantle, move, and relocate various types of industrial plant machinery and equipment or install new machinery and equipment. They anchor machinery to foundations, assemble, and connect accessory or auxiliary components including steel ladders, platforms, and guard rails; make precision alignment and adjustments for balance; and conduct operational tests of the entire system.

Grade 10 industrial equipment mechanics are more skilled than grade 8 industrial equipment repairers in the use and application of standard formulas, shop mathematics, trade theories, and industry practices in calculating needed materials and problem solving; and in the use of various test equipment and measuring devices such as alignment scopes, verniers, micrometers, precision levels, transits, strobe tachometers, bearing bridge gauges, flow meters, hydrostatic testers, and vibration analyzers.

They make the necessary templates, jigs, and other fixtures required for repair or installation utilizing a knowledge of materials and their versatility.

Incidental to their work, mechanics at this level may be skilled in setting up and operating machine tools such as small lathes, milling machines, drill presses, and precision grinders to manufacture component parts or remachine existing parts such as bushings, bearings, seals, couplings, and pistons. They are also skilled in the independent use of machine tools for onsite milling, grinding, boring, facing, and drilling, and the use of various other portable machine tools to accomplish repairs.

*Responsibility*: Grade 10 industrial equipment mechanics work alone or as part of a team under general supervision of the immediate supervisor, who makes assignments orally or in writing. They troubleshoot equipment to determine the area of difficulty; what parts or materials are required; and the methods, techniques, and procedures to use in completing repairs. They plan and layout their work using blueprints, sketches, work orders, and other specifications. The supervisor reviews work for adherence to specifications and accepted trade practices. Grade 10 Industrial Equipment Mechanics have the responsibility for independently diagnosing, planning, and completing projects or work orders involving major systems in their entirety, whereas grade 8 industrial equipment repairers are subject to closer supervision on such projects or are responsible for only specified segments of major systems.

*Physical Effort*: Physical effort at this level is the same as that described at the grade 8 level.

*Working Conditions*: Working conditions at this level are the same as those described at the grade 8 level.

# Exhibit (D)

**Banta, Angie E CIV (USA)**

| | |
|---|---|
| **From:** | Banta, Angie E CIV (USA) |
| **Sent:** | Thursday, December 18, 2025 6:06 PM |
| **To:** | Perez, Ariel Santiago CIV (USA) |
| **Subject:** | My Work Absence |
| **Signed By:** | angie.e.costello.civ@us.navy.mil |

Hello Mr. Perez,

I will not be reporting to work tomorrow, or any other day in the foreseeable future. Due to the constant animosity I have faced from Dave Benns, and the added animosity I now face from Mr. Harrison, I just don't feel safe anymore. As you know, I have had my car sabotaged, the fuel buffaloes sabotaged over at MHE, and most recently, Mr. Benns attempted to run down the boat I was operating, (and somehow Mr. Harrison blamed me for that.) I told you then, and I'm telling you again, the very idea that I'm supposed to work with the possibility of that guy creating ANOTHER incident to put on my work record is just too risky. If I can't do my job without facing verbal harassment on the radio, and a "dressing down" from the manager about a bunch of fictional accusations, I just can't do it, can I?

I attempted a phone conversation with Mr. Harrison after work on Friday, to make him aware of the animosity that I've been facing from Mr. Benns, but I only got more harassment from Mr. Harrison instead. The verbal conversation was a lot of incoherent yelling, and the texts he sent me after weren't much better. The guy knows where I live, controls my paycheck, and any chance I might have at promotion or education, so I just don't see how I can let this one person control so much of my life and well-being.

Even though you are already aware, and there isn't much an "acting" supervisor can do, I'm reporting it to you anyway. I don't think you'll get far reporting Mr. Harrison's unprofessional treatment of me to himself, or to his friends. I DO NOT wish to resign my job at NNSY...you know how much I love the work. I just don't see how I can continue to do it, without putting myself in harm's way. I've tried everything- staying away from leadership roles, not operating boats, doing extra work, or even overtime, just to hopefully help them hate me less, and it's just not doing any good. According to a text from Mr. Harrison, "Your new friend Jubar hates your entire guts". Yeah, I'm feeling pretty shaken up and intimidated. I've been a good sport, and I try to put on a brave face, but the fact is, I'm just exhausted by the constant anxiety. I'm not prepared to live with this level of stress, just to come to a job that doesn't seem to want me here.

IF somehow this job could be made safe for me to work here, or IF I had any hope of promotion, I would love to continue to do it. You are one of the finer leaders I've had the honor of working under. I wish I could've continued to do so. I just don't know what's going to happen, but I know I'd be here, if I felt it was safe. Thank you for doing your best to make this a better boat house. I've always appreciated your efforts and integrity.

I would respectfully ask that you do not share any of this information with the folks in the boathouse. It's unprofessional, and I don't think there's anything they can do about it anyway. If you know of a way to somehow get me administrative leave while this is being sorted out, I would love to know. If you have any other helpful information about what I should do next, please email my personal address angieecostello@yahoo.com, or call or text. I mostly just wanted you to know why I wasn't here, and to apologize for letting you down. You were a great boss, and a great crew member, this is just a problem I don't think you can help me with, and apologize if it makes your life more difficult too.

Respectfully,

Angie Banta

**RE: [Non-DoD Source] Angie Banta, harassment complaint** angieecostello@.../Inbox

**Ilyas, Farwa CIV USN FLEETHRO PORS VA (USA)** <farwa.ilyas.civ@us.navy.mil> Aug 5 at 4:16 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good afternoon,

Thank you for sending this over. I am confirming receipt of the complaint. If I need anything further in this matter, I will reach out to you.

Thank you,
Farwa

-----Original Message-----
From: angieecostello@yahoo.com <angieecostello@yahoo.com>
Sent: Friday, July 31, 2026 1:30 PM
To: Ilyas, Farwa CIV USN FLEETHRO PORS VA (USA) <farwa.ilyas.civ@us.navy.mil>
Subject: [Non-DoD Source] Angie Banta, harassment complaint

Dear Ms. Ilyas,

I have been told that you are the harassment complaint coordinator here at NNSY. I would like to file a harassment complaint regarding the events referenced in the attachments.

Let me also say, that I have pursued every avenue I have been able to find to have the hostile work environment in code 900.F addressed in some sort of meaningful way. I was given your name only yesterday. I was given your email address only moments ago. This is the sort of information that would be helpful to have available throughout the shipyard, even in the far flung dungeons of code 900.F

I have done my best to use my unique skillset to improve the organization since I have been here.....however, due to the toxic culture of the code, I was met with resistance at every step of the way. Even after I elevated some of these problems up the chain of command, it only got worse. I blew the whistle, and was retaliated against at every step of the way. Isn't whistleblower retaliation illegal? I have been afraid to come to work since December, when I was diagnosed with an anxiety condition. I starved while I exhausted my FMLA, and even HR and LER were unhelpful.

I understand that many people were afraid of the same retaliation that I have constantly faced, and I even understand why they would prefer to cover it up, rather than do something about it. If we could make a few simply policy changes, hold the chain of command accountable, I believe we could turn this into a better place to work. After the DOGE cuts, the shut downs, the recent suicides, I think it's obvious that morale is way down, in code 900.F Will someone please look into it?

I am going to sending you a few attachments. One is titled, "Chain of Command". This is the report that I emailed to Jason Smith, (a long time ago, dated accordingly).

The second attachment, titled EEOC, is when things reached a point that I was terrified to come back to work.

The last is titled "Timeline". I have included it, because it makes a clearer picture of the series of events that I have been subjected to here at NNSY, in code 900.F

Now, I realized that these are only statements, which are not the same as evidence. I am sure that you have access to all of the emails that I have mentioned, my LES's, my SF-50's, and all of the contact information for all of the people mentioned. I understand that this toxic work culture thrives on secrecy and cover ups. I also understand, that even the innocent will be afraid to answer questions honestly. If you need further proof in the form of evidence, I will be happy to provide it.

For reasons explained, as you read through the timeline, I can be contacted with my old email address from home. (I have changed my last name recently.)

My phone number is 757-303-8187.

Please let me know this email has been received, and please let me know when you plan to begin an investigation, so that I might attempt to keep myself out of harm's way.

Thank you,

**RE: [Non-DoD Source] Fw: EEO and Resume**

angieecostello@.../Inbox

**Harrison, John A CIV USN NAVSHIPYD NORFOLK VA (USA)** <john.a.harrison.civ@us.navy.mil>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

May 20, 2025 at 10:47 AM

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Tuesday, May 20, 2025 6:54 AM
**To:** Harrison, John A CIV USN NAVSHIPYD NORFOLK VA (USA) <john.a.harrison.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Fw: EEO and Resume

Yahoo Mail: Search, Organize, Conquer

> ----- Forwarded Message -----
> **From:** "angieecostello@yahoo.com" <angieecostello@yahoo.com>
> **To:** "Angie Costello" <angieecostello@yahoo.com>
> **Cc:**
> **Sent:** Tue, May 20, 2025 at 5:48 AM
> **Subject:** EEO and Resume

**2 Files** 36.1 kB

smime.p7s
8 kB

Banta EEO Statement.docx
28 kB

# Exhibit (E)

**Angie Banta emails with building manager** angieecostello@.../EEO

**angieecostello@yahoo.com** <angieecostello@yahoo.com> Jan 10 at 4:19 PM
To: Hawthorne Joy P CIV (USA) <joy.p.hawthorne.civ@us.navy.mil>

Hi Ms. Hawthorne,

Here is the conversation I had with my building manager about David Benns driving through my apartment complex. In a follow up verbal conversation, she explained that the cameras are focused on the parked vehicles, not the areas where the cars are actually driving through, with the exception of the doorway.

There are two points of ingress and one of egress at Hague Towers. If one were to drive in the front, off Brambleton Ave, they would do one of two things. Either they could turn left and drive under the overhang, in front of the building, (which one would theoretically do, if just dropping someone off, or picking them up.) They would then continue in a U shape, and exit back onto Brambleton Avenue.

If they drove straight ahead, they would have access to the back of the building, where my balcony is, where Mr. David Benns sat and idled for a full minute, (seemed like forever,) before continuing out the back exit, where you must turn right, towards the Chrysler Museum of Art, or you will run into the Hague River. That is what I saw him do.

So, no, I highly doubt he was dropping someone off. If he says he was, you can get in touch with Jennifer yourself, and I am sure that (laws permitting) she could tell you if that person was a resident here or not. As I said, he doesn't have any reason to drive by here at all, to my knowledge.

As I feel this situation might get worse before it gets better, I will speak with my neighbor about setting up a camera on her balcony today, so we can monitor any other appearances at my home.

Sorry to fill up your inbox over the weekend.

Sincerely,

Angie Banta

----- Forwarded Message -----
**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**To:** Jennifer Thomas <jennifer.thomas@assetliving.com>
**Sent:** Monday, December 22, 2025 at 03:41:06 PM EST
**Subject:** Re: My work stalker

Oh man, ok. Thanks for checking. Maybe I'll catch him on camera next time myself. He's too stupid to quit coming around, LOL.

On Monday, December 22, 2025 at 03:19:14 PM EST, Jennifer Thomas <jennifer.thomas@assetliving.com> wrote:

Good afternoon,

I went through camera footage and was unable to see a vehicle fitting that description. I am not sure if they were in a blind spot or not but I need not see it.

Thank you,

HAGUE TOWERS

Jennifer Thomas
Community Manager

P 757.622.3351
330 W. Brambleton Avenue | Norfolk, VA | 23510

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Monday, December 22, 2025 12:20 PM
**To:** Jennifer Thomas <Jennifer.Thomas@AssetLiving.com>
**Subject:** My work stalker

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jennifer,

So, yesterday I saw an 80's model teal blue Ford Pickup, with antique tags pull through the parking lot. I believe this belongs to a former co-worker who is stalking me at home, due to recent legal actions I am taking at work.

I need you to look through the parking lot footage closest to the Chrysler museum of art. My truck is a beige Nissan Xterra, little SUV, with AAAARGH on the tags. I need to know if this vehicle has been here at any point, since about 3pm on Friday the 19th, up until yesterday, at about 3:30 pm. Maybe these drive-bys are meant to intimidate, or maybe, we will see him get out of his truck and tamper with my vehicle.

I just need to know about any sightings between then and now. Once I know my truck hasn't been tampered with, I will drive it down and get some other security measures put in place. If I know it HAS been, I'll just have it towed. I can use any footage you find to file a police report, whether he parked and got out, or not, so please just let me know what you have.

Thanks so much,

Angie Banta

**Angie Banta texts 2**

angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com>
To: joy.p.hawthorne.civ@us.navy.mil <joy.p.hawthorne.civ@us.navy.mil>

Jan 8 at 4:28 PM

This is when Mr. Harrison decided to bring me back to the boathouse. He said that I needed to write a statement to the chain of command. I think now that maybe he was having some other career drama with his chain of command, but I had no way of knowing what was goin on then, and still don't. I just wanted to get back to boats, so I did as I was asked. I knew those guys were already blaming me for whatever was happening down there, but I figured my work ethic and skillet would eventually bring them around. Here are the communications between us May 17th.

2:16 5GUC 86

John Harri...

Saturday, May 17 • 6:43 AM

I just want to let you know that I know exactly how I'm going to take care of this situation. You'll have 100% support for me whatever you do even if it means the detriment of my career. I think I'm going to win this battle or I'm gonna take it all the way up the chain of the


RCS mess...

2:16 5GUC 86

John Harri...

shipyard command.You need to get your notes ready and start eating again because I can tell that this is caused you to lose about 15 pounds.

On Monday in front of Jason I'm gonna lay out everything and I'm going to offer a chance for the man to step down from his promotion. If he doesn't, I'm going all the


way. I’m givi
you in
RCS mess...

2:16 5GUC 86

John Harri...

writing right now that I removed you over the Ward of conversations from app proven liar

That was talk to text and I see that it jumbled it up but I think you get what I'm telling you. Or you will when you wake up. you have a good day.

Please clarify the previous statement. "I


RCS mess...

2:16 5GUC 85

John Harri...

previous statement. "I have removed you because..."

Saturday, May 17 • 9:23 AM

How long did it take you to start getting paid after you got hired for this job?

I'm referring to the time that you were actually offered the job


Job fair i ugust,
RCS mess...

2:16 5GUC 85

John Harri...

that you were actually offered the job

Job fair in August, started in June, acoupke or 3 weeks for a paycheck more

So almost a year. Ok

Couple months for the bonus, which I had to ask my supervisor about, infront of the


crew and
e manager,
RCS mess...

2:16 5GUC 85

John Harri...

Couple months for the bonus, which I had to ask my supervisor about, infront of the crew and zone manager, all in one room

I tried juat asking where payroll was and the interrogations ensued

So for almost a year, you scraped and and pinched pennies to stay


RCS mess...

2:17 5GUC 85

John Harri...

day one

Took side work at UPS and Uber Eats

Car too crappy for Uber driver...

Gotcha.

Might even add I had FEMA money from losing my home BEFORE, I had to travel and work


Top Chico o zzy?
RCS mess...

2:15 5GUC 86

John Harri...

thoroughly, and as I said, I will always do as asked.

Angie, you put me in a horrible situation and you may never understand it but you belong on boats

Quit giving me this always do as asked crap

This is me and you talking


Actually, whatever.
RCS mess...

2:15 5GUC 86

John Harri...

This is me and you talking

Actually, whatever. You're smarter than everyone else. I shouldn't have reached out

I won't have a say in where you go soon but right now I do. There is training, and safety. Ask Hilton about either. I'll


RCS mess...

2:15 5GUC 86

John Harri...

It's actually interesting...never did spill clean up

Believe me, I know

Thursday, May 8 • 12:13 AM

Nevermind

Nevermind

Saturday, May 17 • 6:43 AM




As you can see, some of this stuff is completely off the rails, and it creeped me out at the time, but I wanted my job back. He even acknowledged my weight loss from all the stress I was under, so I thought he was really looking out for my well being. I wrote the statement for my chain of command, had a meeting with them, where they said they would let me come back to the boathouse, they would find out what had happened to my vehicle. They moved some problematic people out of the boathouse, (but nearby). Mr
Harrison told me I'd better keep my head down and not cause any more problems, which I have endeavored to do. Mr. Perez became, (and remains) our acting supervisor. It was only a couple weeks later we got Mr. Dave Benns.

I've covered that in my statement to the EEOC.

More to follow...

Yahoo Mail: Search, Organize, Conquer

**RE: [Non-DoD Source] Angie Banta, Administrative Leave** angieecostello@.../Inbox

**Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)** <jason.a.smith19.civ@us.navy.mil> Jan 12 at 12:58 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good Afternoon,

I have spoken to Mr. Ellison about these issues. Unfortunately Administrative Leave is not an option at this time.

I have scheduled a meeting for you to attend , tomorrow, January 13, 26 at 0720, at my office in Bldg. 1500,first floor so that we can discuss these issues and the coarse of action for the way forward to getting you back to work safely.

The meeting will be with Mr. Ellison and myself.

If you can not attend please contact me at my cell phone below.

v/r

Jason A. Smith
C900F.D
Deputy Facility & Equipment Mgr.
Norfolk Naval Shipyard
Bldg. 1500, 1st Floor, Rm. 111
757-636-5771 (cell)

-----Original Message-----
From: angieecostello@yahoo.com <angieecostello@yahoo.com>
Sent: Monday, January 12, 2026 11:35 AM
To: Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)
<jason.a.smith19.civ@us.navy.mil>
Subject: [Non-DoD Source] Angie Banta, Administrative Leave

Good Morning, Mr. Smith,

It appears that I must intrude upon your inbox once again. For this, you have my humblest apologies. I am still unable to solve this issue with Mr. Ellison. Due to his urging me to call you, (which I received via text this morning,) I can only assume that you have been misinformed, or uninformed altogether, regarding my issue of personal safety.

Let me put it plainly here.

On May 19, 2025, I emailed you a statement, detailing the tampering with my vehicle, (May 1st), as well as the tampering with the fuel buffaloes I was assigned to repair and maintain, (May 12). We all had a meeting in your office, where I was assured of my safety, and that it would be, "looked into." I went back to work, right next door to all of my enemies, and braved it out each and every day, with no further information on the subject of my well being.

I ended any social ties I might have to anyone in that shipyard, including Mr. John Harrison. I avoided South Gate like the plague, and only spoke to Mr. Harrison when absolutely necessary, and within work parameters. He sent his friend, David Benns down to the boathouse, who proceeded to lecture me, (to literal distraction) on how much I owed Mr. Harrison for my employment. I then avoided being assigned to any boat, or any overtime where I might be isolated with Mr. David Benns. I even asked Mr. Perez to assign us to different boats, whenever possible.

That worked, for a time. There were various arguments between Mr. Benns and myself, but I found I could keep these to a minimum if I could avoid conversation or interaction of any kind. Sure, I got accused by the other guys of "trying to make us all look bad" because I would find something to do out in the cat. covers, away from the crowd, but it kept me away from David Benns.

Then, on October 10th, we were assigned to helm the two workboats in the water, separately. Long story, which I will detail if needed, but he nearly ran my boat down, while screaming at me on the radio. It scared the crap out of everyone. He maintains, (and now so does Mr. Harrison) that it was somehow my fault. I knew it wasn't at the time, but I have enlisted other professional mariners with diagrams and CFR's to make sure I am the one who was attacked out there. He could've just given us some room out there, but he didn't. He WANTED to create an incident.

Now, I had put in leave to go visit a dying friend, that began the next day. When I got back to the dock, Mr. Benns proceeded to verbally berate me in front of the entire crew. Mr. Perez wasn't there for any of this, and I left work at my assigned time and caught my flight.

When I got back there were new rules posted in the boathouse. On October 28th or 29th, Mr. Perez and I were summoned to South Gate, where Mr. Harrison gave me a long list of incidents I didn't know anything about, supposedly reported to him by "multiple people". I listened, and only responded when he got to the incident of October 10th. I explained it from the maritime view, and told him where to find it in the CFR's.

On October 30th, Mr. Perez and I received a Letter of Counseling (Oral Warning in Writing), whatever that meant. I was told to sign it and did so, but I already knew I couldn't keep working in that shipyard. If Dave Benns can use a small vessel to intimidate me, if Mr. Harrison is going to back up that sort of behavior, if no one gives a damn about my personal safety, then I knew I had to get out of there as quickly as possible.

There was an argument in the morning meeting on December 11th. I heard some of the other guys had been to a "Leadership Class". Thinking it would look good on my resume, I asked Mr. Perez how to get into that class. Mr. Benns interjected that I would NEVER get into leadership class, and he was willing to bet on it. Mr. Perez told us to calm down and went back to his meeting.

The next day, Jubar was in charge of the boathouse, as Mr. Perez was out on leave or something. I asked him to request a meeting with Mr. Harrison on the subject. Though Mr. Harrison would not meet with me, he informed Jubar that he might send some of the other guys to that class, but not me.

After work, I appealed to Mr. Harrison in a phone call on the subject. He proceeded to attack my personal character, blamed me for "ruining his life" and hung up on me. Then he sent me some nasty texts. Now I REALLY had to get out of there.

I had scheduled leave so that I could attend Shipboard Firefighting class over at Chesapeake Maritime Training Institute. (I am trying to renew my mariner's credential and look for other employment.) Anyway, after being too distracted to even drive over there without a few detours, I rescheduled the class for February.

Then I came home and tried to decide what to do next. I contacted the EEOC, I snuck into the shipyard after our normal business hours and cleaned out my desk and locker. I sent an email to Mr. Perez, letting him know I wouldn't be reporting to work until this was solved.

On Dec 21st I saw Mr. Benns' very distinctive old teal Ford cruising around my apartment building.

On January 7th, Mr. Ellison reached out to clue me in on a 'job opportunity' somewhere else. I took the opportunity to apprise him of my current situation. Over the next few days, he tried to convince me to come back to work, he would send me to MHE. He also told me I needed to return my laptop, as it was government equipment, but also mentioned that I might get detained at the gate while doing so. Once I had the 'all clear' from Mr. Ellison, I returned my laptop to Mr. Coiner at the tech building. I came home and got sick.

I have given you only the briefest summary of events, but I need you to acknowledge what I already know, and that is that my personal safety has been at risk in that shipyard since May. I haven't been reassured in any way. It's steadily getting worse, to include my personal safety at home. If no one else cares about my personal safety, I do. That's it. I'm not going in there for any reason until somebody can assure me that these incidents have been looked into, and there's no reason for me to be worried about physical violence to me, or sabotage to my poor, cheap truck.

What I would appreciate, is to be put on administrative leave in the meantime. I have communicated with everyone beneath you in my chain of command, and I have had no response to my my request. If you don't feel this is your decision to make, please tell me who to contact next. Thank you for your kind attention to this matter.

Respectfully,

Angie E. Banta

**1 File** | 8.1 kB

# Exhibit (G)

**Requested Leave Chit**

angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com>

Jul 13 at 11:16 AM

To: shaun.p.mcpherson.civ@us.navy.mil, shaun.p.mcpherson.civ@us.navy.mil

Bcc: Christopher Nuneviller <cnuneviller@mnbmeridian.com>

Dear Mr. McPherson,

As per our phone conversation this morning, I am attaching a leave chit.

On Wednesday, the 8th, I put you in touch with Mr. Alphonso Hayes over at the EEO in building 15. He confirmed that according to the CFR's, I am allotted official time to deal with my EEO investigation, at your, (My Supervisor's) discretion. I made you privy to the extent of my case, and made you aware that my EEO investigator has given myself and my attorney until July 19th to complete the affidavit.

You said there would be "some paperwork" from NNSY to fill out, but as that paperwork has yet to materialize, the leave chit is all I can offer.

This morning, on the phone, we discussed that your leadership, Gary Harvey, was demanding that you take some sort of disciplinary action in regard to my absence. You explained to him the situation, yet he insists that you and he have the "backing of management."

I am requesting official time to work on my EEO case, without harassment. At St Julien's Creek, I have neither a computer, nor internet access, and spotty cell service at best. Further, as no one has actually assigned our department, (officially called "Misc./Support") any actual work in regard to the mission, I find it difficult to imagine that my presence is so urgently needed. I have been given an Protection Order, limiting my access to many buildings at NNSY, and therefore it is in adherence to that order that I a must use my office at home.

I sincerely apologize for any inconvenience my temporary assignment to your shop is causing you. I have no control over the continued harassment of me, and everyone who comes in contact with me, in retaliation for my original complaint. I have tried to be a helpful employee, adhered to all shipyard rules to the letter, and further than that, there isn't much I can do to avoid your further harassment on my behalf. I am not a person of authority at NNSY.

Rest assured that today's events will be added to my case file, and that I am doing everything I can to keep things moving toward some sort of resolution. I humbly request that any further questions regarding this matter be directed toward Mr. Alphonso Hayes, or Ursula Jones, or anyone that has control over the situation that you find yourself in. I have none whatever, and I must continue to work diligently on the rather large task that the EEO has set before me.

If you would be kind enough to confirm that you have approved the official time in writing, I would be grateful. May you have a pleasant day ahead.

Respectfully,

Angie Banta

**1 File** 8.5 MB

SMLC.tiff
9 MB

**Fw: Step Increase** angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com> Jun 24 at 6:48 AM
To: rachel.l.lewis31.civ@us.navy.mil <rachel.l.lewis31.civ@us.navy.mil>
Bcc: cnuneviller@mnbmeridian.com <cnuneviller@mnbmeridian.com>

Good morning, Ms. Lewis,

> I am sure you are having a busy week, so I wanted to keep this at the top of your inbox. According to my current chain of command, you are the assigned payroll representative that can address this matter. If that information is incorrect, and there is someone else I should reach out to, please advise me accordingly.
>
> Thank you so much for your help. Hope you have a great day.
>
> Respectfully,
>
> Angie Banta
> Badge #097517
>
> Dear Ms. Lewis,
>
> I am currently assigned to 900f.41, shop 06. I have been employed at NNSY, as an IEM, for two years as of early June.
>
> I am writing today in hopes that you can provide clarity regarding my step increase to WG-10, Step 03.
>
> My most current LES reflects that I am still rated as step 02.
>
> Thank you for kind attention to this matter. I look forward to hearing from you.
>
> Gratefully yours,
>
> Angie E. Banta
> Badge # 097517

# Exhibit (H)

**Angie Banta, FRT texts**

angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com>

To: Joy.p.hawthorne.civ@us.navy.mil <joy.p.hawthorne.civ@us.navy.mil>

Jan 8 at 3:04 PM

2:13 5GUC 86

J John Harri...

Wednesday, May 7 • 8:00 PM

I know it was a tough pill to swallow but I want to say I appreciate you not letting fingers get chopped off today.

You're a leader out there.

Be at the 630 muster at the boathouse please.

I always do as asked by




Hello again,

Here are some relevant text messages. They start May 7th. John Harrison had taken over as manager for manager for small boats. He immediately moved me to Material Handling Equipment, without explanation. I was livid, but didn't think there was anything I could do about it. The boathouse was already scheduled for FRT, (First Response Training) which is kind of a big deal. It requires a Naval Instructor to spend a few days on the water with us, teaching us how to clean up an oil spill. It also requires 30 people, and since the boathouse only hs a handful, they were random people pulled from other shops in our code. Brad Hocking was there, (and our main bully, at that time,) as well as a new supervisor, who had witnessed all of the previous drama, due to sharing a building with us under our former manager. He was pretty incompetent, and he and John were butting heads without me even being there. I got an email requesting I attend the class, so that's what these messages pertain to.

2:14 5GUC 86

John Harri...

you see it or understand it.

I need to step in on safety because I don't have a supervisor. I'd like to know your part of it tomorrow but if you're not, I won't let it affect you

Either way, thank you for stepping up.


I said I wo
be there,
and as always, you and
RCS mess...

2:14 5GUC 86

J John Harri...

I said I would be there, and as always, you and the mission are welcome to an expertise I have to offer. I understand that you have had enough of my opinions outside of work, and I'm try to support without causing problems.

Ok. Thanks


say without
RCS mess...

2:13 5GUC 86

J John Harri...

Wednesday, May 7 • 8:00 PM

I know it was a tough pill to swallow but I want to say I appreciate you not letting fingers get chopped off today.

You're a leader out there.

Be at the 630 muster at the boathouse please.

I always do as asked by


my emplo . 6:30 @the
RCS mess...


2:15
5GUC 86
J
John Harri...
Soon I have no control over where you work. I do now
I want you to be where you are happy, as someone I care about, and productive as a manager
I understand you thoroughly, and as I said, I will always do as asked.


Angie, you p me in a
RCS mess...

2:15 5GUC 86

John Harri...

thoroughly, and as I said, I will always do as asked.

Angie, you put me in a horrible situation and you may never understand it but you belong on boats

Quit giving me this always do as asked crap

This is me and you talking


Actually, whatever.
RCS mess...

2:14 5GUC 86

J John Harri...

Ok. Thanks

I don't know what I can say without overatepping my bounds, and I'm trying to be helpful, and noncombative.

I apologize if I come off in a negative way. I will be there, and I will help any way I can.


Ok
RCS mess...

2:14 5GUC 86

John Harri...

my employer. 6:30 @the boat house.

We have personal shit so I'm not just your employer. If you don't want to be a part of it, let me know. I'm telling you that I appreciate you stepping up. I'm disappointed in how you handled things, but I'm still looking out for you and I don't really care if


you see it
RCS mess...

2:15 5GUC 86

John Harri...

This is me and you talking

Actually, whatever. You're smarter than everyone else. I shouldn't have reached out

I won't have a say in where you go soon but right now I do. There is training, and safety. Ask Hilton about either. I'll


RCS mess...

2:15 5GUC 86

J John Harri...

Hilton about either. I'll help you if either is something you're interested in.

I do as I'm told. 6:30 it is. I'm 2/3 of th way into this certification.

My record needs all it can get.

Ok Angie. Good enough


It's actual
interesting.. never did
RCS mess...

2:15 5GUC 86

John Harri...

It's actually interesting...never did spill clean up

Believe me, I know

Thursday, May 8 • 12:13 AM

Nevermind

Nevermind

Saturday, May 17 • 6:43 AM


know that I know exactly
RCS mess...

2:16 5GUC 86

John Harri...

Saturday, May 17 • 6:43 AM

I just want to let you know that I know exactly how I'm going to take care of this situation. You'll have 100% support for me whatever you do even if it means the detriment of my career. I think I'm going to win this battle or I'm gonna take it all the way up the chain of the




Some of the guys in the boathouse refused to operate a boat in front of the instructor. The supervisor, at that time, asked me to do it, so I did. With only the instructor on board my vessel, I ended up directing the rest of the class over the radio all day. I believe the instructor was impressed, and so was everyone else. I was given an award for it on my SF-50.

I believe that was when he decided to try to bring me back to small boats. More to follow...

Yahoo Mail: Search, Organize, Conquer

# Exhibit (I)

**Fw: Angie Banta**

angieecostello@.../Inbox

**Christopher Nuneviller** <cnuneviller@mnbmeridian.com>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

May 22 at 8:44 AM

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA)
**Sent:** Monday, May 11, 2026 09:59
**To:** Christopher Nuneviller
**Subject:** RE: Angie Banta

Her status is to follow the directions she was given by Mr. Smith to report to the duty location he assigned her. Until then, she remains in an unpaid status and could face disciplinary action for failing to follow instructions, up to and including removal.

V/r,
Kim

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel
kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625
Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Monday, May 11, 2026 9:57 AM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Re: Angie Banta

Ms. Karle:

Ms. Banta reported as ordered. Mr. Smith immediately retaliated against her by attempting to assign her to a position in a location that she is neither trained nor qualified to perform. They are changing the terms and conditions of her employment. Assigning her to a location and duties for which she is neither trained or qualified creates a hazardous working condition for her and her coworkers. Ms. Banta is a qualified mariner. Her position is that of a mariner. She is not a mechanic. She is not a forklift driver. She is not a fluid mechanic able to operate or repair water pumps at the drydocks. She drives boats. That is her duty description for the position in which she was hired.

Furthermore, and as was confirmed this morning, if Ms. Banta were to be assigned to St. Julians' Creek she would routinely interact with each of the individuals against whom she filed a complaint. Contrary to Mr. Smith's claims the two organizations do not interact is not the actual daily working environment.

As of 1000, Ms. Banta was told by her onsite supervisor (name unknown) was that she was stay under "the cat cover" for the day near the boathouse. The occupants of the boat house are refusing her entrance. Furthermore, Messrs. Ellison and Smith have threatened to have her removed from the Shipyard for not reporting to her new duties. Given these circumstances and the acts of the individuals against whom Ms. Banta filed an EEO complaint, and their failure to assign her to the duties for which she was hired, she does not know her status.

VR,

Christopher.

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA)
**Sent:** Friday, May 8, 2026 3:46 PM
**To:** Christopher Nuneviller
**Subject:** RE: Angie Banta

Mr. Nuneviller,

As noted in our April communications, Ms. Banta has been welcome to return to active duty status following her FMLA leave. Because she expressed discomfort with returning to her previous assignment, management offered alternative work assignments designed to address her concerns, despite not having received official documentation (such as police reports or protective orders) to formally substantiate the safety issues raised. Mr. Smith remains committed to facilitating her return to work in a way that aligns with her requests, but this requires her cooperation and willingness to communicate with him directly.

We also understand that Ms. Banta has recently contacted members of her former crew, suggesting she plans to return to that team on Monday morning. This is unexpected, as returning to her previous crew contradicts the safety concerns she previously raised regarding that specific environment.

To ensure a smooth transition, if Ms. Banta intends to report to Norfolk Naval Shipyard on Monday, May 11, 2026, she must report directly to Mr. Jason Smith's office at 0720 to receive her official work assignment. If she is unable to report as instructed, she must submit an appropriate leave request in writing to Mr. Smith to excuse her absence. Please make her aware that failing to report without an approved leave request will result in an unauthorized absence (a non-pay status), which could lead to administrative or disciplinary action, up to and including removal.

You referenced engaging in mediation. If you have a settlement demand to make, you can communicate it to me without waiting for any further administrative or scheduling processes to occur.

V/r,

Kim

Kimberly Karle

CPL Section Head

Norfolk Naval Shipyard Office of Counsel

kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

Cell – 757-708-0883

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Thursday, May 7, 2026 5:41 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Ms. Karle:

I write once again with regard to Angela Banta. I have not yet received a response to my inquiry of Tuesday last. We have also not received an adequate response or the reasonable accommodations requested on April 17, 2026.

Given all of this, I am placing the Navy on notice that Ms. Banta is returning to work in her position at 0630 Monday, May 11, 2026. She has notified Shipyard security of her return and will not hesitate to contact them if necessary.

I think the saying goes … stand by for heavy rolls as the ship comes about.

I look forward to talking with you next week.

VR,

Christopher Nuneviller, Esq.

Managing Partner, MNB Meridian Law Ltd.

Main: (215) 268-3003

Direct: (215) 367-3761

Email: cnuneviller@mnbmeridian.com

- - - - - - -

CONFIDENTIALITY (ATTORNEY CLIENT) NOTICE: This transmission may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at mnbmeridianlaw.com.

IRS CIRCULAR 230 NOTICE: To ensure compliance with Internal Revenue Service Circular 230 requirements, we inform you that any U.S. federal tax advice contained in this communication, including all attachments, is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Tuesday, May 5, 2026 3:53 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** Re: Angie Banta

Ms. Karle:

Thank you for your email. I don't think Ms. Banta contacting Mr. Smith is in the best interest of the Navy or Ms Banta — considering her EEO complaint is against Mr. Smith for his failures as a supervisor committing the actions of his subordinate employees.

As to Ms. Banta's assignment to the identified positions. I recognize Mr Smith's position with regard to those organizations; however that's not the practical effect of her assignment. When Ms Banta was working In her position, she for Frequently interacted those two Organizations.  Assign her to one of those positions put her in  fear for her physical and mental Safety.

I am requesting again that Ms. Banta be placed on paid administrative leave until the mediation or other ADR processes is complete. I believe a mediation can happen within the next 30 days.

Lastly, Ms. Banta is working with the local HR office to correct her FMLA leave and do what is necessary to get her leave either with or without pay appropriately corrected. We also understand that the failure of the HR office to properly categorize her status has prevented her from taking advantage of the donated Leave program.

At some point, the Navy is going to have to recognize that Ms. Banta is a rare employee in the fact that she is a woman in a job position and career field that 99.99 percent male and full of machismo and Testosterone.  Giving her the treatment she has suffered at the hands of her colleagues for last 18 months, placing her in this Position again he's not in the Navy or Ms.  Banta Interests.

Standing by to discuss …

VR

Chriatopher.

Dictated apologies for the … mess.

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Tuesday, May 5, 2026 12:46
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,

I'm following up on Ms. Banta's options below. I was informed today that she came to NNSY to speak with HR I believe and inquired about her work assignment. If she has questions about the options, I continue to encourage her to call Mr. Smith at 757-636-5771.

To my understanding, all the of time coding has been corrected with regards to her FMLA, which she has exhausted. She has not submitted any additional leave requests. If she intends to request additional leave without pay, she should make that request to Mr. Smith as well.

V/r,

Kim

Kimberly Karle

CPL Section Head

Norfolk Naval Shipyard Office of Counsel

kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work

product for the sole use of the intended recipient. Any review, reliance or

distribution by others or forwarding without express permission is strictly

prohibited. If you are not the intended recipient, please contact the

sender and delete all copies.

CUI:

Controlled by: Department of the Navy

Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY

Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged

POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA)
**Sent:** Monday, April 27, 2026 5:19 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good evening,

Management confirms that the assignment to St. Julian's Creek is outside the chain of command structure that Ms. Banta was reporting to and, given its physical separation from the main NNSY location, it would be very unlikely for there to be any interaction with those she is concerned about. The same is true for the other assignment; however, because it is located at NNSY the possibility of a chance encounter is higher. The assigned work itself would not bring them into contact.

While it might be her perspective, work assignments are not used as punishments. Management would not assign any of her former co-workers of concern to the same team as her while the EEO claims is ongoing, and will direct those individuals to not have any contact with her. If she has specific questions about her options, it would be best if she reached out to Jason Smith directly and talked it through. She can reach him tomorrow at 757-636-5771.

V/r,

Kim

Kimberly Karle

CPL Section Head

Norfolk Naval Shipyard Office of Counsel

kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work

product for the sole use of the intended recipient. Any review, reliance or

distribution by others or forwarding without express permission is strictly

prohibited. If you are not the intended recipient, please contact the

sender and delete all copies.

CUI:

Controlled by: Department of the Navy

Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY

Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged

POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Monday, April 27, 2026 12:51 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Understood. However, Ms. Banta tells me too that they transfer or temporarily assign people to both of these shops as "punishment" for various infractions. She was transferred to the dry dock once for reporting a boat collision or near miss sometime back – which is in her complaint. In short, there are a lot of daily operational interactions that could cause issues. Her safety is my primary concern.

Christopher

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Monday, April 27, 2026 12:33 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,

My understanding from management is that she would not have any interaction with her former supervisor or crew in either of these positions, especially the one at St. Julian's Creek. I will confirm this and get back to you.

V/r,

Kim

Kimberly Karle

CPL Section Head

Norfolk Naval Shipyard Office of Counsel

kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work

product for the sole use of the intended recipient. Any review, reliance or

distribution by others or forwarding without express permission is strictly

prohibited. If you are not the intended recipient, please contact the

sender and delete all copies.

CUI:

Controlled by: Department of the Navy

Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY

Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged

POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Monday, April 27, 2026 10:09 AM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Re: Angie Banta

Ms Karle: I apologize for getting this email to you this late on Monday morning. I'm having extreme difficulties with my desktop outlook and didn't realize My email did not go out on Friday. Both of these positions are unfortunately unacceptable to Miss Banta because they are in the same code within which she currently works, and both positions will require her to interact with her former supervisors and team. Given the actions the actions of her team towards her and the fact that she's filed complaints against them and it's a well-known fact she feels as though her safety is in somewhat jeopardy. Is there some other position to which she can go back if on a temporary basis to allow to return and we work out some sort of arrangement with some other position in the interim.

I apologize for dictating this and The obvious typos.

I'm out of town for client work in a government facility so I have limited access to phone and email during the day.

Please let me know what we can do for Miss Banta, and I will check my email as soon as I can in a couple of hours. Thank you.

Christopher

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, April 24, 2026 05:35
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good morning,

Management has identified two option for Ms. Banta upon her reporting back to work. She can have the choice of either working for the:

1. Environmental Service Group- spill response, off hull water collection and disposal
   1. Stagger work schedule- Tuesday-Saturday (Sun-Mon Off) or Sunday-Thursday (Fri-Sat Off), overtime available as needed
   2. Standard hours: 0720-1600
   3. **Supervisor-** Johntel Gates, **General Foreman-** Joeseph Joliquer, **Branch Head-** Patrick Williams

2. Temporary Facility/Self Help Group- material handling, facility support, miscellaneous
   1. Monday-Friday, overtime available as needed
   2. Standard hours: 0600-1430
   3. **Supervisor-** Shaun McPherson, **General Foreman-** Gary Harvey, **Branch Head-** Robert Phillips

The second option technically falls outside the main duties of her position description but it is being offered as an alternative due to the staggered shift schedule of the first option. The main duty location for the second option is currently at St. Julian's Creek Annex.

Once I receive your response, I will advise management to provide the exact reporting details needed for her return.

V/r,

Kim Karle

CUI:

Controlled by: Department of the Navy

Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY

Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged

POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Friday, April 17, 2026 2:04 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Re: Angie Banta

Thank you. While approved it has not Ben proceeded by the personnel office. According to Miss Banta's conversation with Melanie Prescott, Mr. Harrison doesn't know how to process the approval in the I don't know if it's SCALDA Or whatever personnel system NAVSEA uses.

Thanks.

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, April 17, 2026 14:02
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,

Acknowledging receipt. I have attached Ms. Banta's approved request for FMLA leave. Based on the dates requested, I believe she is not due to return to work until April 27th. If she wants to return earlier, please advise. I should be able to provide additional information about her return next week.

V/r,

Kim

CUI:

Controlled by: Department of the Navy

Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY

Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged

POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Friday, April 17, 2026 12:54 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Ms. Karle:

Please See our attached correspondence with regard to Miss Angela Banta. Miss Banta is scheduled to return to work on Tuesday, April 21st, the date we believe her FMLA ends.

I look forward to hearing from you this afternoon or Monday morning regarding the plan for returning Miss Banta to her position.

VR,

Christopher.

Christopher Nuneviller, Esq.

MAJ, JA, USA (Ret)

Managing Partner, MNB Meridian Law Ltd.

Main: (215) 268-3003

Direct: (215) 367-3761

Email: cnuneviller@mnbmeridian.com

\- - - - - - -

CONFIDENTIALITY (ATTORNEY CLIENT) NOTICE: This transmission may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at mnbmeridianlaw.com.

IRS CIRCULAR 230 NOTICE: To ensure compliance with Internal Revenue Service Circular 230 requirements, we inform you that any U.S. federal tax advice contained in this communication, including all attachments, is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Thursday, February 5, 2026 4:17 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** Angie Banta

Good afternoon Mr. Nuneviller,

Your messages to my clients in Norfolk Naval Shipyard have been referred to me as legal counsel. You may send all correspondence regarding Ms. Banta directly to me from this point forward. I am in the process of reviewing the information available and I would be happy to speak with you about your client's situation on Monday, February 9th in the morning. If you are available between 0900-1200, we can schedule a time to chat.

V/r,

Kimberly Karle

CPL Section Head

Norfolk Naval Shipyard Office of Counsel

kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

NOTICE: This e-mail contains confidential, privileged and/or attorney work

product for the sole use of the intended recipient. Any review, reliance or

distribution by others or forwarding without express permission is strictly

prohibited. If you are not the intended recipient, please contact the

sender and delete all copies.

CUI:

Controlled by: Department of the Navy

Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY

Distribution/Dissemination Control: Attorney Client

POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

**Fw: Angie Banta** angieecostello@.../Inbox

**Christopher Nuneviller** <cnuneviller@mnbmeridian.com> May 8 at 3:48 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

FYSA

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, May 8, 2026 15:47
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Mr. Nuneviller,

As noted in our April communications, Ms. Banta has been welcome to return to active duty status following her FMLA leave. Because she expressed discomfort with returning to her previous assignment, management offered alternative work assignments designed to address her concerns, despite not having received official documentation (such as police reports or protective orders) to formally substantiate the safety issues raised. Mr. Smith remains committed to facilitating her return to work in a way that aligns with her requests, but this requires her cooperation and willingness to communicate with him directly.

We also understand that Ms. Banta has recently contacted members of her former crew, suggesting she plans to return to that team on Monday morning. This is unexpected, as returning to her previous crew contradicts the safety concerns she previously raised regarding that specific environment.

To ensure a smooth transition, if Ms. Banta intends to report to Norfolk Naval Shipyard on Monday, May 11, 2026, she must report directly to Mr. Jason Smith's office at 0720 to receive her official work assignment. If she is unable to report as instructed, she must submit an appropriate leave request in writing to Mr. Smith to excuse her absence. Please make her aware that failing to report without an approved leave request will result in an unauthorized absence (a non-pay status), which could lead to administrative or disciplinary action, up to and including removal.

You referenced engaging in mediation. If you have a settlement demand to make, you can communicate it to me without waiting for any further administrative or scheduling processes to occur.

V/r,
Kim

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel
kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625
Cell – 757-708-0883

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Thursday, May 7, 2026 5:41 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Ms. Karle:

I write once again with regard to Angela Banta. I have not yet received a response to my inquiry of Tuesday last. We have also not received an adequate response or the reasonable accommodations requested on April 17, 2026.

Given all of this, I am placing the Navy on notice that Ms. Banta is returning to work in her position at 0630 Monday, May 11, 2026. She has notified Shipyard security of her return and will not hesitate to contact them if necessary.

I think the saying goes … stand by for heavy rolls as the ship comes about.

I look forward to talking with you next week.

VR,

Christopher Nuneviller, Esq.
Managing Partner, MNB Meridian Law Ltd.

Main: (215) 268-3003

Direct: (215) 367-3761
Email: cnuneviller@mnbmeridian.com

- - - - - - -

CONFIDENTIALITY (ATTORNEY CLIENT) NOTICE: This transmission may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at mnbmeridianlaw.com.

IRS CIRCULAR 230 NOTICE: To ensure compliance with Internal Revenue Service Circular 230 requirements, we inform you that any U.S. federal tax advice contained in this communication, including all attachments, is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Tuesday, May 5, 2026 3:53 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** Re: Angie Banta

Ms. Karle:

Thank you for your email. I don't think Ms. Banta contacting Mr. Smith is in the best interest of the Navy or Ms Banta — considering her EEO complaint is against Mr. Smith for his failures as a supervisor committing the actions of his subordinate employees.

As to Ms. Banta's assignment to the identified positions. I recognize Mr Smith's position with regard to those organizations; however that's not the practical effect of her assignment. When Ms Banta was working In her position, she for Frequently interacted those two Organizations. Assign her to one of those positions put her in fear for her physical and mental Safety.

I am requesting again that Ms. Banta be placed on paid administrative leave until the mediation or other ADR processes is complete. I believe a mediation can happen within the next 30 days.

Lastly, Ms. Banta is working with the local HR office to correct her FMLA leave and do what is necessary to get her leave either with or without pay appropriately corrected. We also understand that the failure of the HR office to properly categorize her status has prevented her from taking advantage of the donated Leave program.

At some point, the Navy is going to have to recognize that Ms. Banta is a rare employee in the fact that she is a woman in a job position and career field that 99.99 percent male and full of machismo and Testosterone. Giving her the treatment she has suffered at the hands of her colleagues for last 18 months, placing her in this Position again he's not in the Navy or Ms. Banta Interests.

Standing by to discuss …

VR

Chriatopher.

Dictated apologies for the … mess.

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Tuesday, May 5, 2026 12:46
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,

I'm following up on Ms. Banta's options below. I was informed today that she came to NNSY to speak with HR I believe and inquired about her work assignment. If she has questions about the options, I continue to encourage her to call Mr. Smith at 757-636-5771.

To my understanding, all the of time coding has been corrected with regards to her FMLA, which she has exhausted. She has not submitted any additional leave requests. If she intends to request additional leave without pay, she should make that request to Mr. Smith as well.

V/r,
Kim

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel

kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625
Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA)
**Sent:** Monday, April 27, 2026 5:19 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good evening,

Management confirms that the assignment to St. Julian's Creek is outside the chain of command structure that Ms. Banta was reporting to and, given its physical separation from the main NNSY location, it would be very unlikely for there to be any interaction with those she is concerned about. The same is true for the other assignment; however, because it is located at NNSY the possibility of a chance encounter is higher. The assigned work itself would not bring them into contact.
While it might be her perspective, work assignments are not used as punishments. Management would not assign any of her former co-workers of concern to the same team as her while the EEO claims is ongoing, and will direct those individuals to not have any contact with her. If she has specific questions about her options, it would be best if she reached out to Jason Smith directly and talked it through. She can reach him tomorrow at 757-636-5771.

V/r,
Kim

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel
kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625
Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Monday, April 27, 2026 12:51 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Understood. However, Ms. Banta tells me too that they transfer or temporarily assign people to both of these shops as "punishment" for various infractions. She was transferred to the dry dock once for reporting a boat collision or near miss sometime back – which is in her complaint. In short, there are a lot of daily operational interactions that could cause issues. Her safety is my primary concern.

Christopher

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Monday, April 27, 2026 12:33 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,
My understanding from management is that she would not have any interaction with her former supervisor or crew in either of these positions, especially the one at St. Julian's Creek. I will confirm this and get back to you.

V/r,
Kim

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel
kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625
Cell – 757-708-0883

NOTICE: This e-mail contains confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

CUI

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Monday, April 27, 2026 10:09 AM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Re: Angie Banta

Ms Karle: I apologize for getting this email to you this late on Monday morning. I'm having extreme difficulties with my desktop outlook and didn't realize My email did not go out on Friday. Both of these positions are unfortunately unacceptable to Miss Banta because they are in the same code within which she currently works, and both positions will require her to interact with her former supervisors and team. Given the actions the actions of her team towards her and the fact that she's filed complaints against them and it's a well-known fact she feels as though her safety is in somewhat jeopardy. Is there some other position to which she can go back if on a temporary basis to allow to return and we work out some sort of arrangement with some other position in the interim.

I apologize for dictating this and The obvious typos.

I'm out of town for client work in a government facility so I have limited access to phone and email during the day.

Please let me know what we can do for Miss Banta, and I will check my email as soon as I can in a couple of hours. Thank you.

Christopher

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, April 24, 2026 05:35
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good morning,

Management has identified two option for Ms. Banta upon her reporting back to work. She can have the choice of either working for the:

1. Environmental Service Group- spill response, off hull water collection and disposal
   1. Stagger work schedule- Tuesday-Saturday (Sun-Mon Off) or Sunday-Thursday (Fri-Sat Off), overtime available as needed
   2. Standard hours: 0720-1600
   3. **Supervisor-** Johntel Gates, **General Foreman-** Joeseph Joliquer, **Branch Head-** Patrick Williams

2. Temporary Facility/Self Help Group- material handling, facility support, miscellaneous
   1. Monday-Friday, overtime available as needed
   2. Standard hours: 0600-1430
   3. **Supervisor-** Shaun McPherson, **General Foreman-** Gary Harvey, **Branch Head-** Robert Phillips

The second option technically falls outside the main duties of her position description but it is being offered as an alternative due to the staggered shift schedule of the first option. The main duty location for the second option is currently at St. Julian's Creek Annex.
Once I receive your response, I will advise management to provide the exact reporting details needed for her return.

V/r,

Kim Karle

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Friday, April 17, 2026 2:04 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Re: Angie Banta

Thank you. While approved it has not Ben proceeded by the personnel office. According to Miss Banta's conversation with Melanie Prescott, Mr. Harrison doesn't know how to process the approval in the I don't know if it's SCALDA Or whatever personnel system NAVSEA uses.

Thanks.

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, April 17, 2026 14:02
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,

Acknowledging receipt. I have attached Ms. Banta's approved request for FMLA leave. Based on the dates requested, I believe she is not due to return to work until April 27th. If she wants to return earlier, please advise. I should be able to provide additional information about her return next week.

V/r,
Kim

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Friday, April 17, 2026 12:54 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Ms. Karle:

Please See our attached correspondence with regard to Miss Angela Banta. Miss Banta is scheduled to return to work on Tuesday, April 21st, the date we believe her FMLA ends.

I look forward to hearing from you this afternoon or Monday morning regarding the plan for returning Miss Banta to her position.

VR,

Christopher.

Christopher Nuneviller, Esq.
MAJ, JA, USA (Ret)
Managing Partner, MNB Meridian Law Ltd.

Main: (215) 268-3003
Direct: (215) 367-3761
Email: cnuneviller@mnbmeridian.com

- - - - - - -

CONFIDENTIALITY (ATTORNEY CLIENT) NOTICE: This transmission may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at mnbmeridianlaw.com.

IRS CIRCULAR 230 NOTICE: To ensure compliance with Internal Revenue Service Circular 230 requirements, we inform you that any U.S. federal tax advice contained in this communication, including all attachments, is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Thursday, February 5, 2026 4:17 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** Angie Banta

Good afternoon Mr. Nuneviller,

Your messages to my clients in Norfolk Naval Shipyard have been referred to me as legal counsel. You may send all correspondence regarding Ms. Banta directly to me from this point forward. I am in the process of reviewing the information available and I would be happy to speak with you about your client's situation on Monday, February 9th in the morning. If you are available between 0900-1200, we can schedule a time to chat.

V/r,

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel
kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

NOTICE: This e-mail contains confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

# Exhibit (J)

# Letter of Counseling (Oral Warning in Writing)

To: Angie Banta (Industrial Equipment Mechanic)

From: John Harrison (Program Manager, Spill Response/Work Boats)

Date: 10/29/2025

Subject: Oral Counseling – Performance and Conduct Expectations

**1. Purpose**

This letter serves as written documentation of an oral counseling session conducted to address ongoing concerns regarding your performance, communication, and conduct in your role as an Industrial Equipment Mechanic working as a boat operator. This counseling is intended to document expectations, promote improvement, and ensure compliance with shop and shipyard standards.

## 2. Background

In recent weeks, multiple issues have been noted that do not align with the responsibilities and standards expected of an Industrial Equipment Mechanic assigned as a boat operator.

• Operating the vessel at high speed near marinas on multiple occasions after being advised not to do so demonstrates disregard for established safety instructions. This behavior poses a significant risk to individuals on the docks, may cause damage to nearby vessels, and could result in serious injury or death. Additionally, such actions undermine public confidence and reflect poorly on the organization's commitment to safety.

• It has been brought to my attention that you have expressed complaints and made negative remarks about this Organization, your team, and management to one of our vendors while on duty. Such behavior risks damaging our relationship with the vendor and could potentially lead to the loss of their business. This conduct is unacceptable.

• Your continued negative attitude, lack of attentiveness to the crew, and resistance to direction have negatively impacted team safety, morale, and cohesion. This behavior compromises the collaborative environment, overall workplace atmosphere, and most importantly, the safety of personnel.

## 3. Expectations and Required Improvement

You are expected to demonstrate immediate and sustained improvement in the following areas:

1. **Safety on the Water:** You are expected to follow all established boating safety rules, operational etiquette, and the direction of your supervisors and organization at all times, whether operating the vessel or serving as a member of the deck crew. You must demonstrate full compliance with safety protocols, respond promptly to supervisory instructions, and operate or assist in a manner that prioritizes the safety of all personnel and property.

Improvement will be evaluated based on consistent adherence to safety standards, cooperation with supervisory guidance, attitude and cooperation with crew, and the absence of unsafe or noncompliant behavior during vessel operations.

2. **Deck operations and crew safety:** You are expected to remain fully aware and attentive to both the crew, surrounding vessels, and structures at all times during boat operations. While at the helm, especially when personnel are working on deck, you must maintain direct communication with the crew and avoid any distractions.

# Exhibit (K)

**Re: My work stalker** angieecostello@.../Inbox

**Jennifer Thomas** <jennifer.thomas@assetliving.com> Dec 22, 2025 at 3:19 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good afternoon,

I went through camera footage and was unable to see a vehicle fitting that description. I am not sure if they were in a blind spot or not but I need not see it.

Thank you,

HAGUE TOWERS

Jennifer Thomas
Community Manager

P 757.622.3351
330 W. Brambleton Avenue | Norfolk, VA | 23510

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Monday, December 22, 2025 12:20 PM
**To:** Jennifer Thomas <Jennifer.Thomas@AssetLiving.com>
**Subject:** My work stalker

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jennifer,

So, yesterday I saw an 80's model teal blue Ford Pickup, with antique tags pull through the parking lot. I believe this belongs to a former co-worker who is stalking me at home, due to recent legal actions I am taking at work.

I need you to look through the parking lot footage closest to the Chrysler museum of art. My truck is a beige Nissan Xterra, little SUV, with AAAARGH on the tags. I need to know if this vehicle has been here at any point, since about 3pm on Friday the 19th, up until yesterday, at about 3:30 pm. Maybe these drive-bys are meant to intimidate, or maybe, we will see him get out of his truck and tamper with my vehicle.

I just need to know about any sightings between then and now. Once I know my truck hasn't been tampered with, I will drive it down and get some other security measures put in place. If I know it HAS been, I'll just have it towed. I can use any footage you find to file a police report, whether he parked and got out, or not, so please just let me know what you have.

Thanks so much,

Angie Banta

**1st draft of letter. Let me know if you want be change add anything, based on what we've talked about :)**

angieecostello@.../Spam

**Katie Kutz** <kekutz86@gmail.com>
To: angieecostello@yahoo.com

Feb 10 at 11:25 AM

To whom it may concern,

I met Angie Banta approximately a year and a half ago. We live in the same building and became friends shortly after meeting. Based on my personal experience and interactions with her, Angie has consistently been honest, hardworking, and capable.

Approximately eight months ago, Angie began sharing with me the difficulties she was experiencing at her job at the Norfolk Naval Shipyard. She reported experiencing gender-based harassment and being held to a different standard than her male coworkers. She described multiple incidents to me, including being required to share a restroom with male coworkers and subsequently being ridiculed for menstruating. One example she shared involved coworkers placing ketchup packets under her windshield to mock her.

Over time, Angie shared that she was repeatedly treated as less competent than her male counterparts. She also reported multiple instances of harassment by coworkers involving her vehicle and personal property, as well as threats that caused her to fear for her bodily safety. To my knowledge, she reported these incidents through appropriate channels and was met with hostility and changes to her work duties rather than resolution.

The situation escalated to the point where Angie expressed that she no longer felt safe reporting to work and feared for her life. I personally observed the impact this had on her mental health and overall well-being. Eventually, she felt she had no choice but to stop reporting for her position and file a formal complaint.

Since that time, coworkers from the shipyard have been driving through our shared parking lot, which has further contributed to her fear. Angie has also shown me inappropriate text messages sent to her by her supervisor. I have personally witnessed a significant decline in her mental health, including panic attacks and symptoms consistent with post-traumatic stress.

As her friend and neighbor, I have been deeply concerned for her safety and well-being. I am aware that she is now seeking both legal counsel and support from a mental health professional, which I believe is necessary given what she has endured.

This statement is true and accurate to the best of my knowledge and based on both my direct observations and what Angie Banta has reported to me.

Sincerely,
Kathleen Kutz

**1 File** | 14.6 kB Attachments cannot be downloaded.

Letter regarding Angie Banta.docx
15 kB

# Exhibit (L)

**Supdesk**

angieecostello@.../Inbox

**angieecostello@yahoo.com** <angieecostello@yahoo.com>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Jul 12 at 4:23 PM






**Supdesk2**

angieecostello@.../Inbox

**angieecostello@yahoo.com** <angieecostello@yahoo.com>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Jul 12 at 4:23 PM






# Exhibit (M)

**Return to work...**

angieecostello@.../Inbox

**Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)** <jason.a.smith19.civ@us.navy.mil>

May 8 at 4:39 PM

To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good Afternoon,

I have been informed that you intend to report to work at Norfolk Naval Shipyard on Monday, May 11th. If this is the case, you are required to report to my office at 0720 to discuss your work assignment. If you do not
report as instructed, your absence will be considered unauthorized (KC), unless you submit an appropriate leave request in writing to me. Please be aware that unauthorized absences and failing to follow instructions are actions which could lead to administrative or disciplinary action, up to and including removal. We also need to discuss your leave status following the expiration of your FMLA leave and the submission of a written leave request for that period of time. I look forward to seeing you on Monday.

v/r

Jason A. Smith
C900F.D
Deputy Facility & Equipment Manager
757-636-5771
Bldg. 1500, 1st Floor

# Exhibit (N)

**RE: [Non-DoD Source] Angie Banta, Administrative Leave** angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com> Jan 13 at 6:42 AM
To: jason.a.smith19.civ@us.navy.mil

Good morning Mr. Smith,

I will see you at the meeting this morning.

Respectfully,

Angie Banta
Yahoo Mail: Search, Organize, Conquer

On Mon, Jan 12, 2026 at 2:54 PM, Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil> wrote:

> Good Afternoon,
>
> I understand your concerns. The meeting was not an invitation, it was meant as a work assignment. Since you have filed an official complaint with EEO, the investigation of your allegations will now be handled through that process.
>
> My responsibility at this time is to work to find the best possible solution to getting you back to work in a safe environment but that will require some face to face dialogue.
>
> I will do all I can to make that happen.
>
> The meeting is scheduled and hope to see you in the morning.
>
> v/r
>
> Jason A. Smith
> C900F.D
> Deputy Facility & Equipment Mgr.
> Norfolk Naval Shipyard
> Bldg. 1500, 1st Floor, Rm. 111
> 757-636-5771 (cell)
>
> ---
>
> **From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
> **Sent:** Monday, January 12, 2026 2:22 PM
> **To:** Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil>
> **Subject:** RE: [Non-DoD Source] Angie Banta, Administrative Leave
>
> Good afternoon, Mr. Smith,
>
> I have received your email with an invitation to attend a meeting at NNSY. Unfortunately my safety issues have been left unaddressed.
>
> Since I have no assurance that security has even been alerted to these problems, I must respectfully decline any meetings on the premises. I feel a little safer at home. Besides, there is very little I could contribute to that meeting that I haven't reported to you already. Maybe you just don't believe me, so, here's a small sample of the kind of hate directed my way. This is the text conversation that followed when I attempted to report Mr. Dave Benns to Mr. Harrison. According to Mr. Harrison, even Jubar "hates your entire guts".

4:31 5GUC

John Harri...

my last boat to Cobbs.

I didn't accuse you of anything. I was just trying to let you know that there's a lot going on in the boathouse tha you're probably not aware of. That's it, that'


all I wanted to say. I
guess you're right, I
should've kept my
mouth shut and let
people ha le their ow
business. ill do so in
RCS mess...

4:32 5GUC

John Harri...

people handle their own
business. I will do so in
the future.

Instead of stirring
trouble and making
enemies, you should
have been the one to nip
that kind of stuff in the
bud.


If there is favoritism being played then why was Jubar the stand in supervisor t ast
RCS mess...

4:32 5GUC

John Harri...

was Jubar the stand in supervisor the last several times?

I’m considering asking Ellison to switch me and Blake so I can spend my last years here in relative peace.


Perez will step down and your new buddy Jubar, who secretly hates your entire guts, supervisor.
RCS mess...

4:31 5GUC

John Harri...

Friday, Dec 12 • 4:39 PM

It seems very hypocritical that you are now on the team that thinks someone is getting favoritism because they knew me before they got this job. I've known you for 20


I’ve known David Benns for 3 years since I took my last boat to Cobbs.
I didn't ac se you of
anything I was just
RCS mess...

4:32 5GUC

John Harri...

Perez will step down and your new buddy Jubar, who secretly hates your entire guts, supervisor.

You're the only one making problems for me because the rest are weak.




I want you to know that I am taking steps to address my anxiety levels with a mental health professional, so I'm already doing my part to try and find a way forward from all of this.

Since you cannot grant my request for administrative leave, may I have the contact information for the next person in my chain of command? I need to think of my financial needs at this time, as well.

I regret that there is nothing more I can do to improve this situation.

My apologies,

Angie Banta
[Yahoo Mail: Search, Organize, Conquer]

On Mon, Jan 12, 2026 at 12:58 PM, Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)
<jason.a.smith19.civ@us.navy.mil> wrote:

Good Afternoon,

I have spoken to Mr. Ellison about these issues. Unfortunately Administrative Leave is not an option at this time.

I have scheduled a meeting for you to attend , tomorrow, January 13, 26 at 0720, at my office in Bldg. 1500,first floor so that we can discuss these issues and the coarse of action for the way forward to getting you back to work safely.

The meeting will be with Mr. Ellison and myself.

If you can not attend please contact me at my cell phone below.

v/r

Jason A. Smith
C900F.D
Deputy Facility & Equipment Mgr.
Norfolk Naval Shipyard
Bldg. 1500, 1st Floor, Rm. 111
757-636-5771 (cell)

-----Original Message-----
From: angieecostello@yahoo.com <angieecostello@yahoo.com>
Sent: Monday, January 12, 2026 11:35 AM
To: Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)
<jason.a.smith19.civ@us.navy.mil>
Subject: [Non-DoD Source] Angie Banta, Administrative Leave

Good Morning, Mr. Smith,

It appears that I must intrude upon your inbox once again. For this, you have my humblest apologies. I am still unable to solve this issue with Mr. Ellison. Due to his urging me to call you, (which I received via text this morning,) I can only assume that you have been misinformed, or uninformed altogether, regarding my issue of personal safety.

Let me put it plainly here.

On May 19, 2025, I emailed you a statement, detailing the tampering with my vehicle, (May 1st), as well as the tampering with the fuel buffaloes I was assigned to repair and maintain, (May 12). We all had a meeting in your office, where I was assured of my safety, and that it would be, "looked into." I went back to work, right next door to all of my enemies, and braved it out each and every day, with no further information on the subject of my well being.

I ended any social ties I might have to anyone in that shipyard, including Mr. John Harrison. I avoided South Gate like the plague, and only spoke to Mr. Harrison when absolutely necessary, and within work parameters. He sent his friend, David Benns down to the boathouse, who proceeded to lecture me, (to literal distraction) on how much I owed Mr. Harrison for my employment. I then avoided being assigned to any boat, or any overtime where I might be isolated with Mr. David Benns. I even asked Mr. Perez to assign us to different boats, whenever possible.

That worked, for a time. There were various arguments between Mr. Benns and myself, but I found I could keep these to a minimum if I could avoid conversation or interaction of any kind. Sure, I got accused by the other guys of "trying to make us all look bad" because I would find something to do out in the cat. covers, away from the crowd, but it kept me away from David Benns.

Then, on October 10th, we were assigned to helm the two workboats in the water, separately. Long story, which I will detail if needed, but he nearly ran my boat down, while screaming at me on the radio. It scared the crap out of everyone. He maintains, (and now so does Mr. Harrison) that it was somehow my fault. I knew it wasn't at the time, but I have enlisted other professional mariners with diagrams and CFR's to make sure I am the one who was attacked out there. He could've just given us some room out there, but he didn't. He WANTED to create an incident.

Now, I had put in leave to go visit a dying friend, that began the next day.

When I got back to the dock, Mr. Benns proceeded to verbally berate me in front of the entire crew. Mr. Perez wasn't there for any of this, and I left work at my assigned time and caught my flight.

When I got back there were new rules posted in the boathouse. On October 28th or 29th, Mr. Perez and I were summoned to South Gate, where Mr. Harrison gave me a long list of incidents I didn't know anything about, supposedly reported to him by "multiple people". I listened, and only responded when he got to the incident of October 10th. I explained it from the maritime view, and told him where to find it in the CFR's.

On October 30th, Mr. Perez and I received a Letter of Counseling (Oral Warning in Writing), whatever that meant. I was told to sign it and did so, but I already knew I couldn't keep working in that shipyard. If Dave Benns can use a small vessel to intimidate me, if Mr. Harrison is going to back up that sort of behavior, if no one gives a damn about my personal safety, then I knew I had to get out of there as quickly as possible.

There was an argument in the morning meeting on December 11th. I heard some of the other guys had been to a "Leadership Class". Thinking it would look good on my resume, I asked Mr. Perez how to get into that class. Mr. Benns interjected that I would NEVER get into leadership class, and he was willing to bet on it. Mr. Perez told us to calm down and went back to his meeting.

The next day, Jubar was in charge of the boathouse, as Mr. Perez was out on leave or something. I asked him to request a meeting with Mr. Harrison on the subject. Though Mr. Harrison would not meet with me, he informed Jubar that he might send some of the other guys to that class, but not me.

After work, I appealed to Mr. Harrison in a phone call on the subject. He proceeded to attack my personal character, blamed me for "ruining his life" and hung up on me. Then he sent me some nasty texts. Now I REALLY had to get out of there.

I had scheduled leave so that I could attend Shipboard Firefighting class over at Chesapeake Maritime Training Institute. (I am trying to renew my mariner's credential and look for other employment.) Anyway, after being too distracted to even drive over there without a few detours, I rescheduled the class for February.

Then I came home and tried to decide what to do next. I contacted the EEOC, I snuck into the shipyard after our normal business hours and cleaned out my desk and locker. I sent an email to Mr. Perez, letting him know I wouldn't be reporting to work until this was solved.

On Dec 21st I saw Mr. Benns' very distinctive old teal Ford cruising around my apartment building.

On January 7th, Mr. Ellison reached out to clue me in on a 'job opportunity' somewhere else. I took the opportunity to apprise him of my current situation. Over the next few days, he tried to convince me to come back to work, he would send me to MHE. He also told me I needed to return my laptop, as it was government equipment, but also mentioned that I might get detained at the gate while doing so. Once I had the 'all clear' from Mr. Ellison, I returned my laptop to Mr. Coiner at the tech building. I came home and got sick.

I have given you only the briefest summary of events, but I need you to acknowledge what I already know, and that is that my personal safety has been at risk in that shipyard since May. I haven't been reassured in any way. It's steadily getting worse, to include my personal safety at home. If no one else cares about my personal safety, I do. That's it. I'm not going in there for any reason until somebody can assure me that these incidents have been looked into, and there's no reason for me to be worried about physical violence to me, or sabotage to my poor, cheap truck.

What I would appreciate, is to be put on administrative leave in the meantime. I have communicated with everyone beneath you in my chain of command, and I have had no response to my my request. If you don't feel this is your decision to make, please tell me who to contact next. Thank you for your kind attention to this matter.

Respectfully,

Angie E. Banta

**Re: [Non-DoD Source] Angie Banta, Administrative Leave** angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com> Jan 14 at 4:54 PM
To: Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil>

Mr. Smith,

I appreciate you taking time to meet me yesterday, in building 1500. I thought I would feel safe there, but while you sent me out of your office, (for you and Mr. Ellison to talk.) I had to go find the ladies room so I could get sick again. I don't know why you couldn't just let me go then. I had already given you all the information you needed, just like I had done via email, yet you insisted the meeting was meant to find a way to bring me back to work safely. It wasn't, it was meant to intimidate, berate, and belittle me, yet some more.

I really didn't want to meet Mr. Ellison in the first place. We all know that he and Mr. Harrison are longtime friends. I didn't appreciate him regurgitating Mr. Harrison's abuse some more.

I did not appreciate his personal attacks on my skillset, nor his continuously bringing up my case. This is what I meant when I said there was nothing more for me to add in person. I won't be going to another department, for reasons I explained also. Now, after all of this, my personal safety STILL isn't assured, and certainly won't be, any time soon. According to the paperwork I signed for the EEOC, "In presenting your discrimination complaint, you have the right to be free from restraint, interference, coercion, harassment, discrimination, and reprisal."

I think we can both agree that yesterday, in that very short time, I was exposed to coercion, harassment, discrimination, and more reprisal. It's as if none of you think my rights matter. Therefore, I won't be returning to NNSY until this investigation and claim have been completed. I have explained, to exhaustion, the reasons for my safety concerns, yet you persist in ignoring them. At the risk of being considered "argumentative" once again, I must look to my own personal safety and well being. I care about it, even if you don't. I tried my best to remain polite while I fled out of there.

I must insist that any further communications from this chain of command be done via email, at this email address. As much as you dislike communicating in the written form, I'm sure you can understand why it is the only acceptable form of communication at this time.

You have ignored my repeated requests to continue my employment within the parameters of my safety. You have ignored my requests for the contact information of whom else I might appeal to.

I really wish NNSY had been the kind of place INDOC led me to believe it was. I couldn't be more disappointed. I am not resigning before this has been resolved. I understand that you will probably fire me, and I guess there's nothing I can do about that. Just know, I haven't quit, and don't plan to, any time soon.

Regrettably,
Angie Banta

> On Monday, January 12, 2026 at 12:58:49 PM EST, Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil> wrote:
>
> Good Afternoon,
>
> I have spoken to Mr. Ellison about these issues. Unfortunately Administrative Leave is not an option at this time.
>
> I have scheduled a meeting for you to attend , tomorrow, January 13, 26 at 0720, at my office in Bldg. 1500,first floor so that we can discuss these issues and the coarse of action for the way forward to getting you back to work safely.
>
> The meeting will be with Mr. Ellison and myself.
>
> If you can not attend please contact me at my cell phone below.
>
> v/r
>
> Jason A. Smith
> C900F.D
> Deputy Facility & Equipment Mgr.
> Norfolk Naval Shipyard
> Bldg. 1500, 1st Floor, Rm. 111
> 757-636-5771 (cell)
>
> -----Original Message-----
> From: angieecostello@yahoo.com <angieecostello@yahoo.com>
> Sent: Monday, January 12, 2026 11:35 AM
> To: Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)
> <jason.a.smith19.civ@us.navy.mil>
> Subject: [Non-DoD Source] Angie Banta, Administrative Leave
>
> Good Morning, Mr. Smith,
>
> It appears that I must intrude upon your inbox once again. For this, you have my humblest apologies. I am still unable to solve this issue with Mr. Ellison. Due to his urging me to call you, (which I received via text this morning,) I can only assume that you have been misinformed, or uninformed altogether, regarding my issue of personal safety.
>
> Let me put it plainly here.

On May 19, 2025, I emailed you a statement, detailing the tampering with my vehicle, (May 1st), as well as the tampering with the fuel buffaloes I was assigned to repair and maintain, (May 12). We all had a meeting in your office, where I was assured of my safety, and that it would be, "looked into." I went back to work, right next door to all of my enemies, and braved it out each and every day, with no further information on the subject of my well being.

I ended any social ties I might have to anyone in that shipyard, including Mr. John Harrison. I avoided South Gate like the plague, and only spoke to Mr. Harrison when absolutely necessary, and within work parameters. He sent his friend, David Benns down to the boathouse, who proceeded to lecture me, (to literal distraction) on how much I owed Mr. Harrison for my employment. I then avoided being assigned to any boat, or any overtime where I might be isolated with Mr. David Benns. I even asked Mr. Perez to assign us to different boats, whenever possible.

That worked, for a time. There were various arguments between Mr. Benns and myself, but I found I could keep these to a minimum if I could avoid conversation or interaction of any kind. Sure, I got accused by the other guys of "trying to make us all look bad" because I would find something to do out in the cat. covers, away from the crowd, but it kept me away from David Benns.

Then, on October 10th, we were assigned to helm the two workboats in the water, separately. Long story, which I will detail if needed, but he nearly ran my boat down, while screaming at me on the radio. It scared the crap out of everyone. He maintains, (and now so does Mr. Harrison) that it was somehow my fault. I knew it wasn't at the time, but I have enlisted other professional mariners with diagrams and CFR's to make sure I am the one who was attacked out there. He could've just given us some room out there, but he didn't. He WANTED to create an incident.

Now, I had put in leave to go visit a dying friend, that began the next day. When I got back to the dock, Mr. Benns proceeded to verbally berate me in front of the entire crew. Mr. Perez wasn't there for any of this, and I left work at my assigned time and caught my flight.

When I got back there were new rules posted in the boathouse. On October 28th or 29th, Mr. Perez and I were summoned to South Gate, where Mr. Harrison gave me a long list of incidents I didn't know anything about, supposedly reported to him by "multiple people". I listened, and only responded when he got to the incident of October 10th. I explained it from the maritime view, and told him where to find it in the CFR's.

On October 30th, Mr. Perez and I received a Letter of Counseling (Oral Warning in Writing), whatever that meant. I was told to sign it and did so, but I already knew I couldn't keep working in that shipyard. If Dave Benns can use a small vessel to intimidate me, if Mr. Harrison is going to back up that sort of behavior, if no one gives a damn about my personal safety, then I knew I had to get out of there as quickly as possible.

There was an argument in the morning meeting on December 11th. I heard some of the other guys had been to a "Leadership Class". Thinking it would look good on my resume, I asked Mr. Perez how to get into that class. Mr. Benns interjected that I would NEVER get into leadership class, and he was willing to bet on it. Mr. Perez told us to calm down and went back to his meeting.

The next day, Jubar was in charge of the boathouse, as Mr. Perez was out on leave or something. I asked him to request a meeting with Mr. Harrison on the subject. Though Mr. Harrison would not meet with me, he informed Jubar that he might send some of the other guys to that class, but not me.

After work, I appealed to Mr. Harrison in a phone call on the subject. He proceeded to attack my personal character, blamed me for "ruining his life" and hung up on me. Then he sent me some nasty texts. Now I REALLY had to get out of there.

I had scheduled leave so that I could attend Shipboard Firefighting class over at Chesapeake Maritime Training Institute. (I am trying to renew my mariner's credential and look for other employment.) Anyway, after being too distracted to even drive over there without a few detours, I rescheduled the class for February.

Then I came home and tried to decide what to do next. I contacted the EEOC, I snuck into the shipyard after our normal business hours and cleaned out my desk and locker. I sent an email to Mr. Perez, letting him know I wouldn't be reporting to work until this was solved.

On Dec 21st I saw Mr. Benns' very distinctive old teal Ford cruising around my apartment building.

On January 7th, Mr. Ellison reached out to clue me in on a 'job opportunity' somewhere else. I took the opportunity to apprise him of my current situation. Over the next few days, he tried to convince me to come back to work, he would send me to MHE. He also told me I needed to return my laptop, as it was government equipment, but also mentioned that I might get detained at the gate while doing so. Once I had the 'all clear' from Mr. Ellison, I returned my laptop to Mr. Coiner at the tech building. I came home and got sick.

I have given you only the briefest summary of events, but I need you to

acknowledge what I already know, and that is that my personal safety has been at risk in that shipyard since May. I haven't been reassured in any way. It's steadily getting worse, to include my personal safety at home. If no one else cares about my personal safety, I do. That's it. I'm not going in there for any reason until somebody can assure me that these incidents have been looked into, and there's no reason for me to be worried about physical violence to me, or sabotage to my poor, cheap truck.

What I would appreciate, is to be put on administrative leave in the meantime. I have communicated with everyone beneath you in my chain of command, and I have had no response to my my request. If you don't feel this is your decision to make, please tell me who to contact next. Thank you for your kind attention to this matter.

Respectfully,

Angie E. Banta

# Exhibit (O)

**RE: Confirmed: Telephonic Session - MARY ALBRITTON** angieecostello@.../Inbox

**Magellan Federal No-Reply** <no-reply@magellanfederal.com> Jan 9 at 12:18 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Hello,

I am your assigned EAP Counselor and I tried reaching you at our scheduled session time but was unsuccessful. Can you please let me know the best phone number to reach you? I have called: 757-303-8187 four times and it keeps giving a busy tone and I was unable to leave a voicemail. We can reschedule for next week if you wish. Thank you in advance, I apologize for any inconvenience, and I hope to talk with you soon!

Kind regards,

Mary Albritton, LCSW, MSW

--------------- Original Message ---------------
From: Magellan Federal No-Reply [no-reply@magellanfederal.com]
Sent: 1/9/2026, 10:36 AM
To: albrittonm@magellanfederal.com
Subject: RE: Confirmed: Telephonic Session - MARY ALBRITTON

Hello,

I am your assigned EAP Counselor and I am trying to reach you. Can you please let me know the best phone number to reach you? I have called: 757-303-8187 twice and it keeps giving a busy tone. Thank you in advance and I hope to talk with you soon!

Kind regards,

Mary Albritton, LCSW, MSW
DONCEAP Field Consultant
Magellan Federal
Direct: 703-236-2179
**E** albrittonm@magellanfederal.com
**For 24/7/365: 1-844-366-2327**
**(1-844-366-2327) TTY 711**

**Do you need to schedule an appointment?**
DON Quantico, VA- Schedule Appointment Here

DONCEAP Member Portal website
| MagellanFederal.com

*Magellan Federal is a registered d/b/a of Armed Forces Services Corporation and a wholly-owned subsidiary of Magellan Healthcare, Inc.*
***Confidentiality Notice*** This electronic message transmission contains information belonging to Magellan Health that is solely for the recipient named above and which may be confidential or privileged. MAGELLAN HEALTH EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this electronic transmission in error, please notify us by telephone at 1-844-366-2327 (DON-CEAP). Thank you.
**Speak Up For Compliance**
If you have a concern related to suspicious, illegal or unethical activity, you may also report it by calling **MAGELLAN'S COMPLIANCE HOTLINE, 24 hours per day/7days** a week, at 1-800-915-2108. When calling, you may choose to remain anonymous, as an outside vendor manages the incoming calls. All calls will be treated confidentially and investigated.

--------------- Original Message ---------------
From: Magellan Federal No-Reply [no-reply@magellanfederal.com]
Sent: 1/8/2026, 10:24 AM
To: albrittonm@magellanfederal.com
Subject: Confirmed: Telephonic Session - MARY ALBRITTON

Hi MARY ALBRITTON,

Your Booking is confirmed.

Bookings details
Service Name: Telephonic Session - MARY ALBRITTON
With: Angie Banta
When: 1/9/2026, 10:30 AM America/New_York

Additional Information
I will contact you at the number you provided.

Field Consultants are highly trained, licensed professionals who are familiar with the culture of your agency and specialize in working with federal employees and their

family members. If you have a mental health emergency call 911

Angie Banta
757-303-8187
angieecostello@yahoo.com

Your Details
Case Number: 00198912
What federal agency do you work for? NAVSEA
Call your Field Consultant to modify or cancel your appointment.

GROW

ıfo? Check out the new Charges section.

Dashboard

Appointments

Therapy toolkit

Messages UNREAD

Account

Logout EN

| | ION ;HTS | STATUS | PATIENT RESPONSIBILITY |
|---|---|---|---|
| | | Paid • Claim # 15609609 | $107.50 |
| | | Paid • Claim # 15610232 | $170.99 |
| | | Paid • Claim # 15280413 | $87.93 |
| MAR 3, 12:00 PM - 1:00 PM Anna Yates | - | Paid • Claim # 15159334 | $115.99 |
| FEB 24, 12:00 PM - 1:00 PM Anna Yates | - | Paid • Claim # 14954577 | $10.00 |
| FEB 17, 3:00 PM - 4:00 PM Anna Yates | - | Paid • Claim # 14713339 | $10.00 |
| FEB 10, 12:00 PM - 1:00 PM Anna Yates | - | Paid • Claim # 14639020 | $10.00 |
| FEB 5, 2:00 PM - 3:00 PM Anna Yates | - | Paid • Claim # 14638930 | $10.00 |
| JAN 27, 12:00 PM - 1:00 PM Anna Yates | - | Paid • Claim # 14236720 | $10.00 |
| JAN 22, 11:00 AM - 12:00 PM Anna Yates | - | Paid • Claim # 14238510 | $10.00 |

1 2 ›

GROW

Dashboard

Schedule an appointment

Appointments

Therapy toolkit

ıfo? Check out the new Charges section.

Messages UNREAD

Account

| ION INSIGHTS | STATUS | PATIENT RESPONSIBILITY |
|---|---|---|
| | Paid • Claim # 13945232 | $10.00 |
| - | Paid • Claim # 13896335 | $10.00 |

Logout EN

Anna Yates

JAN 12, 10:00 AM - 11:00 AM
Anna Yates

1 2

YELLOW - 5

HARRIS TEETER PHARMACY 09700378

1320 COLONIAL AVE
NORFOLK, VA 23517
PH:(757) 533-9360

ANGIE BANTA
DOB: [redacted]

330 W BRAMBLETON AVE
NORFOLK, VA 23510
PH: (757) 303-8187

Safety Caps

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

RX#: 7023143 *New Rx* DATE: 08/11/2026
**DESVENLAFAXINE SUCCNT ER 25 MG**
SUBSTITUTED FOR:PRISTIQ ER 25 MG TAB
NDC: 51991-0006-33 **Color: tan**
TAKE 1 TABLET BY MOUTH DAILY FOR 30 DAYS

LOYALTY #

QTY: 30 DAYS SUPPLY: 30
NO REFILLS REMAINING
Made In: India

Not On File

**Scan the QR code for more information about your medicine.**

DO NOT FLUSH UNUSED MEDICATIONS OR POUR DOWN A SINK OR DRAIN.

**BILL TO: FEDERAL EMPLOYEE PROGRAM**
**PRICE: $5.00**
YOUR INSURANCE BENEFIT SAVED YOU: $338.99

RX# **7023143 08/11/2026** Safety Caps

**Signature not required by Insurance**

Ver: 2026.07.23

POS #

Circle Medical

# Invoice

| | |
|---|---|
| Invoice number | CM-137346 |
| Date of issue: | January 22nd, 2026 |
| Date due | March 22nd, 2026 |

**Circle Medical**
333 1st Street STE A
San Francisco, CA 94105
billing@circlemedical.com

**Bill to**
Angie Banta
330 W Brambleton Ave
Norfolk, VA 23510

## $0.00 due March 22nd, 2026

Dear Angie,

Thank you for your visit with Circle Medical. Please review the details of your invoice below.

Pay online

| Line Item | | Qty | Billed | Ins paid | Pt paid | Adjusted | Balance |
|---|---|---|---|---|---|---|---|
| 99204 - 95 | Service date: 01/22/2026 | 1 | $415.17 | $178.82 | $10.00 | $226.35 | $0.00 |

| | |
|---|---|
| Invoice total | $415.17 |
| Amount paid | $415.17 |
| Amount remaining | $0.00 |

| Insurance information | |
|---|---|
| Primary insurance | Blue Cross Blue Shield FEP (Eligibility Only) |
| Policy number | R61775384 |
| Plan description | Fep Blue Focus |

Circle Medical

# Invoice

| | |
|---|---|
| Invoice number | CM-144744 |
| Date of issue: | January 27th, 2026 |
| Date due | February 12th, 2026 |

**Circle Medical**
333 1st Street STE A
San Francisco, CA 94105
billing@circlemedical.com

**Bill to**
Angie Banta
330 W Brambleton Ave
Norfolk, VA 23510

## $0.00 due February 12th, 2026

Dear Angie,

Thank you for your visit with Circle Medical. Please review the details of your invoice below.

Pay online

| Line Item | | Qty | Billed | Ins paid | Pt paid | Adjusted | Balance |
|---|---|---|---|---|---|---|---|
| 99214 - 95 | Service date: 01/27/2026 | 1 | $275.95 | $103.27 | $10.00 | $162.68 | $0.00 |

| | |
|---|---|
| Invoice total | $275.95 |
| Amount paid | $275.95 |
| Amount remaining | $0.00 |

| Insurance information | |
|---|---|
| Primary insurance | Blue Cross Blue Shield FEP (Eligibility Only) |
| Policy number | R61775384 |
| Plan description | Fep Blue Focus |

# Invoice

Circle Medical

| | |
|---|---|
| Invoice number | CM-159464 |
| Date of issue: | February 4th, 2026 |
| Date due | May 5th, 2026 |

**Circle Medical**
333 1st Street STE A
San Francisco, CA 94105
billing@circlemedical.com

**Bill to**
Angie Banta
330 W Brambleton Ave
Norfolk, VA 23510

## $0.00 due May 5th, 2026

Dear Angie,

Thank you for your visit with Circle Medical. Please review the details of your invoice below. We wanted to let you know that your insurance plan did not cover the recent claim for your visit. This may be due to your plan's coverage limits, deductible status, or benefit exclusions. As a courtesy, we have adjusted your balance to reflect our cash pay price, which is lower than the standard billed amount. Please contact your health plan for the specifics of your plans coverage.

Pay online

| Line Item | | Qty | Billed | Ins paid | Pt paid | Adjusted | Balance |
|---|---|---|---|---|---|---|---|
| 99396 - 95 | Service date: 02/04/2026 | 1 | $266.72 | $0.00 | $0.00 | $0.00 | $266.72 |
| 99396 - 95 | Service date: 02/04/2026 | 1 | ($266.72) | $0.00 | $0.00 | $0.00 | ($266.72) |
| Video Wellness Exam | Service date: 02/04/2026 | 1 | $120.00 | $0.00 | $120.00 | $0.00 | $0.00 |

| | |
|---|---|
| Invoice total | $120.00 |
| Amount paid | $120.00 |
| Amount remaining | $0.00 |

| Insurance information | |
|---|---|
| Primary insurance | Blue Cross Blue Shield FEP (Eligibility Only) |
| Policy number | R61775384 |
| Plan description | Fep Blue Focus |

# Exhibit (P)

**RE: [Non-DoD Source] FMLA Process Angie Banta, 900.F**

angieecostello@.../Inbox

**Christopher Nuneviller** [redacted]
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Jan 29 at 11:15 AM

[redacted]

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Thursday, January 29, 2026 11:13 AM
**To:** Christopher Nuneviller [redacted]
**Subject:** Fw: [Non-DoD Source] FMLA Process Angie Banta, 900.F

----- Forwarded Message -----
**From:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
**To:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Cc:** Singer, Joseph D CIV USN NAVSHIPYD NORFOLK VA (USA) <joseph.d.singer3.civ@us.navy.mil>
**Sent:** Thursday, January 29, 2026 at 10:33:04 AM EST
**Subject:** RE: [Non-DoD Source] FMLA Process Angie Banta, 900.F

Good morning Angie,

I hope your day is going well. You are truly welcome. The leave recipient paperwork is attached for completion. You will need to provide medical documentation when submitting. We can use the same paperwork from your doctor. This will at least give you more options while you are out.

Mr. Singer's email address is joseph.d.singer3.civ@us.navy.mil. His phone number is (757) 396-4377 and his cell number is (757) 416-2433. If you have any questions, please feel free to contact our office. Have a beautiful day.

Respectfully,
Melanie

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Thursday, January 29, 2026 9:38 AM
**To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
**Subject:** Re: [Non-DoD Source] FMLA Process Angie Banta, 900.F

Good morning, Melanie,

Thank you so much for getting this information to me, despite all of the computer problems. I will have to wait on FMLA, until I get the forms back from my health care provider.

In the meantime, I think I will take your advice, and participate in the leave donor program. Can you tell me what the next steps are to do that? I don't even know who my supervisor might be now, due to recent changes throughout my chain of command. Do you have an email address for Mr. Joe Singer, or a phone number?

Thank you so much for your help Melanie. I hope the computer issues are solved soon, and that you have a wonderful rest of your day.

Gratefully,

Angie Banta

On Wednesday, January 28, 2026 at 12:55:05 PM EST, Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil> wrote:

Good morning Angie,

I am doing well and I hope the same for you. We are having issues on top of issues with our computers so please forgive the delay. I have been in and out of the office a bit as well. I have attached the paperwork for the doctor to complete as well as the leave request. Make sure you annotate what type of leave you will be taking. I know we discussed the leave donor program. Think about that and let me know what you decide. If you have any questions, please feel free to call our office at 757-396-7422. The documentation can be faxed back from the doctor's office at 757-396-4722.

Please note, FMLA does not grant you leave, it is only in place to protect your job. Take care and have a lovely day.

Respectfully,
Melanie

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Wednesday, January 28, 2026 10:26 AM
**To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
**Subject:** [Non-DoD Source] FMLA Process Angie Banta, 900.F

Good morning, Melanie,

I just saw my most recent LES and it's showing 32 hours of LWOP. I STILL haven't received the FMLA packet, and I'd really like to get that filed ASAP, so I don't lose my job....I'm in a bit of a panic. I tried emailing you Monday, but I guess you didn't have time to respond. Perhaps you're out of the office? I don't have a good phone number for you, outside of the shipyard.

Please, will you send me the information as soon as you can?

Thank you,

Angie Banta

> ----- Forwarded Message -----
> **From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
> **To:** "melanie.y.prescott.civ@us.navy.mil" <melanie.y.prescott.civ@us.navy.mil>
> **Sent:** Monday, January 26, 2026 at 03:46:31 PM EST
> **Subject:** RE: [Non-DoD Source] FMLA Process Angie Banta, 900.F
>
> Hi Melanie,
>
> I hope you were able to stay warm and safe through the weekend, it was bitter!
>
> Anyway, I never received the FMLA packet. Could you resend it? I have an appointment with my health care provider tomorrow.
>
> Thank you,
>
> Angie Banta
>
> Yahoo Mail: Search, Organize, Conquer
>
> On Wed, Jan 21, 2026 at 1:49 PM, Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)
> <melanie.y.prescott.civ@us.navy.mil> wrote:
>
> > Good afternoon Angie,
> >
> > I hope your day is going well. I apologize for the delay. I sent the email that I thought I sent yesterday. Please see that email to let me know your plans. I am out of the office today but will be back tomorrow. I brought my laptop home so that is how I saw your email. Have a beautiful day.
> >
> > Respectfully,
> > Melanie
> >
> > ---
> >
> > **From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
> > **Sent:** Wednesday, January 21, 2026 11:46 AM
> > **To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
> > **Subject:** [Non-DoD Source] FMLA Process Angie Banta, 900.F
> >
> > Hello Melanie,
> >
> > I tried contacting your office via email yesterday, and still have no response. Is there a phone number, (that works outside of the shipyard) where I might contact your office instead? Is there a different email address I should send my request to? I have an appointment with my health care provider, and I need to know where to download the forms. Thank you so much for your help in this matter. Have a wonderful day.
> >
> > Respectfully,
> >
> > Angie Banta
> >
> > > ----- Forwarded Message -----
> > > **From:** "angieecostello@yahoo.com" <angieecostello@yahoo.com>
> > > **To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
> > > **Sent:** Tuesday, January 20, 2026 at 09:43:55 AM EST
> > > **Subject:** Re: [Non-DoD Source] FMLA
> > >
> > > Good morning, Melanie!
> > >
> > > My name is actually Angie Banta now. I am using this email address because my health condition prevents me going into the shipyard, and I have no access to my government email. If you could please tell me if I qualify for FMLA, (as my health care provider thinks I do,) then point me to the next step? I would greatly appreciate it.
> > >
> > > With gratitude,
> > >
> > > Angie Banta

On Tuesday, January 20, 2026 at 07:04:19 AM EST, Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil> wrote:

Good morning Ms. Costello,

I hope this email finds you well.  Please contact our office with your FMLA needs.  We will assist in whatever way we can.  Have a lovely week.

Respectfully,
Melanie

---

**From:** Williams, Kimberly R CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.r.williams56.civ@us.navy.mil>
**Sent:** Tuesday, January 20, 2026 6:19 AM
**To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>; Richardson, Latonja T CIV (USA) <latonja.t.richardson.civ@us.navy.mil>; Nored, Diane Griffin CIV USN NAVSHIPYD NORFOLK VA (USA) <diane.g.nored.civ@us.navy.mil>
**Cc:** angieecostello@yahoo.com
**Subject:** FW: [Non-DoD Source] FMLA

Good morning Ladies,

Hope your day is well! Please see the below requested information for FMLA.

Enjoy you day!

*v/r*
***Kimberly R. Williams CIV NNSY, Code 1102.3***
***Administrative Management Specialist/***
***Drug Program & Safety Glasses Coordinator***
***Personnel Office Bldg. 15***
***Hours: 6:00am-3:30pm***

Controlled by:  Department of the Navy
Controlled by:  NNSY Code 1102
CUI Category:  PRVCY
Distribution/Dissemination Control:  FEDCON Or FED Only
POC:  Kimberly.r.williams56.civ@us.navy.mil
Phone 757-396-0516

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Friday, January 16, 2026 11:28 AM
**To:** Williams, Kimberly R CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.r.williams56.civ@us.navy.mil>
**Subject:** [Non-DoD Source] FMLA

Good morning,

Mr. Jason Smith (900.F), recommended I contact you regarding FMLA.

I will await further instructions from you indicating my next steps.

Thank you,

Angie Banta

Yahoo Mail: Search, Organize, Conquer

**Re: [Non-DoD Source] Angie Banta, Administrative Leave** angieecostello@.../Sent

**angieecostello@yahoo.com** <angieecostello@yahoo.com> Jan 16 at 9:48 AM
To: Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil>

Good morning, Mr. Smith,

Thank you for passing on the info for DONCEAP. I have been in touch with them a couple of times already. They were very helpful, but because they are affiliated with the shipyard, I had to get an outside provider for my health issues.

My health care providers says I could qualify for FMLA. I looked it up on NNSY's benefits site, and it says I must contact my supervisor, who will put me in touch with HR, to start the process. This seems like a good avenue for me, as it will give me the time needed to pursue my treatments and recovery, while maintaining my job and health benefits. Do you think you could help me start this process? I think I just need a good email or phone number for HR that works outside of the shipyard. (Most of the phone numbers listed do not include an extension.) I would appreciate any information you could provide on the topic.

With gratitude,

Angie Banta

On Thursday, January 15, 2026 at 02:05:09 PM EST, Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil> wrote:

Good Afternoon,

The meetings sole purpose was to find a pathway to get you back to work safely. We discussed what you feel we needed to return to work in a safe environment. The following actions are in process;

1. We agreed for you to continue working in the Small Boats section, per your request, and to move the individuals that have been alleged to cause the problem.
2. The two (2) individuals that you sited in your complaint are to be reassigned out of your work area until all investigations can be completed and corrective actions are in place.
3. Management will brief both individuals to have no contact inside or outside of work until completion of investigations.
4. We will be assigning a new First and Second Level Supervisor to oversee the Small Boats program. They will be briefed on the situation to ensure no contact occurs.
5. I authorized your leave request to stay out until Tuesday, January 20, 2026 when all the above actions were completed.

If needed, I can schedule a meeting with our Department Head, Mr. Singer, to allow for further discussion of this matter.

Confidential counseling is also available through the Department of the Navy Civilian Employee Assistance Program (DONCEAP) 1-844-366-2327.

For your awareness, any future meetings on this subject will require face to face dialogue.

If you choose not to return on our agreed upon date, Tuesday, January 20,2026 then we will have to follow the established Leave and Timekeeping process.

If you have any other questions please let me know.

v/r

Jason A. Smith
C900F.D
Deputy Facility & Equipment Mgr.
Norfolk Naval Shipyard
Bldg. 1500, 1st Floor, Rm. 111
757-636-5771 (cell)

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Wednesday, January 14, 2026 4:54 PM
**To:** Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil>
**Subject:** Re: [Non-DoD Source] Angie Banta, Administrative Leave

Mr. Smith,

I appreciate you taking time to meet me yesterday, in building 1500. I thought I would feel safe there, but while you sent me out of your office, (for you and Mr. Ellison to talk.) I had to go find the ladies room so I could get sick again. I don't know why you couldn't just let me go then. I had already given you all the information you needed, just like I had done via email, yet you insisted the meeting was meant to find a way to bring me back to work safely. It wasn't, it was meant to intimidate, berate, and belittle me, yet some more.

I really didn't want to meet Mr. Ellison in the first place. We all know that he and Mr. Harrison are longtime friends. I didn't appreciate him

regurgitating Mr. Harrison's abuse some more.

I did not appreciate his personal attacks on my skillset, nor his continuously bringing up my case. This is what I meant when I said there was nothing more for me to add in person. I won't be going to another department, for reasons I explained also. Now, after all of this, my personal safety STILL isn't assured, and certainly won't be, any time soon. According to the paperwork I signed for the EEOC, "In presenting your discrimination complaint, you have the right to be free from restraint, interference, coercion, harassment, discrimination, and reprisal."

I think we can both agree that yesterday, in that very short time, I was exposed to coercion, harassment, discrimination, and more reprisal. It's as if none of you think my rights matter. Therefore, I won't be returning to NNSY until this investigation and claim have been completed. I have explained, to exhaustion, the reasons for my safety concerns, yet you persist in ignoring them. At the risk of being considered "argumentative" once again, I must look to my own personal safety and well being. I care about it, even if you don't. I tried my best to remain polite while I fled out of there.

I must insist that any further communications from this chain of command be done via email, at this email address. As much as you dislike communicating in the written form, I'm sure you can understand why it is the only acceptable form of communication at this time.

You have ignored my repeated requests to continue my employment within the parameters of my safety. You have ignored my requests for the contact information of whom else I might appeal to.

I really wish NNSY had been the kind of place INDOC led me to believe it was. I couldn't be more disappointed. I am not resigning before this has been resolved. I understand that you will probably fire me, and I guess there's nothing I can do about that. Just know, I haven't quit, and don't plan to, any time soon.

Regrettably,
Angie Banta

> On Monday, January 12, 2026 at 12:58:49 PM EST, Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil> wrote:
>
> Good Afternoon,
>
> I have spoken to Mr. Ellison about these issues. Unfortunately Administrative Leave is not an option at this time.
>
> I have scheduled a meeting for you to attend , tomorrow, January 13, 26 at 0720, at my office in Bldg. 1500,first floor so that we can discuss these issues and the coarse of action for the way forward to getting you back to work safely.
>
> The meeting will be with Mr. Ellison and myself.
>
> If you can not attend please contact me at my cell phone below.
>
> v/r
>
> Jason A. Smith
> C900F.D
> Deputy Facility & Equipment Mgr.
> Norfolk Naval Shipyard
> Bldg. 1500, 1st Floor, Rm. 111
> 757-636-5771 (cell)
>
> -----Original Message-----
> From: angieecostello@yahoo.com <angieecostello@yahoo.com>
> Sent: Monday, January 12, 2026 11:35 AM
> To: Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA)
> <jason.a.smith19.civ@us.navy.mil>
> Subject: [Non-DoD Source] Angie Banta, Administrative Leave
>
> Good Morning, Mr. Smith,
>
> It appears that I must intrude upon your inbox once again. For this, you have my humblest apologies. I am still unable to solve this issue with Mr. Ellison. Due to his urging me to call you, (which I received via text this morning,) I can only assume that you have been misinformed, or uninformed altogether, regarding my issue of personal safety.
>
> Let me put it plainly here.
>
> On May 19, 2025, I emailed you a statement, detailing the tampering with my vehicle, (May 1st), as well as the tampering with the fuel buffaloes I was assigned to repair and maintain, (May 12). We all had a meeting in your

office, where I was assured of my safety, and that it would be, "looked into." I went back to work, right next door to all of my enemies, and braved it out each and every day, with no further information on the subject of my well being.

I ended any social ties I might have to anyone in that shipyard, including Mr. John Harrison. I avoided South Gate like the plague, and only spoke to Mr. Harrison when absolutely necessary, and within work parameters. He sent his friend, David Benns down to the boathouse, who proceeded to lecture me, (to literal distraction) on how much I owed Mr. Harrison for my employment. I then avoided being assigned to any boat, or any overtime where I might be isolated with Mr. David Benns. I even asked Mr. Perez to assign us to different boats, whenever possible.

That worked, for a time. There were various arguments between Mr. Benns and myself, but I found I could keep these to a minimum if I could avoid conversation or interaction of any kind. Sure, I got accused by the other guys of "trying to make us all look bad" because I would find something to do out in the cat. covers, away from the crowd, but it kept me away from David Benns.

Then, on October 10th, we were assigned to helm the two workboats in the water, separately. Long story, which I will detail if needed, but he nearly ran my boat down, while screaming at me on the radio. It scared the crap out of everyone. He maintains, (and now so does Mr. Harrison) that it was somehow my fault. I knew it wasn't at the time, but I have enlisted other professional mariners with diagrams and CFR's to make sure I am the one who was attacked out there. He could've just given us some room out there, but he didn't. He WANTED to create an incident.

Now, I had put in leave to go visit a dying friend, that began the next day. When I got back to the dock, Mr. Benns proceeded to verbally berate me in front of the entire crew. Mr. Perez wasn't there for any of this, and I left work at my assigned time and caught my flight.

When I got back there were new rules posted in the boathouse. On October 28th or 29th, Mr. Perez and I were summoned to South Gate, where Mr. Harrison gave me a long list of incidents I didn't know anything about, supposedly reported to him by "multiple people". I listened, and only responded when he got to the incident of October 10th. I explained it from the maritime view, and told him where to find it in the CFR's.

On October 30th, Mr. Perez and I received a Letter of Counseling (Oral Warning in Writing), whatever that meant. I was told to sign it and did so, but I already knew I couldn't keep working in that shipyard. If Dave Benns can use a small vessel to intimidate me, if Mr. Harrison is going to back up that sort of behavior, if no one gives a damn about my personal safety, then I knew I had to get out of there as quickly as possible.

There was an argument in the morning meeting on December 11th. I heard some of the other guys had been to a "Leadership Class". Thinking it would look good on my resume, I asked Mr. Perez how to get into that class. Mr. Benns interjected that I would NEVER get into leadership class, and he was willing to bet on it. Mr. Perez told us to calm down and went back to his meeting.

The next day, Jubar was in charge of the boathouse, as Mr. Perez was out on leave or something. I asked him to request a meeting with Mr. Harrison on the subject. Though Mr. Harrison would not meet with me, he informed Jubar that he might send some of the other guys to that class, but not me.

After work, I appealed to Mr. Harrison in a phone call on the subject. He proceeded to attack my personal character, blamed me for "ruining his life" and hung up on me. Then he sent me some nasty texts. Now I REALLY had to get out of there.

I had scheduled leave so that I could attend Shipboard Firefighting class over at Chesapeake Maritime Training Institute. (I am trying to renew my mariner's credential and look for other employment.) Anyway, after being too distracted to even drive over there without a few detours, I rescheduled the class for February.

Then I came home and tried to decide what to do next. I contacted the EEOC, I snuck into the shipyard after our normal business hours and cleaned out my desk and locker. I sent an email to Mr. Perez, letting him know I wouldn't be reporting to work until this was solved.

On Dec 21st I saw Mr. Benns' very distinctive old teal Ford cruising around my apartment building.

On January 7th, Mr. Ellison reached out to clue me in on a 'job opportunity' somewhere else. I took the opportunity to apprise him of my current situation. Over the next few days, he tried to convince me to come back to work, he would send me to MHE. He also told me I needed to return my laptop, as it was government equipment, but also mentioned that I might get detained at the gate while doing so. Once I had the 'all clear' from Mr. Ellison, I returned my laptop to Mr. Coiner at the tech building. I came home and got sick.

I have given you only the briefest summary of events, but I need you to acknowledge what I already know, and that is that my personal safety has been at risk in that shipyard since May. I haven't been reassured in any way. It's steadily getting worse, to include my personal safety at home. If no one else cares about my personal safety, I do. That's it. I'm not going in there for any reason until somebody can assure me that these incidents have been looked into, and there's no reason for me to be worried about physical violence to me, or sabotage to my poor, cheap truck.

What I would appreciate, is to be put on administrative leave in the meantime. I have communicated with everyone beneath you in my chain of command, and I have had no response to my my request. If you don't feel this is your decision to make, please tell me who to contact next. Thank you for your kind attention to this matter.

Respectfully,

Angie E. Banta

**RE: [Non-DoD Source] Fw: Questions Regarding LES** angieecostello@.../Inbox

PU **Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)** <melanie.y.prescott.civ@us.navy.mil> Apr 13 at 1:57 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Hey Love,

I hope your day is going well. Give me a call. I am currently in the office alone so I'm running everything.

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Monday, April 13, 2026 1:10 PM
**To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>; cnuneviller@mnbmeridian.com
**Subject:** [Non-DoD Source] Fw: Questions Regarding LES

Hi Melanie,

Tried to follow up with you again, Friday, as you suggested, but I guess you couldn't get to me.

Sorry to be a Monday problem, but I'm running out of time to get this straightened out. I will soon need to secure my employment some other way.

Thank you for your helpfulness.

Regards,

Angie Banta

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "angieecostello@yahoo.com" <angieecostello@yahoo.com>
**To:** "Prescott Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)" <melanie.y.prescott.civ@us.navy.mil>
**Cc:**
**Sent:** Mon, Apr 6, 2026 at 11:55 AM
**Subject:** Questions Regarding LES
Hi Melanie,

Hope you had a lovely Easter weekend.

I am confused about some information on my latest LES. Though it is showing I have 480 hours of FMLA available, none of it has been used. Instead, my LES indicates that I have used 352 hours of LWOP this year to date.

If this is a question for payroll, will you please direct me to whom I should be contacting there?

Further, once my FMLA balance has been corrected, and exhausted, (in just a couple of weeks here,) I will need a new solution to protect my job.

Thank you for any information you can pass on.

Sincerely,

Angie Banta

**1 File** 7.5 kB

smime.p7s
7 kB

**RE: [Non-DoD Source] Following up on my LES correction** angieecostello@.../Inbox

PU **Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)** <melanie.y.prescott.civ@us.navy.mil> Apr 20 at 11:42 AM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good morning Angie,

I hope your weekend was beautiful. Mr. Harrison called upon his return to the office as he said he would. He completed the Supdesk adjustment form and sent it to the Funds Administrator for signature. I was out of the office since last Tuesday so I have not followed-up to see if it was processed through payroll. BUT nevertheless, it looks like your return date is as you have on your leave request. I will check with Mr. Harrison to see if everything was completed and sent to Payroll. I will reach out afterwards. Have a beautiful day.

Respectfully,
Melanie

-----Original Message-----
From: angieecostello@yahoo.com <angieecostello@yahoo.com>
Sent: Friday, April 17, 2026 10:15 AM
To: Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)
<melanie.y.prescott.civ@us.navy.mil>; Christopher Nuneviller
<cnuneviller@mnbmeridian.com>
Subject: [Non-DoD Source] Following up on my LES correction

Good morning, Ms. Prescott,

I am following up on our earlier conversation on Tuesday about the errors on my LES. I have been trying to reach you on the phone, but as I know your office is only lightly staffed this week, I thought an email might be better.

When we spoke on Tuesday, you said that you had contacted Mr. Harrison, and that he had not been informed that I had been approved for FMLA. You said he was off on Tuesday, but had asked for a meeting later in the week so you could "walk him through" the corrective process.

Can you tell me if that meeting actually occurred? Can you tell me what the outcome is, regarding my remaining time on FMLA, and any information about the donated leave program that I have applied for as well?

As we discussed on the phone, I will need to take further actions to secure my employment soon. Did you ever find the contact information for the new director of code 900.F?

As I know my email address gets buried in your inbox often, I will follow up on the phone if I don't hear back from you via email.

Thank you so much for all you have done to assist me. I wish you a lovely weekend!

Sincerely,

Angie Banta

**1 File** 7.5 kB

smime.p7s
7 kB

# Exhibit (Q)

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 01/10/2026
2. Pay Date: 01/16/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/10/2026 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority

19. Cumulative Retirement: FERS: 4791.00

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | 3323.72 | 5943.72 |
| TAXABLE WAGES | 3069.58 | 5469.76 |
| NONTAXABLE WAGES | 88.82 | 177.64 |
| TAX DEFERRED WAGES | 165.32 | 296.32 |
| DEDUCTIONS | 1029.73 | 1820.23 |
| AEIC | | |
| NET PAY | 2293.99 | 4123.49 |

22. TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2672.80 | | | | | | |

## RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | 633.60 | OVERTIME | 0.00 | 17.32 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 13.44 | 24.80 | FEHB | 131 | 59.17 | 118.34 |
| FSA-HC | | 3.84 | 7.68 | MEDICARE | | 46.91 | 83.61 |
| OASDI | | 200.57 | 357.50 | PRE FEHB COL | | | |
| RETIRE, FERS | KF | 145.44 | 260.72 | TAX, FEDERAL | | 224.04 | 367.75 |
| TAX, STATE | VA | 145.19 | 251.89 | TSP SAVINGS | | 165.32 | 296.32 |
| DENTAL | | 20.15 | 40.30 | VISION | | 5.66 | 11.32 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 52.00 | 4.00 | 104.00 | 24.00 | 128.00 | | 28.00 | |
| SICK | 43.00 | 4.00 | 104.00 | 48.00 | 88.00 | | 59.00 | |
| HOLIDAY | | | | 8.00 | 88.00 | | | |
| ADMIN | | | | | 77.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.72 | 12.40 | FEHB | 177.53 | 355.06 |
| MEDICARE | 46.91 | 83.61 | OASDI | 200.57 | 357.50 |
| RETIRE, FERS | 545.53 | 977.83 | TSP BASIC | 33.09 | 59.29 |
| TSP MATCHING | 132.23 | 237.03 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $ 59.17
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
RETROACTIVE PERSONNEL DATA PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 01/24/2026 |
| 2. Pay Date | 01/30/2026 |
| 3. Name | BANTA ANGIE E |
| 4. Pay Plan/Grade/Step | WG 10 02 |
| 5. Hourly/Daily Rate | 33.41 |
| 6. Basic OT Rate | 50.12 |
| 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay | 0.00 0.00 0.00 |
| 8. Soc Sec No | ***-**-6818 |
| 9. Locality % | 0.00 |
| 10. FLSA Category | N |
| 11. SCD Leave | 06/03/2024 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/09/2027 |
| 14. Financial Institution - Net Pay | TRUIST BANK |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18.

| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|

19. Cumulative Retirement: FERS: 4861.56

20. Military Deposit

21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 1603.68 | 7547.40 |
| TAXABLE WAGES | 1425.87 | 6895.63 |
| NONTAXABLE WAGES | 97.63 | 275.27 |
| TAX DEFERRED WAGES | 80.18 | 376.50 |
| DEDUCTIONS | 456.25 | 2276.48 |
| AEIC | | |
| NET PAY | 1147.43 | 5270.92 |

22. TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 48.00 | 1603.68 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 11.52 | 36.32 | FEHB | 131 | 66.81 | 185.15 |
| FSA-HC | | 3.84 | 11.52 | MEDICARE | | 21.84 | 105.45 |
| OASDI | | 93.37 | 450.87 | RETIRE, FERS | KF | 70.56 | 331.28 |
| TAX, FEDERAL | | 30.47 | 398.22 | TAX, STATE | VA | 50.68 | 302.57 |
| TSP SAVINGS | | 80.18 | 376.50 | DENTAL | | 21.32 | 61.62 |
| VISION | | 5.66 | 16.98 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 4.00 | | | | 32.00 | |
| SICK | 59.00 | 4.00 | 4.00 | 32.00 | 32.00 | | 31.00 | |
| HOLIDAY | | | | 8.00 | 8.00 | | | |
| LWOP | | | | | 32.00 | | | |
| AWOL | | | | 32.00 | | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.76 | 18.16 | FEHB | 200.45 | 555.51 |
| MEDICARE | 21.84 | 105.45 | OASDI | 93.37 | 450.87 |
| RETIRE, FERS | 264.61 | 1242.44 | TSP BASIC | 16.04 | 75.33 |
| TSP MATCHING | 64.15 | 301.18 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
TO PROVIDE YOUR EMPLOYMENT AND/OR SALARY INFORMATION TO AN ORGANIZATION (BUSINESS, BANK, CREDIT UNION) OR PERSON, LOGIN TO THE DCPDS PORTAL HTTPS://COMPO.DCPDS.CPMS.OSD.MIL/, GO TO MYBIZ EMPLOYMENT VERIFICATION, AND EMAIL INFORMATION DIRECTLY TO THE REQUESTOR.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
STARTING WITH TAX YEAR 2025, 1095-C FORMS WILL NO LONGER BE MASS MAILED.
YOU CAN DOWNLOAD AND PRINT YOUR FORM VIA MYPAY OR REQUEST A MAILED COPY THROUGH ASKDFAS.
REACH OUT TO YOUR CSR OR A QUALIFIED TAX ADVISOR WITH QUESTIONS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $ 66.81
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 02/07/26
2. Pay Date: 02/13/26

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/24 | 240 | 01/09/27 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

| 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| | | 0 | 0 | |

19. Cumulative Retirement: FERS: 4861.56

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 7547.40 |
| TAXABLE WAGES | | 6895.63 |
| NONTAXABLE WAGES | | 275.27 |
| TAX DEFERRED WAGES | | 376.50 |
| DEDUCTIONS | | 2276.48 |
| AEIC | | |
| NET PAY | | 5270.92 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 36.32 | FEHB | 131 | | 185.15 |
| FSA-HC | | | 11.52 | MEDICARE | | | 105.45 |
| OASDI | | | 450.87 | RETIRE, FERS | KF | | 331.28 |
| TAX, FEDERAL | | | 398.22 | TAX, STATE | VA | | 302.57 |
| TSP SAVINGS | | | 376.50 | DENTAL | | | 61.62 |
| VISION | | | 16.98 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 4.00 | | | | 32.00 | |
| SICK | 59.00 | | 4.00 | | 32.00 | | 31.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | | 112.00 | | | |
| AWOL | | | | 80.00 | | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 18.16 | FEHB | 200.45 | 755.96 |
| MEDICARE | 0.00 | 105.45 | OASDI | 0.00 | 450.87 |
| RETIRE, FERS | 0.00 | 1242.44 | TSP BASIC | 0.00 | 75.33 |
| TSP MATCHING | 0.00 | 301.18 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 02/21/26
2. Pay Date: 02/27/26

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/24 | 240 | 01/09/27 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

| 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| | | 0 | 0 | |

19. Cumulative Retirement: FERS: 4861.56

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 7547.40 |
| TAXABLE WAGES | | 6895.63 |
| NONTAXABLE WAGES | | 275.27 |
| TAX DEFERRED WAGES | | 376.50 |
| DEDUCTIONS | | 2276.48 |
| AEIC | | |
| NET PAY | | 5270.92 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 36.32 | FEHB | 131 | | 185.15 |
| FSA-HC | | | 11.52 | MEDICARE | | | 105.45 |
| OASDI | | | 450.87 | PRE FEHB COL | | | |
| RETIRE, FERS | KF | | 331.28 | TAX, FEDERAL | | | 398.22 |
| TAX, STATE | VA | | 302.57 | TSP SAVINGS | | | 376.50 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 4.00 | | | | 32.00 | |
| SICK | 59.00 | | 4.00 | | 32.00 | | 31.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | 8.00 | 192.00 | | | |
| AWOL | | | | 72.00 | | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 18.16 | FEHB | 200.45 | 956.41 |
| MEDICARE | 0.00 | 105.45 | OASDI | 0.00 | 450.87 |
| RETIRE, FERS | 0.00 | 1242.44 | TSP BASIC | 0.00 | 75.33 |
| TSP MATCHING | 0.00 | 301.18 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 06/27/2026
2. Pay Date: 07/02/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority

19. Cumulative Retirement: FERS: 5096.76

20. Military Deposit

21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2672.80 | 12893.00 |
| TAXABLE WAGES | 2399.22 | 11694.07 |
| NONTAXABLE WAGES | 139.94 | 555.15 |
| TAX DEFERRED WAGES | 133.64 | 643.78 |
| DEDUCTIONS | 846.71 | 3969.89 |
| AEIC | | |
| NET PAY | 1826.09 | 8923.11 |

22.

TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2672.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 11.52 | 59.36 | FEHB | 131 | 66.81 | 318.77 |
| FSA-HC | | 6.32 | 24.16 | MEDICARE | | 36.73 | 178.90 |
| OASDI | | 157.04 | 764.95 | PRE FEHB COL | | 66.81 | 133.62 |
| RETIRE, FERS | KF | 117.60 | 566.48 | TAX, FEDERAL | | 143.60 | 685.42 |
| TAX, STATE | VA | 106.64 | 515.85 | TSP SAVINGS | | 133.64 | 643.78 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 12.00 | 16.00 | 16.00 | | 24.00 | |
| SICK | 59.00 | 4.00 | 12.00 | 16.00 | 48.00 | | 23.00 | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| LWOP | | | | | 752.00 | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.76 | 29.68 | FEHB | 200.45 | 2760.46 |
| MEDICARE | 36.73 | 178.90 | OASDI | 157.04 | 764.95 |
| RETIRE, FERS | 441.01 | 2124.46 | TSP BASIC | 26.73 | 128.79 |
| TSP MATCHING | 106.91 | 515.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $ 133.62
PREPAID FEHB PREMIUM DEBT COLLECTED.
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 2. Pay Date |
|---|---|
| 03/07/26 | 03/13/26 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/24 | 240 | 01/09/27 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

| 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| | | 0 | 0 | |

19. Cumulative Retirement

FERS: 4861.56

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 7547.40 |
| TAXABLE WAGES | | 6895.63 |
| NONTAXABLE WAGES | | 275.27 |
| TAX DEFERRED WAGES | | 376.50 |
| DEDUCTIONS | | 2276.48 |
| AEIC | | |
| NET PAY | | 5270.92 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 36.32 | FEHB | 131 | | 185.15 |
| FSA-HC | | | 11.52 | MEDICARE | | | 105.45 |
| OASDI | | | 450.87 | PRE FEHB COL | | | |
| RETIRE, FERS | KF | | 331.28 | TAX, FEDERAL | | | 398.22 |
| TAX, STATE | VA | | 302.57 | TSP SAVINGS | | | 376.50 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 4.00 | | | | 32.00 | |
| SICK | 59.00 | | 4.00 | | 32.00 | | 31.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | 80.00 | 272.00 | | | |
| FMLA SELF | 480.00 | | | | | | 480.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 18.16 | FEHB | 200.45 | 1156.86 |
| MEDICARE | 0.00 | 105.45 | OASDI | 0.00 | 450.87 |
| RETIRE, FERS | 0.00 | 1242.44 | TSP BASIC | 0.00 | 75.33 |
| TSP MATCHING | 0.00 | 301.18 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
RETROACTIVE LEAVE ADJUSTMENTS PROCESSED.
RETROACTIVE TIME AND ATTENDANCE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 03/21/26
2. Pay Date: 03/27/26

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/24 | 240 | 01/09/27 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18.

| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| | | 0 | 0 | |

19. Cumulative Retirement: FERS: 4861.56

20. Military Deposit

21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 7547.40 |
| TAXABLE WAGES | | 6895.63 |
| NONTAXABLE WAGES | | 275.27 |
| TAX DEFERRED WAGES | | 376.50 |
| DEDUCTIONS | | 2276.48 |
| AEIC | | |
| NET PAY | | 5270.92 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 36.32 | FEHB | 131 | | 185.15 |
| FSA-HC | | | 11.52 | MEDICARE | | | 105.45 |
| OASDI | | | 450.87 | PRE FEHB COL | | | |
| RETIRE, FERS | KF | | 331.28 | TAX, FEDERAL | | | 398.22 |
| TAX, STATE | VA | | 302.57 | TSP SAVINGS | | | 376.50 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 4.00 | | | | 32.00 | |
| SICK | 59.00 | | 4.00 | | 32.00 | | 31.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | 80.00 | 352.00 | | | |
| FMLA SELF | 480.00 | | | | | | 480.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 18.16 | FEHB | 200.45 | 1357.31 |
| MEDICARE | 0.00 | 105.45 | OASDI | 0.00 | 450.87 |
| RETIRE, FERS | 0.00 | 1242.44 | TSP BASIC | 0.00 | 75.33 |
| TSP MATCHING | 0.00 | 301.18 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
IT IS YOUR DUTY TO COMPLY WITH FEDERAL TAX LAWS. CALL THE IRS FOR ASSISTANCE AT 1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 07/11/2026 |
| 2. Pay Date | 07/17/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18.

| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|

19. Cumulative Retirement

FERS: 5214.36

20. Military Deposit

21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2672.80 | 15565.80 |
| TAXABLE WAGES | 2399.22 | 14093.29 |
| NONTAXABLE WAGES | 139.94 | 695.09 |
| TAX DEFERRED WAGES | 133.64 | 777.42 |
| DEDUCTIONS | 846.70 | 4816.59 |
| AEIC | | |
| NET PAY | 1826.10 | 10749.21 |

22.

TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2672.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 11.52 | 70.88 | FEHB | 131 | 66.81 | 385.58 |
| FSA-HC | | 6.32 | 30.48 | MEDICARE | | 36.73 | 215.63 |
| OASDI | | 157.03 | 921.98 | PRE FEHB COL | | 66.81 | 200.43 |
| RETIRE, FERS | KF | 117.60 | 684.08 | TAX, FEDERAL | | 143.60 | 829.02 |
| TAX, STATE | VA | 106.64 | 622.49 | TSP SAVINGS | | 133.64 | 777.42 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 16.00 | 16.00 | 32.00 | | 12.00 | |
| SICK | 59.00 | 4.00 | 16.00 | | 48.00 | | 27.00 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |
| LWOP | | | | | 752.00 | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.76 | 35.44 | FEHB | 200.45 | 2960.91 |
| MEDICARE | 36.73 | 215.63 | OASDI | 157.03 | 921.98 |
| RETIRE, FERS | 441.01 | 2565.47 | TSP BASIC | 26.73 | 155.52 |
| TSP MATCHING | 106.91 | 621.91 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
PRETAX FEHB EXCLUSION $ 133.62
PREPAID FEHB PREMIUM DEBT COLLECTED.
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 07/25/2026
2. Pay Date: 07/31/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax Marital Status Exemptions Add'l Taxing Authority

19. Cumulative Retirement: FERS: 5331.96

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2672.80 | 18238.60 |
| TAXABLE WAGES | 2399.22 | 16492.51 |
| NONTAXABLE WAGES | 139.94 | 835.03 |
| TAX DEFERRED WAGES | 133.64 | 911.06 |
| DEDUCTIONS | 846.70 | 5663.29 |
| AEIC | | |
| NET PAY | 1826.10 | 12575.31 |

22. TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2672.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 11.52 | 82.40 | FEHB | 131 | 66.81 | 452.39 |
| FSA-HC | | 6.32 | 36.80 | MEDICARE | | 36.72 | 252.35 |
| OASDI | | 157.04 | 1079.02 | PRE FEHB COL | | 66.81 | 267.24 |
| RETIRE, FERS | KF | 117.60 | 801.68 | TAX, FEDERAL | | 143.60 | 972.62 |
| TAX, STATE | VA | 106.64 | 729.13 | TSP SAVINGS | | 133.64 | 911.06 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 20.00 | | 16.00 | | 32.00 | |
| SICK | 59.00 | 4.00 | 20.00 | | 48.00 | | 31.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | 80.00 | 104.00 | | | |
| LWOP | | | | | 752.00 | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.76 | 41.20 | FEHB | 200.45 | 3161.36 |
| MEDICARE | 36.72 | 252.35 | OASDI | 157.04 | 1079.02 |
| RETIRE, FERS | 441.01 | 3006.48 | TSP BASIC | 26.73 | 182.25 |
| TSP MATCHING | 106.91 | 728.82 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
TO PROVIDE YOUR EMPLOYMENT AND/OR SALARY INFORMATION TO AN ORGANIZATION (BUSINESS, BANK, CREDIT UNION) OR PERSON, LOGIN TO THE DCPDS PORTAL HTTPS://COMPO.DCPDS.CPMS.OSD.MIL/, GO TO MYBIZ EMPLOYMENT VERIFICATION, AND EMAIL INFORMATION DIRECTLY TO THE REQUESTOR.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $ 133.62
PREPAID FEHB PREMIUM DEBT COLLECTED.
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
RETROACTIVE TIME AND ATTENDANCE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 2. Pay Date |
|---|---|
| 04/18/26 | 04/24/26 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/24 | 240 | 01/09/27 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

| 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| | | 0 | 0 | |

19. Cumulative Retirement
FERS: 4861.56

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 7547.40 |
| TAXABLE WAGES | | 6895.63 |
| NONTAXABLE WAGES | | 275.27 |
| TAX DEFERRED WAGES | | 376.50 |
| DEDUCTIONS | | 2276.48 |
| AEIC | | |
| NET PAY | | 5270.92 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 36.32 | FEHB | 131 | | 185.15 |
| FSA-HC | | | 11.52 | MEDICARE | | | 105.45 |
| OASDI | | | 450.87 | PRE FEHB COL | | | |
| RETIRE, FERS | KF | | 331.28 | TAX, FEDERAL | | | 398.22 |
| TAX, STATE | VA | | 302.57 | TSP SAVINGS | | | 376.50 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 4.00 | | | | 32.00 | |
| SICK | 59.00 | | 4.00 | | 32.00 | | 31.00 | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | 80.00 | 512.00 | | | |
| FMLA SELF | 480.00 | | | 72.00 | 152.00 | | 328.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 18.16 | FEHB | 200.45 | 1758.21 |
| MEDICARE | 0.00 | 105.45 | OASDI | 0.00 | 450.87 |
| RETIRE, FERS | 0.00 | 1242.44 | TSP BASIC | 0.00 | 75.33 |
| TSP MATCHING | 0.00 | 301.18 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
TO PROVIDE YOUR EMPLOYMENT AND/OR SALARY INFORMATION TO AN ORGANIZATION (BUSINESS, BANK, CREDIT UNION) OR PERSON, LOGIN TO THE DCPDS PORTAL HTTPS://COMPO.DCPDS.CPMS.OSD.MIL/, GO TO MYBIZ EMPLOYMENT VERIFICATION, AND EMAIL INFORMATION DIRECTLY TO THE REQUESTOR.
MISSED TAX DAY? CALL THE IRS FOR ASSISTANCE AT 1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)! YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
RETROACTIVE TIME AND ATTENDANCE ADJUSTMENTS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 08/08/2026
2. Pay Date: 08/14/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 33.41 | 50.12 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax / Marital Status / Exemptions / Add'l / Taxing Authority

19. Cumulative Retirement: FERS: 5449.56

20. Military Deposit

21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2672.80 | 20911.40 |
| TAXABLE WAGES | 2399.22 | 18891.73 |
| NONTAXABLE WAGES | 139.94 | 974.97 |
| TAX DEFERRED WAGES | 133.64 | 1044.70 |
| DEDUCTIONS | 846.71 | 6510.00 |
| AEIC | | |
| NET PAY | 1826.09 | 14401.40 |

22. TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2672.80 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 11.52 | 93.92 | FEHB | 131 | 66.81 | 519.20 |
| FSA-HC | | 6.32 | 43.12 | MEDICARE | | 36.73 | 289.08 |
| OASDI | | 157.04 | 1236.06 | PRE FEHB COL | | 66.81 | 334.05 |
| RETIRE, FERS | KF | 117.60 | 919.28 | TAX, FEDERAL | | 143.60 | 1116.22 |
| TAX, STATE | VA | 106.64 | 835.77 | TSP SAVINGS | | 133.64 | 1044.70 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 24.00 | 32.00 | 48.00 | | 4.00 | |
| SICK | 59.00 | 4.00 | 24.00 | 8.00 | 56.00 | | 27.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | 16.00 | 120.00 | | | |
| LWOP | | | | | 752.00 | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.76 | 46.96 | FEHB | 200.45 | 3361.81 |
| MEDICARE | 36.73 | 289.08 | OASDI | 157.04 | 1236.06 |
| RETIRE, FERS | 441.01 | 3447.49 | TSP BASIC | 26.73 | 208.98 |
| TSP MATCHING | 106.91 | 835.73 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION, ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
PRETAX FEHB EXCLUSION $ 133.62
PREPAID FEHB PREMIUM DEBT COLLECTED.
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 2. Pay Date |
|---|---|
| 08/22/2026 | 08/28/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

| 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|

19. Cumulative Retirement
FERS: 5613.84

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | 3733.60 | 24645.00 |
| TAXABLE WAGES | 3406.98 | 22298.71 |
| NONTAXABLE WAGES | 139.94 | 1114.91 |
| TAX DEFERRED WAGES | 186.68 | 1231.38 |
| DEDUCTIONS | 1210.79 | 7720.79 |
| AEIC | | |
| NET PAY | 2522.81 | 16924.21 |

22. TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 3026.40 | | | | | | |

## RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 0.00 | 707.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 15.84 | 109.76 | FEHB | 131 | 66.81 | 586.01 |
| FSA-HC | | 6.32 | 49.44 | MEDICARE | | 52.11 | 341.19 |
| OASDI | | 222.81 | 1458.87 | PRE FEHB COL | | 66.81 | 400.86 |
| RETIRE, FERS | KF | 164.28 | 1083.56 | TAX, FEDERAL | | 264.53 | 1380.75 |
| TAX, STATE | VA | 164.60 | 1000.37 | TSP SAVINGS | | 186.68 | 1231.38 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 28.00 | | 48.00 | | 8.00 | |
| SICK | 59.00 | 4.00 | 28.00 | 8.00 | 64.00 | | 23.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | | 752.00 | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 7.92 | 54.88 | FEHB | 200.45 | 3562.26 |
| MEDICARE | 52.11 | 341.19 | OASDI | 222.81 | 1458.87 |
| RETIRE, FERS | 616.06 | 4063.55 | TSP BASIC | 37.32 | 246.30 |
| TSP MATCHING | 149.36 | 985.09 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $ 133.62
PREPAID FEHB PREMIUM DEBT COLLECTED.
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
RETROACTIVE PERSONNEL DATA PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 10/03/2026 |
| 2. Pay Date | 10/09/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18.

| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|

19. Cumulative Retirement

FERS: 5727.03

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 27217.44 |
| TAXABLE WAGES | | 24602.59 |
| NONTAXABLE WAGES | | 1254.85 |
| TAX DEFERRED WAGES | | 1360.00 |
| DEDUCTIONS | | 8534.90 |
| AEIC | | |
| NET PAY | | 18682.54 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 122.72 | FEHB | 131 | | 652.82 |
| FSA-HC | | | 55.76 | MEDICARE | | | 376.46 |
| OASDI | | | 1609.68 | PRE FEHB COL | | | 467.67 |
| RETIRE, FERS | KF | | 1196.75 | TAX, FEDERAL | | | 1512.91 |
| TAX, STATE | VA | | 1101.53 | TSP SAVINGS | | | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 32.00 | | 60.00 | | | |
| SICK | 59.00 | | 32.00 | | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | 24.00 | 924.00 | | | |
| AWOL | | | | 56.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 61.36 | FEHB | 200.45 | 4163.61 |
| MEDICARE | 0.00 | 376.46 | OASDI | 0.00 | 1609.68 |
| RETIRE, FERS | 0.00 | 4488.00 | TSP BASIC | 0.00 | 272.02 |
| TSP MATCHING | 0.00 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION, ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
YOU HAVE ELECTED TO NO LONGER RECEIVE A HARDCOPY W2 IN THE MAIL.
ACCESS TO YOUR W2 WILL BE THROUGH MYPAY.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 10/17/2026 |
| 2. Pay Date | 10/23/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

| 17. Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax Marital Status Exemptions Add'l Taxing Authority

19. Cumulative Retirement

FERS: 5727.03

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 27217.44 |
| TAXABLE WAGES | | 24602.59 |
| NONTAXABLE WAGES | | 1254.85 |
| TAX DEFERRED WAGES | | 1360.00 |
| DEDUCTIONS | | 8534.90 |
| AEIC | | |
| NET PAY | | 18682.54 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 122.72 | FEHB | 131 | | 652.82 |
| FSA-HC | | | 55.76 | MEDICARE | | | 376.46 |
| OASDI | | | 1609.68 | PRE FEHB COL | | | 467.67 |
| RETIRE, FERS | KF | | 1196.75 | TAX, FEDERAL | | | 1512.91 |
| TAX, STATE | VA | | 1101.53 | TSP SAVINGS | | | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 32.00 | | 60.00 | | | |
| SICK | 59.00 | | 32.00 | | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | | 1004.00 | | | |
| AWOL | | | | 80.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 61.36 | FEHB | 200.45 | 4364.06 |
| MEDICARE | 0.00 | 376.46 | OASDI | 0.00 | 1609.68 |
| RETIRE, FERS | 0.00 | 4488.00 | TSP BASIC | 0.00 | 272.02 |
| TSP MATCHING | 0.00 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
TO PROVIDE YOUR EMPLOYMENT AND/OR SALARY INFORMATION TO AN ORGANIZATION (BUSINESS, BANK, CREDIT UNION) OR PERSON, LOGIN TO THE DCPDS PORTAL HTTPS://COMPO.DCPDS.CPMS.OSD.MIL/, GO TO MYBIZ EMPLOYMENT VERIFICATION, AND EMAIL INFORMATION DIRECTLY TO THE REQUESTOR.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 09/05/2026
2. Pay Date: 09/11/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax / Marital Status / Exemptions / Add'l / Taxing Authority

19. Cumulative Retirement: FERS: 5727.03

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2572.44 | 27217.44 |
| TAXABLE WAGES | 2303.88 | 24602.59 |
| NONTAXABLE WAGES | 139.94 | 1254.85 |
| TAX DEFERRED WAGES | 128.62 | 1360.00 |
| DEDUCTIONS | 814.11 | 8534.90 |
| AEIC | | |
| NET PAY | 1758.33 | 18682.54 |

22. TSP DATA 5%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 68.00 | 2572.44 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 12.96 | 122.72 | FEHB | 131 | 66.81 | 652.82 |
| FSA-HC | | 6.32 | 55.76 | MEDICARE | | 35.27 | 376.46 |
| OASDI | | 150.81 | 1609.68 | PRE FEHB COL | | 66.81 | 467.67 |
| RETIRE, FERS | KF | 113.19 | 1196.75 | TAX, FEDERAL | | 132.16 | 1512.91 |
| TAX, STATE | VA | 101.16 | 1101.53 | TSP SAVINGS | | 128.62 | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | 4.00 | 32.00 | 12.00 | 60.00 | | | |
| SICK | 59.00 | 4.00 | 32.00 | 16.00 | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | 4.00 | 764.00 | | | |
| AWOL | | | | 8.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 6.48 | 61.36 | FEHB | 200.45 | 3762.71 |
| MEDICARE | 35.27 | 376.46 | OASDI | 150.81 | 1609.68 |
| RETIRE, FERS | 424.45 | 4488.00 | TSP BASIC | 25.72 | 272.02 |
| TSP MATCHING | 102.90 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION, ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
PRETAX FEHB EXCLUSION $ 133.62
PREPAID FEHB PREMIUM DEBT COLLECTED.
RETROACTIVE ADJUSTMENT(S) FOR HEALTH BENEFITS PROCESSED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 2. Pay Date |
|---|---|
| 09/19/2026 | 09/25/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax / Marital Status / Exemptions / Add'l / Taxing Authority

19. Cumulative Retirement

FERS: 5727.03

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 27217.44 |
| TAXABLE WAGES | | 24602.59 |
| NONTAXABLE WAGES | | 1254.85 |
| TAX DEFERRED WAGES | | 1360.00 |
| DEDUCTIONS | | 8534.90 |
| AEIC | | |
| NET PAY | | 18682.54 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 122.72 | FEHB | 131 | | 652.82 |
| FSA-HC | | | 55.76 | MEDICARE | | | 376.46 |
| OASDI | | | 1609.68 | PRE FEHB COL | | | 467.67 |
| RETIRE, FERS | KF | | 1196.75 | TAX, FEDERAL | | | 1512.91 |
| TAX, STATE | VA | | 1101.53 | TSP SAVINGS | | | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 32.00 | | 60.00 | | | |
| SICK | 59.00 | | 32.00 | | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | 24.00 | 844.00 | | | |
| AWOL | | | | 56.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 61.36 | FEHB | 200.45 | 3963.16 |
| MEDICARE | 0.00 | 376.46 | OASDI | 0.00 | 1609.68 |
| RETIRE, FERS | 0.00 | 4488.00 | TSP BASIC | 0.00 | 272.02 |
| TSP MATCHING | 0.00 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 09/19/2026
2. Pay Date: 09/25/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax / Marital Status / Exemptions / Add'l / Taxing Authority

19. Cumulative Retirement: FERS: 5727.03

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 27217.44 |
| TAXABLE WAGES | | 24602.59 |
| NONTAXABLE WAGES | | 1254.85 |
| TAX DEFERRED WAGES | | 1360.00 |
| DEDUCTIONS | | 8534.90 |
| AEIC | | |
| NET PAY | | 18682.54 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 122.72 | FEHB | 131 | | 652.82 |
| FSA-HC | | | 55.76 | MEDICARE | | | 376.46 |
| OASDI | | | 1609.68 | PRE FEHB COL | | | 467.67 |
| RETIRE, FERS | KF | | 1196.75 | TAX, FEDERAL | | | 1512.91 |
| TAX, STATE | VA | | 1101.53 | TSP SAVINGS | | | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 32.00 | | 60.00 | | | |
| SICK | 59.00 | | 32.00 | | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | 24.00 | 844.00 | | | |
| AWOL | | | | 56.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 61.36 | FEHB | 200.45 | 3963.16 |
| MEDICARE | 0.00 | 376.46 | OASDI | 0.00 | 1609.68 |
| RETIRE, FERS | 0.00 | 4488.00 | TSP BASIC | 0.00 | 272.02 |
| TSP MATCHING | 0.00 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 10/03/2026 |
| 2. Pay Date | 10/09/2026 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18.

| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|

19. Cumulative Retirement

FERS: 5727.03

20. Military Deposit

21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 27217.44 |
| TAXABLE WAGES | | 24602.59 |
| NONTAXABLE WAGES | | 1254.85 |
| TAX DEFERRED WAGES | | 1360.00 |
| DEDUCTIONS | | 8534.90 |
| AEIC | | |
| NET PAY | | 18682.54 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 122.72 | FEHB | 131 | | 652.82 |
| FSA-HC | | | 55.76 | MEDICARE | | | 376.46 |
| OASDI | | | 1609.68 | PRE FEHB COL | | | 467.67 |
| RETIRE, FERS | KF | | 1196.75 | TAX, FEDERAL | | | 1512.91 |
| TAX, STATE | VA | | 1101.53 | TSP SAVINGS | | | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 32.00 | | 60.00 | | | |
| SICK | 59.00 | | 32.00 | | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | 24.00 | 924.00 | | | |
| AWOL | | | | 56.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 61.36 | FEHB | 200.45 | 4163.61 |
| MEDICARE | 0.00 | 376.46 | OASDI | 0.00 | 1609.68 |
| RETIRE, FERS | 0.00 | 4488.00 | TSP BASIC | 0.00 | 272.02 |
| TSP MATCHING | 0.00 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION,
ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG
IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND
ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
YOU HAVE ELECTED TO NO LONGER RECEIVE A HARDCOPY W2 IN THE MAIL.
ACCESS TO YOUR W2 WILL BE THROUGH MYPAY.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST
BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

1. Pay Period End: 10/17/2026
2. Pay Date: 10/23/2026

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| BANTA ANGIE E | WG 10 02 | 37.83 | 56.75 | 0.00 0.00 0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6818 | 0.00 | N | 06/03/2024 | 240 | 01/09/2027 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TRUIST BANK | | |

17.

| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | H | 0 | 0 |
| VA | S | 1 | 0 |

18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority

19. Cumulative Retirement: FERS: 5727.03

20. Military Deposit

| 21. | Current | Year to Date |
|---|---|---|
| GROSS PAY | | 27217.44 |
| TAXABLE WAGES | | 24602.59 |
| NONTAXABLE WAGES | | 1254.85 |
| TAX DEFERRED WAGES | | 1360.00 |
| DEDUCTIONS | | 8534.90 |
| AEIC | | |
| NET PAY | | 18682.54 |

22.

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | | 122.72 | FEHB | 131 | | 652.82 |
| FSA-HC | | | 55.76 | MEDICARE | | | 376.46 |
| OASDI | | | 1609.68 | PRE FEHB COL | | | 467.67 |
| RETIRE, FERS | KF | | 1196.75 | TAX, FEDERAL | | | 1512.91 |
| TAX, STATE | VA | | 1101.53 | TSP SAVINGS | | | 1360.00 |
| DENTAL | | | 61.62 | VISION | | | 16.98 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 28.00 | | 32.00 | | 60.00 | | | |
| SICK | 59.00 | | 32.00 | | 80.00 | | 11.00 | |
| HOLIDAY | | | | | 24.00 | | | |
| ADMIN | | | | | 120.00 | | | |
| LWOP | | | | | 1004.00 | | | |
| AWOL | | | | 80.00 | | | | |
| FMLA SELF | 480.00 | | | | 472.00 | | 8.00 | 02/01/27 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 0.00 | 61.36 | FEHB | 200.45 | 4364.06 |
| MEDICARE | 0.00 | 376.46 | OASDI | 0.00 | 1609.68 |
| RETIRE, FERS | 0.00 | 4488.00 | TSP BASIC | 0.00 | 272.02 |
| TSP MATCHING | 0.00 | 1087.99 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380700 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
TO PROVIDE YOUR EMPLOYMENT AND/OR SALARY INFORMATION TO AN ORGANIZATION (BUSINESS, BANK, CREDIT UNION) OR PERSON, LOGIN TO THE DCPDS PORTAL HTTPS://COMPO.DCPDS.CPMS.OSD.MIL/, GO TO MYBIZ EMPLOYMENT VERIFICATION, AND EMAIL INFORMATION DIRECTLY TO THE REQUESTOR.
THINGS CHANGE! VERIFY YOUR DISABILTY STATUS IN MYBIZ (COMPO.DCPDS.CPMS.OSD.MIL/)!
YOUR INFORMATION IS PROTECTED UNDER THE PRIVACY ACT. THIS DATA IS ONLY USED TO TRACK AND ASSESS THE HIRING AND ADVANCEMENT EFFORTS OF INDIVIDUALS WITH DISABILITIES.
DEDUCTION ADDED/CHANGED FOR FSA - HEALTH CARE.
FEHB PREMIUM HAS BEEN PREPAID BY YOUR AGENCY DUE TO INSUFFICIENT PAY. THIS DEBT MUST BE REPAID EXCEPT FOR THOSE ELIGIBLE RESERVISTS IN SUPPORT OF CONTINGENCY OPERATIONS.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# Exhibit (R)

**Evidence**

angieecostello@.../Inbox

**angieecostello@yahoo.com** <angieecostello@yahoo.com>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Jul 12 at 4:14 PM



4:12 5GUC 99

# Edit History



**John Harrison**

Monday at 11:57 AM

I am seeking experienced Small Twin-Engine Boat Operators, Deckhands, and Outboard Mechanics for federal government positions.

Candidates must be able to successfully complete a security clearance investigation. These roles offer competitive pay and excellent federal benefits.

Feel free to share. This would be a great opportunity for the




[Yahoo Mail: Search, Organize, Conquer]

# Exhibit (S)

**Jubar**

angieecostello@.../Inbox



**angieecostello@yahoo.com** <angieecostello@yahoo.com>

To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Mar 10 at 5:12 PM

5:08 5GUC 58

J Jubar Mills

Oh yea I’m good. I got some back lash from John for that & he was pissed at me and he tried to move me to environmental but I told him IM NOT GOING OVER


THERE N
RCS m...


5:09
5GUC
58
J
Jubar Mills
GOING OVER THERE NO MATTER WHAT HE SAYS!!! And I said that I will quit this job and file a grievance first.
Good for you! Know your rights!




Yahoo Mail: Search, Organize, Conquer

**Jubar**

angieecostello@.../Inbox

**angieecostello@yahoo.com** <angieecostello@yahoo.com>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Mar 10 at 5:12 PM


5:08
5GUC
58
J
Jubar Mills
Oh yea I'm good. I got some back lash from John for that & he was pissed at me and he tried to move me to environmental but I told him IM NOT GOING OVER


THERE N
RCS m...


5:09
5GUC
58
J
Jubar Mills
GOING OVER THERE NO MATTER WHAT HE SAYS!!! And I said that I will quit this job and file a grievance first.
Good for you! Know your rights!




Yahoo Mail: Search, Organize, Conquer

# Exhibit (T)

## Meeting Follow-Up

angieecostello@.../Inbox

**Jones, Ursula C CIV USN NAVSHIPYD NORFOLK VA (USA)** <ursula.c.jones.civ@us.navy.mil>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

May 21 at 1:12 PM

Good Afternoon Ms. Banta,

Thank you for the discussion regarding your concerns yesterday. I would like to have a follow-up meeting with you and Mr. Jason Smith together. We can meet at 1300 on Tuesday, May 26th in my office to go over the reason for your temporary relocation from the Boat House work area.

Below I have recaptured some major points from our meeting from yesterday that I said I would address:

I know you are currently in a non-pay status that you would like resolved. As we discussed, management reserves the right to assign employees to other work, outside of their position description, at any time. In this case, you originally filed a case with EEO regarding your coworker and direct chain of command, which led management, Mr. Jason Smith, out of an abundance of caution to have you report to a different work location, St. Julien's Creek, away from those individuals due to your expression of concerns for your safety. However, you did not want to report to St. Julien's Creek for work, which resulted in you being in an unpaid status. During our discussion you also stated that going to St. Julien's Creek made you feel unsafe because they [Mr. Bens, Mr. Harrison, Mr. Ellison and Mr. Smith] would have access to you and that anyone could get you; there is no protection out there. You also confirmed that you did not share these reasons with Mr. Smith during your meeting with him on May 11th. Please note that St. Julian's Creek is a secured government area with security personnel at the gates. The identified individuals would not have a reason to approach you at the St. Julien's Creek location.

You stated that you would like to work in the Boat House at pier one because these individuals no longer work in that area. However, I found out that they visit that work area often as they are the management team for both boat house locations. Until your EEO case is resolved we do not want to create a means that may escalate the conflict between all parties. Therefore, you will not be able to return to work at either boat house location at this time.

I took for action to address your concern to work at an alternate location from St. Julien's Creek that is within Norfolk Naval Shipyard main gate. I spoke with Mr. Jason Smith, he informed me that he did provide you an alternate work area at Building 298 within Norfolk Naval Shipyard's gate. Per Mr. Jason Smith, you did not want this assignment either, hence you are still in a non-pay status.

We also discussed that you had requested FMLA and it was approved; however, you were not coded correctly for FMLA. You shared that Ms. Prescott informed you that it was corrected. I also took time to explain during our meeting that FMLA does not place an employee into a pay status. Per OPM, FMLA leave is a type of unpaid leave/leave without pay for which certain types of paid leave may be substituted. After I explained this, you informed me that you signed up for donated leave. This is called the Voluntary Leave Transfer Program and per OPM, a leave recipient (you) must use any accrued annual leave (and sick leave, if applicable) (must use all of your annual and sick leave first) before using transferred annual leave (then donated leave can be used, if any was donated). All this means that, you must use all of your annual and sick leave first, then you can use any donated leave, if it was donated. If you don't have annual, sick, or donated leave, the official pay system will place you in a non-pay status. Thus, this is a another reason why you didn't receive any pay checks.

Again, I thank you for meeting with me. I hope this helped explained some of the processes that are in place and I look forward to meeting with you and Mr. Smith on Tuesday to facilitate your return to work.

r/

Ursula C. Jones
C900A Production Administrative Manager
Norfolk Naval Shipyard
Portsmouth, VA 23709

**1 File** | 6 kB

**smime.p7s**
6 kB

**RE: [Non-DoD Source] Employment Status of Angie Banta** angieecostello@.../Inbox

**Jones, Ursula C CIV USN NAVSHIPYD NORFOLK VA (USA)** <ursula.c.jones.civ@us.navy.mil> May 28 at 4:01 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good Afternoon Ms. Banta,

Thank you for the email. The matters raised in your EEO complaint will be addressed separately through the formal EEO adjudication process. Regarding your work assignment, you were provided with two reasonable alternatives, and you have declined both. You will return to a paid status once you report to one of the alternative work locations, which Mr. Smith assigned you. I understand you prefer not to meet in person to discuss the details with Mr. Smith; therefore, let me know via email if you still decline to report to either alternative work location to go back into a paid status. I can provide more detail after your reply.

Alternative work location 1: St. Julians Creek

Alternative work location 2: Building 299

-----Original Message-----
From: angieecostello@yahoo.com <angieecostello@yahoo.com>
Sent: Wednesday, May 27, 2026 9:41 AM
To: Jones, Ursula C CIV USN NAVSHIPYD NORFOLK VA (USA)
<ursula.c.jones.civ@us.navy.mil>
Subject: [Non-DoD Source] Employment Status of Angie Banta

Good Morning, Ms. Jones,

Since you have not called to reschedule any meeting, and I have no phone number to reach you, I am sending an email to clarify my situation, and why I actually came to you in the first place.

Mr. Smith has been aware of my hostile work environment since January, of 2025, (when I emailed him a detailed report, several pages long.) He did nothing, except shuffle people around, which has made the animosities much worse. I have no interest in being in a room with him ever again, unless there's a judge in it with us. You said, in your email, that he wants to discuss growing animosity towards me from he and the others listed in my complaint. I fail to see how any such meeting would be productive, and believe it would only escalate the situation more. If he needs to talk to someone, he may take his previous advice to me, and visit DONCEAP.

Mr. Smith, David Ellison, John Harrison, and David Benns, are the reasons I finally went to the EEO. I was buried under so much disregard and cronyism, there was no place left for me to go. After losing access to NNSY chain of command information, it took me a few attempts to acquire your contact information, from HR and LER. For some reason, they kept promising to get back to me, but never would. You may check the sign in logs in their office to verify this.

I am attaching the latest amendment to my EEO complaint, (for your convenience.) It is for all these reasons that I have continually asked for removal from Mr. Smith's chain of command. You see, as long as he and the people beneath him have access to my work records, payroll, and home address, the harassment continues. NNSY security detail remains responsible for my personal safety while I am at work, and I have given them a detailed report on the situation as well.

If I may not return to my position, (which reflects my skillset and career experience,) it is only because they will not allow me to do so. I have tried, and was publicly threatened, berated, and humiliated by Mr. Ellison and Mr. Smith, (as I have reported to you, as well as HR.)

I look forward to practical solutions about how and when I may return to a paid status. My legal council is in touch with the EEO, regarding everything else.

Thank you for your kind attention in this matter.

Sincerely,

Angie Banta

**1 File** 6 kB

# Exhibit (U)

CUI

**MEDICAL INFORMATION TO SUPPORT A REASONABLE ACCOMMODATION REQUEST**

*TO BE COMPLETED BY MEDICAL PROVIDER*

Patient/Employee name: Angie Banta

1 Does this employee currently have a **physical** impairment?

- [x] No.
- [ ] Yes.

Does this employee currently have a **mental** impairment?

- [ ] No.
- [x] Yes.

Describe the impairment(s) in detail, including diagnosis:

Generalized Anxiety with panic sensation, acute stress reaction, major depression with onset approximately 8 months ago. Symptoms include low mood, anhedonia, low low energy, psychomotor agitation, decreased appetite, insomnia, difficulty concentrating, excessive worry, panic episodes, somatic manifestations including nausea and near-emesis triggered by high stress occupational encounters.

(Request for Parking Pass) If applicable, Distance/ Duration:

2 Does this impairment limit the employee substantially more than the average person?

- [ ] No.
- [x] Yes. Describe in detail the limitation and impact on daily activity:

concentration & decision making- difficulty concentrating, making decisions

self-care & appetite- decreased appetites and disrupted sleep limit her ability to perform basic self- care routines

Motivational impairment & anhedonia override normal occupational drive

Severe anxiety driven somatic symptoms that are triggered by high stress workplace encounters impair her ability to engage in workplace encounters in current enviromt

impaired emotional regulation which include agitation, irritability, and panic episodes that require active management to prevent further functional deterioration

3 What major life activity is substantially limited?

- [x] caring for one's self
- [x] performing manual tasks
- [ ] walking
- [ ] seeing
- [ ] hearing
- [ ] speaking
- [ ] breathing
- [x] learning
- [x] working
- [ ] other: __________

4 The duration of the impairment is:

- [ ] permanent
- [x] Temporary



Doc ID: 4b9e3a8960fb23be771b9b463157a7e265912d74

projected recovery date: 3-6 months



MEDICAL INFORMATION TO SUPPORT A REASONABLE ACCOMMODATION REQUEST P. 2

5 Can the impairment be controlled or mitigated by medication or other medical intervention?

☐ No.
☑ Yes. Describe mitigating measures in detail:

Buspirone with partial benefit; Pristiq newly initiated and not seeing benefit as of yet due to lack of time since initiation; psychotherapy ongoing to improve coping techniq

change in work environment may be deemed beneficial to remove triggers.

6 Attached is a copy of the employee's position description/essential functions.
Is the employee able to perform the full duties/essential functions of the position?

☐ Yes.
☑ No. Describe any limitations in detail:

impaired executive function & decision-making under pressure which can contribute to slowed processing when operating machinery

reduced reliability & pace which can impact troubleshooting and correct sequencing of actions during equipment operation,

impaired interpersonal/team functioning, acute incapacitation during panic attacks.

7 If the employee is not able to perform the full duties of the position, please note any specific accommodation(s) that you believe would enable the employee to perform the full duties of the position and how the accommodation will assist the employee in performing the duties:

removal from the current exposure — through reassignment, change of supervisor/crew, or a period of medical leave is medically indicated at this time

in parallel with ongoing clinical treatment.

8 If accommodation is granted, is there potential for injury to the employee or to others while performing the essential functions of the postion?

☐ No.
☑ Yes. Describe in detail the nature and likelihood of injury:

Because a panic episode or lapse in vigilance at the controls carries a risk of serious injury to the patient and others, she should not perform solo, safety-sensitive

operation of heavy machinery or other high-risk tasks such as confined-space work or emergency response while symptomatic.

9 Any additional information you believe would be necessary or helpful in determining the employee's need for accommodation:

See attached letter.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.
as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

2 OF 3

MEDICAL INFORMATION TO SUPPORT A REASONABLE ACCOMMODATION REQUEST P. 3

Medical Provider's **printed** nam e/title: Kirsten Patterson, PA-C

Medical Provider's signature: [signature] 08 / 13 / 2026
**DATE**

Address: 2800 Eisenhower Ave
City/State/Zip code: Alexandria, VA 22314
Phone number: 999-803-3370

3 OF 3


Doc ID: 4b9e3a8960fb23be771b9b463157a7e265912d74

Dropbox Sign

# Audit trail

| | |
|---|---|
| **Title** | Medical Accommodation form - COAN07DE2146 |
| **File name** | CUI_Authorization_of_Medical_Request.pdf |
| **Document ID** | 4b9e3a8960fb23be771b9b463157a7e265912d74 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **08 / 12 / 2026**<br>13:26:55 UTC | Sent for signature to Kirsten Patterson, PA (kirsten.patterson@circlemedical.com) from records@circlemedical.com<br>IP: 184.170.16.83 |
| VIEWED | **08 / 12 / 2026**<br>15:09:57 UTC | Viewed by Kirsten Patterson, PA (kirsten.patterson@circlemedical.com)<br>IP: 97.112.201.129 |
| SIGNED | **08 / 13 / 2026**<br>16:22:43 UTC | Signed by Kirsten Patterson, PA (kirsten.patterson@circlemedical.com)<br>IP: 97.112.201.129 |
| COMPLETED | **08 / 13 / 2026**<br>16:22:43 UTC | The document has been completed. |

**New Contact: Banta, A** angieecostello@.../EEO

**Hawthorne, Joy P CIV (USA)** <joy.p.hawthorne.civ@us.navy.mil> Jan 8 at 12:25 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Good afternoon,

It was a pleasure speaking with you today. As we discussed, we will meet tomorrow at 1230. In the meantime, the Inspector General's office is another avenue you can take. Here is the link: https://www.navsea.navy.mil/Contact/Inspector-General/IG-Hotline/

Please have those documents printed and ready to review during our meeting. I will look forward to receiving your previously written statement and the relative text messages you mentioned.

Best regards,

Joy P. Hawthorne
EEO Specialist
U.S Fleet Forces EEO Center of Excellence, Portsmouth Naval Shipyard
Email: joy.hawthorne@navy.mil or joy.p.hawthorne.civ@us.navy.mil
Phone: 207-438-3883
Fax: 207-438-6673

Controlled by: Department of the Navy
Controlled by: USFFC N1EEO3
CUI Category: PRVCY
Distribution/Dissemination Control: FEDCON
POC: USFFC N1EEO3, joy.p.hawthorne.civ@us.navy.mil, 207-438-3883

**1 File** 8.1 kB

smime.p7s
8 kB

**Re: New Contact: Banta, A**

angieecostello@.../EEO

**angieecostello@yahoo.com** <angieecostello@yahoo.com>
To: Hawthorne, Joy P CIV (USA) <joy.p.hawthorne.civ@us.navy.mil>

Jan 8 at 2:02 PM

Hello Ms. Hawthorne,

Thank you for your attentive phone call today. I will attach the original statement I sent to my chain of command, as well as the one I sent to the EEOC most recently. I will include a copy of my resume, so that you have some idea of the background I came from, before this job. I am working on the supporting text messages.

Before our meeting tomorrow, I will also have those form at the ready so we can review them together. Have a good afternoon.

Respectfully,

Angie Banta
On Thursday, January 8, 2026 at 12:25:30 PM EST, Hawthorne, Joy P CIV (USA) <joy.p.hawthorne.civ@us.navy.mil> wrote:

Good afternoon,

It was a pleasure speaking with you today. As we discussed, we will meet tomorrow at 1230. In the meantime, the Inspector General's office is another avenue you can take. Here is the link: https://www.navsea.navy.mil/Contact/Inspector-General/IG-Hotline/

Please have those documents printed and ready to review during our meeting. I will look forward to receiving your previously written statement and the relative text messages you mentioned.

Best regards,

Joy P. Hawthorne
EEO Specialist
U.S Fleet Forces EEO Center of Excellence, Portsmouth Naval Shipyard
Email: joy.hawthorne@navy.mil or joy.p.hawthorne.civ@us.navy.mil
Phone: 207-438-3883
Fax: 207-438-6673

Controlled by: Department of the Navy
Controlled by: USFFC N1EEO3
CUI Category: PRVCY
Distribution/Dissemination Control: FEDCON
POC: USFFC N1EEO3, joy.p.hawthorne.civ@us.navy.mil, 207-438-3883

**3 Files** 89.9 kB

Chain of Command.odt
38 kB

EEOC.odt
44 kB

Maritime Resume.docx
9 kB

# Exhibit (V)

CUI

The Production Facilities And Equipment Department
Norfolk Naval Shipyard
Portsmouth, Virginia 23709

SSIC
Ser 900F-025
14 May 26

From: Jason Smith, Supervisory Temp Facility & Equip Manager, Code 900F.1, Norfolk Naval Shipyard
To: Angie Banta, Industrial Equipment Mechanic, 990, Norfolk Naval Shipyard

SUBJ: NO CONTACT ORDER

1. Please be advised, from this date forward and until further notice, you are to have no contact with John Harrison ("the Protected Person"). Prohibited contact includes, but is not limited to, direct communication and communication through a third party.

2. This order prohibits any and all contact, whether it is physical, oral, electronic, and/or written. Do not visit the Protected Person's work area or any other building or facility in which she might be located. If a legitimate business reason necessitates contact with the Protected Person or her work area, you must have another person do this in your place. Prior to sending another person in your place to contact the Protected Person or their work area for a legitimate business reason, you must receive specific approval from Jason A. Smith, Supervisory Temp Facility & Equip Manager, Code 900F.1, his successor, or designee. When bringing the matter to Jason A. Smith, his successor, or designee's attention, you must specifically explain that you are bringing the matter to Jason A. Smith, his successor, or designee's attention because the action affects this No Contact Order. Do not approach the Protected Person in her office, the parking lot, the cafeteria, or in any other neutral location, either during or after work hours.

3. Do not attempt to contact the Protected Person, personally or through others. Do not ask that any messages be relayed to her. Do not call the Protected Person on her office, home, or cell phone. You are further directed not to take any personnel action involving the Protected Person. Personnel actions include, but are not limited to the following: (a) an appointment, promotion or advancement; (b) disciplinary or corrective action; (c) detail, transfer, or reassignment; (d) performance evaluation; (e) a decision concerning pay, benefits, awards, education, or training; and (f) any other changes in duties, responsibilities or working conditions. Should a need arise for you to take any personnel action involving the Protected Person, the action will be taken directly to Jason A. Smith, his successor, or his designee's attention for action.

Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, 900F
CUI Category: PRVY
Distribution/Dissemination Control: FEDCON
POC: Jason A. Smith, jason.a.smith19.civ@us.navy.mil

SUBJ: NO CONTACT ORDER

If any personnel action regarding the Protected Person comes to your attention, you must bring the action to Jason A. Smith, his successor, or his designee's attention prior to making any decision. When bringing the action to Jason A. Smith, his successor, or designee's attention, you must specifically explain that you are bringing the action to Jason A. Smith, his successor, or designee's attention because the action affects this No Contact Order.

4. Do not send the Protected Person any written messages on paper or on any other medium. Do not contact the Protected Person by email, text, any social networking site, or any other electronic method.

5. If you inadvertently make contact with the Protected Person, or find yourself in the same room or physical area, you must immediately vacate the premises and report the incident to Jason Smith, his successor, or designee. If you are contacted by the Protected Person, you must not respond; immediately cease all contact and report the incident to Jason A. Smith, his successor, or designee.

6. Failure to adhere to this directive may result in disciplinary action being taken against you, up to and including removal from Federal service. Any exception to or deviation from this order requires express written permission Jason A. Smith, his successor, or designee prior to contact with the Protected Person.

7. This No Contact Order will remain in full force and effect until further notice. Please refer any questions you might have to Jason A. Smith at (757) 636-5771, or via email jason.a.smith19.civ@us.navy.mil.

SMITH.JASON.A.1243840453 Digitally signed by SMITH.JASON.A.1243840453 Date: 2026.05.14 16:04:02 -04'00'

J. A. SMITH

Acknowledgment of Receipt: Angie Banta
Date: June 23, 2026

# Exhibit (W)

# Request for Leave or Approved Absence

ne (Last, first, middle): Banta, Angie Elizabeth

2. Employee or Social Security Number (Enter only the last 4 digits of the Social Security Number (SSN)): 6878

ganization: 900.F Shop 06

| ne of Leave/Absence (appropriate box(es) below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ccrued Annual Leave | | | | | |
| estored Annual Leave | | | | | |
| dvanced Annual Leave | | | | | |
| ccrued Sick Leave | | | | | |
| dvanced Sick Leave | | | | | |
| Compensatory Time Off | | | | | |
| ther Paid Absence (Specify in Remarks) | Aug 31, 2026 | Sept 4, 2026 | 06:30 | 14:30 | 40 |
| eave Without Pay | | | | | |

oses:
- [ ] Illness/injury/incapacitation of requesting employee
- [ ] Medical/dental/optical examination of requesting employee
- [ ] Care of family member, including medical/dental/optical examination of family member, or bereavement
- [ ] Care of family member with a serious health condition
- [X] Other

5. Family and Medical Leave

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provid the following information:

- [ ] I hereby invoke my entitlement to Family and Medical Leave for:
  - [ ] Birth/Adoption/Foster Care
  - [ ] Serious health condition of spouse, son, daughter, or parent
  - [ ] Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about you entitlements and responsibilities under the Family and Medical Leave Act. Medical certification a serious health condition may b required by your agency.*

emarks: Official Time to work on my EEO Case. Impossible in this environment. No internet, printer, or computer

ertification: I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is ested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/ oved absence (and provide additional documentation, including medical certification, if required) and that falsification on this form ma ounds for disciplinary action, including removal.

Employee Signature: [signature]

7b. Date: Aug 28, 2026

Official Action on Request: [ ] Approved [X] Disapproved

(If disapproved, give reason. If annual leav initiate action to reschedule.)

Reason for Disapproval: PER JASON SMITH NO MORE TIME OFF WILL BE GRANTED. MUST USE OWN TIME FROM NOW ON.

Supervisor Signature: [signature]

8d. Date: AUG 28, 2026

## PRIVACY ACT STATEMENT

on 6311 of Title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll to approve and record your use of leave. Additional disclosures of the information may be: to the Department of Labor when processing a claim for ensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Heal ife carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violatio or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or th ral Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with nsibilities for records management.

c Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identificat ber. This is an amendment to Title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may y or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may ide you with an additional statement reflecting those purposes.

**Official time off**

angieecostello@.../Inbox

**Mcpherson, Shaun P CIV (USA)** <shaun.p.mcpherson.civ@us.navy.mil>
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

Jul 14 at 5:24 AM

Good morning,
Angie here is the approved leave chit. It was signed by Jason Smith. if you have any questions, please let me know. Look forward to seeing you on the 20th of July.
VR,

Shaun Mcpherson
900F.41
Maintenance Supervisor (Temp. Facilities)
757-642-2258

"Live to Help Others and Live Happy"

**2 Files** 404.7 kB

smime.p7s
8 kB

Banta leave Chit.pdf
397 kB

**RE: [Non-DoD Source] OPM Form 71** angieecostello@.../Inbox

PU **Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)** <melanie.y.prescott.civ@us.navy.mil> Feb 20 at 1:45 PM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>
Cc: Richardson, Latonja T CIV (USA) <latonja.t.richardson.civ@us.navy.mil>,
Nored, Diane Griffin CIV USN NAVSHIPYD NORFOLK VA (USA) <diane.g.nored.civ@us.navy.mil>

Good afternoon Angie,

I hope this email finds you well. I received your email today with your Leave Donor request. Were you able to complete the leave request with the information below? They will not accept the current request the way it is filled out. If you have any questions, please feel free to call the office at 757-396-7422. Take care and have an amazing day.

Respectfully,
Melanie

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Thursday, February 12, 2026 10:35 AM
**To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
**Cc:** Richardson, Latonja T CIV (USA) <latonja.t.richardson.civ@us.navy.mil>; Nored, Diane Griffin CIV USN NAVSHIPYD NORFOLK VA (USA) <diane.g.nored.civ@us.navy.mil>
**Subject:** [Non-DoD Source] OPM Form 71

Good Morning,

I have been talking with Ms. Prescott regarding the donated leave program. I have been attempting to fill out OPM Form 71, but I have a lot of questions about what to put where.

Is there a phone number that I may call to reach someone from outside of the shipyard? I have already missed a lot of pay trying to figure this out on my own. I would really appreciate some guidance.

If it's more convenient, anyone much reach me at 757-303-8187.

Thank you,

Angie Banta

> On Wednesday, February 11, 2026 at 01:25:30 PM EST, Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil> wrote:
>
> I forgot to copy them on the last email☹
>
> ---
>
> **From:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)
> **Sent:** Wednesday, February 11, 2026 1:24 PM
> **To:** 'angieecostello@yahoo.com' <angieecostello@yahoo.com>
> **Subject:** RE: [Non-DoD Source] Fw: OPM Form 71
>
> Good afternoon Angie,
>
> I hope you are doing well. I was quite certain I sent back to let you know about the form. Please forgive me. Can you input the hours requested? You get up to 480 hours to be used for a year. You can request up to 240 hours of advanced sick leave. Please know that it takes almost two and a half years to pay it back. IF you do the leave donor program, the leave that is donated will go to your leave debt first. You can request 240 for LWOP and 240 for ASL.
>
> I am going to be out of town for the next week after this afternoon. I copied my co-workers on this email for them to step in if needed. Take care and have a beautiful day.
>
> Respectfully,
> Melanie
>
> ---
>
> **From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
> **Sent:** Wednesday, February 11, 2026 1:01 PM
> **To:** Prescott, Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA) <melanie.y.prescott.civ@us.navy.mil>
> **Subject:** [Non-DoD Source] Fw: OPM Form 71
>
> Hi Melanie,
>
> I just wanted to follow up with you and make sure you received my form, and ensure that I have filled it out correctly.
>
> Thank you for all of your help.
>
> Sincerely,

Angie Banta

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "angieecostello@yahoo.com" <angieecostello@yahoo.com>
**To:** "Prescott Melanie Y CIV USN NAVSHIPYD NORFOLK VA (USA)" <melanie.y.prescott.civ@us.navy.mil>, "Christopher Nuneviller" <cnuneviller@mnbmeridian.com>
**Cc:**
**Sent:** Mon, Feb 9, 2026 at 12:38 PM
**Subject:** OPM Form 71

Hi Melanie,

I hope you had a wonderful weekend. I was a little unclear about how to complete the form, but I didn't have any luck reaching you by phone. If there are corrections that I need to make for the Donated Leave program, please advise.

Thank you, have a wonderful day!

Sincerely,

Angie Banta

**1 File** 7.5 kB

smime.p7s
7 kB

# Request for Leave or Approved Absence

**1. Name** *(Last, first, middle)*
Banta, Angie, Elizabeth

**2. Employee or Social Security Number (Enter only the last 4 digits of the Social Security Number (SSN))**
6818

**3. Organization**
900F Shop 06

| **4. Type of Leave/Absence** *(Check appropriate box(es) below)* | **Date** From | To | **Time** From | To | **Total Hours** |
|---|---|---|---|---|---|
| ☐ **Accrued Annual Leave** | | | | | |
| ☐ **Restored Annual Leave** | | | | | |
| ☐ **Advanced Annual Leave** | | | | | |
| ☐ **Accrued Sick Leave** | | | | | |
| ☐ **Advanced Sick Leave** | | | | | |

**Purpose:**
☐ Illness/injury/incapacitation of requesting employee
☐ Medical/dental/optical examination of requesting employee
☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
☐ Care of family member with a serious health condition
☒ Other

| | | | | | |
|---|---|---|---|---|---|
| ☐ **Compensatory Time Off** | | | | | |
| ☒ **Other Paid Absence** *(Specify in Remarks)* | July 8, 2026 | July 17, 2026 | 06:00 | 14:30 | 64 |
| ☐ **Leave Without Pay** | | | | | |

**5. Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information:

☐ **I hereby invoke my entitlement to Family and Medical Leave for:**

☐ Birth/Adoption/Foster Care
☐ Serious health condition of spouse, son, daughter, or parent
☐ Serious health condition of self

*Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act. Medical certification of a serious health condition may be required by your agency.*

**6. Remarks:**
According to the Code of Federal Regulations regarding an EEO complaint, I am entitled to "official time" to work on my investigation, statements. and affitdavits.

**7. Certification:** I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/ approved absence (and provide additional documentation, including medical certification, if required) and that falsification on this form may be grounds for disciplinary action, including removal.

**7a. Employee Signature**
Angie Banta [signature] Angie Banta 2026.01.29 09:25:34 -05'00'

**7b. Date**
July 13, 2026

**8a. Official Action on Request:** ☒ **Approved** ☐ **Disapproved**
*(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

**8b. Reason for Disapproval:**

**8c. Supervisor Signature** [signature] 70702

**8d. Date**
7/13/2026

**PRIVACY ACT STATEMENT**

Section 6311 of Title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: to the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to Title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

# Exhibit (X)

# NOTICE OF RIGHTS AND RESPONSIBILITIES

This is to notify you that you have the following rights and responsibilities regarding the processing of your complaint. It is important that you understand each of these as they may affect the way in which your complaint is processed. Please acknowledge these by placing your initials at the end of each paragraph. Your initials mean only that the counselor has presented this information to you.

**** If you require reasonable accommodation(s) to navigate the EEO discrimination complaint process, please contact ________________ at ________________ or via email at ____________.**

**1. <u>YOU HAVE THE RIGHT TO REMAIN ANONYMOUS DURING THE PRE-COMPLAINT (INFORMAL) PROCESS</u>.**

a. If you choose to remain anonymous, your anonymity is only protected during the pre-complaint (informal) stage of the complaint process.

b. If you file a formal complaint, your anonymity is no longer protected.

__✓__ I waive my right to anonymity during the informal process. QEB

I do not waive my right to anonymity during the informal process.

QEB
**(initials)**

**2. <u>YOU HAVE THE RIGHT TO REPRESENTATION THROUGHOUT THE COMPLAINT PROCESS INCLUDING THE COUNSELING STAGE. YOU ARE RESPONSIBLE FOR NOTIFING THE EEO OFFICE, IN WRITING, OF ANY REPRESENTATIVE (ATTORNEY OR NON-ATTORNEY) OBTAINED</u>.**

a. If you obtain a representative, you must provide written notice of your representative's name, address, and telephone number. All official correspondence shall be addressed to the representative, with copies provided to you. Time frames for receipt of materials shall be computed from the date you receive the correspondence, unless below applies.

b. If you designate an attorney as your representative, service of documents and decisions shall be made on the attorney and timeframes for receipt of materials shall be computed from the time of receipt by the attorney.

c. You must serve all official correspondence on the designated representative of the agency.

d. The EEO counselor acts strictly as a neutral in this process, is not your representative and does not serve as an advocate for any party.

________
**(initials)**
QEB

**3. YOU HAVE THE RIGHT TO CHOOSE BETWEEN ALTERNATIVE DISPUTE RESOLUTION (ADR) OR TRADITIONAL EEO COUNSELING (LIMITED INQUIRY).**

a. You will be provided additional information about each procedure. Please be advised the agency may decline to participate or offer ADR on a case by case basis.

b. You must indicate your choice on the Pre-Complaint Election Form.

AEB
(initials)

**4. YOU HAVE THE RIGHT TO RECEIVE IN WRITING A NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT AFTER A PERIOD OF NO MORE THAN 90 DAYS:**

a. The Notice of Right to File a Discrimination Complaint (NRTF) will inform you of:
   1) the right to file a formal complaint within 15 calendar days of receipt of the NRTF;
   2) the appropriate official with whom to file a formal complaint; and
   3) your duty to immediately inform the agency if you retain a representative.

b. If you elect Traditional EEO Counseling, you will receive the NRTF within 30 days of your initial EEO contact, unless you agree in writing to an extension. Any extension of the counseling period may not exceed an additional 60-calendar days. Where notice is not provided and you have not agreed to an extension you have the right to file a formal complaint after the 30th day.

c. If you agree to participate in the EEO ADR program, the NRTF will be issued upon unsuccessful completion of the dispute resolution process or within 90-calendar days of your initial EEO contact, whichever is earlier.

AEB
(initials)

**5. IF YOU ARE AN EMPLOYEE COVERED BY A COLLECTIVE BARGAINING AGREEMENT THAT PERMITS ALLEGATIONS OF DISCRIMINATION TO BE RAISED IN A NEGOTIATED GRIEVANCE PROCEDURE:**

a. You have the right to file an EEO complaint or grievance and raise the matter of alleged employment discrimination under either 29 CFR § 1614 or the negotiated grievance procedure, but not both.

b. If you file under 29 CFR § 1614, you may not thereafter file a grievance on the same matter. An election to proceed under a negotiated grievance procedure is indicated by the filing of a timely written grievance.

c. If your collective bargaining agreement allows allegations of discrimination and you raise these allegations in the grievance, you will not be allowed to later file an EEO discrimination complaint on the same issue

6. **YOU MAY BE REQUIRED TO CHOOSE BETWEEN THE EEO COMPLAINT PROCEDURE AND AN APPEAL TO THE MERIT SYSTEMS PROTECTION BOARD.**

a. If your allegation of discrimination is related to or stemming from an employment action that is appealable to the Merit Systems Protection Board (MSPB), you may file an EEO complaint under 29 CFR § 1614 ("mixed case complaint") or an appeal with MSPB ("mixed case appeal"), but not both. Whichever is filed first will be considered an election to proceed in that forum.

b. The following are examples of actions that are appealable to the MSPB:
- removal
- suspension for more than 14 days
- reduction in grade or pay
- furlough for 30 days or less
- reduction in force
- withholding of a within-grade salary increase
- OPM determinations regarding retirement applications and annuities
- employment practices required by OPM
- alleged violations of reemployment priority, restoration or other reemployment and reinstatement rights
- actions normally considered voluntary (i.e., retirement or resignation), which an employee can show were not voluntary.

c. You have 30 calendar days from the date of a personnel action to appeal to MSPB.

d. If you file a **mixed case appeal with MSPB** and MSPB dismisses the appeal for jurisdictional reasons, you have the right to contact an EEO Counselor **within 45 days** of receipt of the notice and to file an EEO complaint. The date on which you filed your appeal with MSPB will be deemed to be the date of the initial contact with the Counselor.

e. If you file a **mixed case complaint with the EEO Office**, it will be processed in the same manner as any other EEO complaint, except:

- Within 45 days of the completion of the investigation of your mixed case complaint, the agency must issue a final decision without a hearing before an Equal Employment Opportunity Commission Administrative Judge (EEOC AJ).

- You are not entitled to a hearing before an EEOC AJ on a mixed case complaint; however, if you file a timely appeal with MSPB from the processing of a mixed case complaint and MSPB dismisses it for jurisdictional reasons, you may have the right to a hearing before an EEOC AJ.

- If a final decision is not issued within 120 days of the date you filed you mixed case complaint, you may appeal to the MSPB at any time thereafter, or may file a civil action in U.S. District Court, but not both.

- If you are dissatisfied with the agency's final decision on the mixed case complaint, you may appeal to the MSPB (not EOOC) within 30 days of receipt of the agency's final decision, or you may file a civil action in U.S. District Court.

AEB ________ **(initials)**

7. **IF YOU DECIDE TO FILE A FORMAL COMPLAINT:.**

a. You must file your formal complaint within 15 calendar days of receipt of the Notice of Right to File a Discrimination Complaint (NRTF).

b. Only those claims raised in pre-complaint counseling or claims that are like or related to those that were raised in pre-complaint counseling may be alleged in a subsequent formal complaint filed with the EEO Office. A claim "like or related to" may include a claim with a different basis of discrimination based on the same facts. A later claim or complaint will be considered like or related to the original complaint if the later claim or complaint adds to or clarifies the original complaint and could reasonably have been expected to grow out of the original complaint.

c. The claim(s) alleged in the formal complaint must be sufficiently precise to describe the action(s) or practice(s) that form the basis of the complaint.

d. You may **amend** your complaint at any time prior to the conclusion of the investigation to add claims that are like or related to those raised in your pending complaint. After requesting a hearing, you may file a motion with the Administrative Judge to amend your complaint to include claims that are like or related to those raised in the pending complaint.

AEB ________ **(initials)**

**8. YOU HAVE THE RIGHT TO REQUEST A HEARING AND DECISION BEFORE AN EEOC ADMINISTRATIVE JUDGE OR AN IMMEDIATE FINAL AGENCY ACTION.**

a. The agency has 180 days from the filing of your formal complaint to complete its investigation. By written agreement between you and the agency, the time limit for completion of the investigation can be extended for not more than an additional 90 days.

b. If you amend your complaint, the agency will have until the earlier of 180 days after the last amendment or 360 days after the filing of the original complaint, to provide you with a copy of the investigative file.

c. 29 CFR § 1614.606 requires the agency to consolidate for joint processing two or more complaints filed by the same complainant (even if the claims are not like or related) after appropriate notice to the complainant. When a complaint has been consolidated with one or more earlier complaints, the agency shall complete its investigation within the earlier of 180 days after the filing of the last complaint or 360 days of the filing of the first complaint.

d. You have the right to request a hearing before an EEOC Administrative Judge (EEOC AJ), except in a mixed case, after 180 calendar days from the filing of your complaint or after completion of the investigation, whichever comes first.

e. Within 30 calendar days of your receipt of the investigative file, you have the right to request (1) a hearing and decision from an EEOC AJ or (2) an immediate Final Agency Decision.

f. If you request a hearing before an EEOC AJ, you are required to submit the hearing request directly to the EEOC with a copy to the EEO Office. You must certify to EEOC that a copy of your request for a hearing was sent to the agency. Failure to provide the agency with a copy of the hearing request could result in forfeiture of your right to a hearing.

g. You must send your request for a hearing to:

Equal Employment Opportunity Commission
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202

**or filed electronically through the EEOC public portal at https://publicportal.eeoc.gov/Portal.**

h. You must also send a copy of your request for a hearing to the following agency official:

Department of the Navy
U.S. Fleet Forces Command
EEO Center of Excellence, N1EEO
Bldg 15, 2nd Floor, Room 218, Norfolk Naval Shipyard
Portsmouth, VA 23709-5000

QEB (initials)

9. **YOU HAVE THE RIGHT TO FILE A CIVIL ACTION IN U.S. DISTRICT COURT:**

a. 180 calendar days after filing your formal complaint;

or

b. 180 calendar days after filing an appeal.

QEB (initials)

10. **CLASS COMPLAINTS**

a. A class is defined as a group of employees, former employees, or applicants who are alleged to have been adversely affected by an agency personnel policy or practice which discriminates against the group on the basis of their common race, color, religion, sex, national origin, age, genetic information, or disability.

b. A class complaint is a written complaint of discrimination filed on behalf of the class by the agent of the class, alleging that: (1) the class is so numerous that a consolidated complaint by the members of the class is impractical, (2) that there are questions of fact common to the class, (3) that the claims of the agent of the class are typical of the claims of the class, and (4) that the agent of the class and, if represented, the representative will fairly and adequately protect the interests of the class.

c. The agent of the class is a class member who acts for the class during the processing of the class complaint.

d. If you decide to file a class complaint, the EEO Counselor will provide you with additional information about class complaint procedures and the responsibilities of the class agent.

QEB (initials)

11. **YOU HAVE A DUTY TO KEEP THE EEO OFFICE AND THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) INFORMED OF YOUR CURRENT MAILING ADDRESS AND TO SERVE COPIES OF APPEAL PAPERS ON THE EEO OFFICE.**

a. It is your responsibility to keep the EEO Office responsible for processing your complaint informed of any changes in your address or telephone number or other matters pertaining to your complaint.

b. Your complaint may be dismissed for failure to pursue if you cannot be located.

QEB (initials)

12. **OFFERS OF RESOLUTION**

After a formal complaint is filed, the agency may make an "offer of resolution" pursuant to 29 CFR § 1614.109(c). Rejection of the agency's offer of resolution may result in the limitation of the agency's payment of attorney's fees or costs if you subsequently obtain less relief than had been offered.

AEB **(initials)**

13. **IF THE FINAL AGENCY ACTION RESULTS IN A FINDING OF DISCRIMINATION OR REPRISAL, YOU MAY BE ENTITLED TO RELIEF.**

a. Relief may include backpay, retroactive personnel actions, expunging or correcting records, attorney's fees, compensatory damages, and any other appropriate relief.

b. If you claim compensatory damages, you are required to provide objective evidence of harms, losses or injuries, and you must establish a connection between the discriminatory conduct and any claimed injury.

c. Compensatory damages may include payment for past pecuniary losses, future pecuniary losses, and non-pecuniary losses.

AEB **(initials)**

14. **YOU HAVE THE RIGHT AS A PREVAILING PARTY TO RELIEF, INCLUDING A REQUEST FOR COMPENSATORY DAMAGES.**

a. If the final agency action results in a finding of discrimination and/or reprisal, you are entitled to relief.

b. Relief may include backpay, retroactive personnel actions, expunging or correcting records, attorney's fees, compensatory damages, and any other applicable relief. However, attorney fees and/or compensatory damages are not available for some types of complaints, such as ADEA and EPA complaints. Attorney fees generally are not payable for the informal counseling stage. Compensatory damages are not available for disparate impact cases or in a Rehabilitation Act case where the employer has acted in good faith to provide reasonable accommodation.

c. If you claim compensatory damages, you are required to provide objective evidence of compensatory damages and how they were caused by the alleged discrimination and/or reprisal.

AEB **(initials)**

15. **YOU HAVE THE DUTY TO MITIGATE DAMAGES**

If you are a prevailing party and you are seeking damages, you may have to show how you determined them and understand that they may be subject to reduction - e.g., interim earnings or

amounts that could be earned by the individual with reasonable diligence generally must be deducted from an award of back pay.

AEB (initials)

## 16. HOW YOU MAY ALLEGE A VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA):

a. You may file an administrative age discrimination complaint with the EEO Office. If you elect to file an administrative complaint, you must exhaust administrative remedies before you may file a civil action in U.S. District Court.

Alternatively, you may bypass the administrative complaint process, and file a civil action in a U.S. District Court under the Age Discrimination in Employment Act (ADEA) after giving the EEOC not less than 30 days notice in writing of the intent to file such an action. The notice must be submitted by mail, personal delivery, or facsimile within 180 days of the occurrence of the alleged unlawful practice. The notice must be mailed to:

Equal Employment Opportunity Commission
Office of Federal Operations
Federal Sector Programs
P.O. Box 77960
Washington, D.C. 20013

Or hand delivered to:

Equal Employment Opportunity Commission
Office of Federal Operations
Federal Sector Programs
131 M Street N.E.
Washington, D.C. 20507-0004

Or sent by Fax to:
(202) 663-7022

b. The notice of intent to sue should be dated and must contain the following information:

1) statement of intent to file a civil action under Section 15(d) of the Age Discrimination in Employment Act of 1967, as amended;
2) name, address, and telephone number of the employee or applicant;
3) name, address, and telephone number of the complainant's designated representative, if any;

4) name and location of the federal agency or installation where the alleged discriminatory action occurred;
5) date on which the alleged discriminatory action occurred;
6) statement of the nature of the alleged discriminatory action(s); and
7) signature of the complainant or the complainant's representative.

AEB
(initials)

17. HOW YOU MAY ALLEGE A VIOLATION OF THE EQUAL PAY ACT:

a. If you are alleging sex-based wage discrimination under the Equal Pay Act (EPA), you may file BOTH an administrative complaint and a civil action in U.S. District Court simultaneously, and you do not have to provide notice to the EEOC of your intent to sue.

b. If file an administrative complaint alleging sex-based wage discrimination, it will be processed like any other Title VII complaint under 29 CFR § 1614.

c. A civil action must be filed within **2 years** of the date of the occurrence (or within **3 years if a willful violation is alleged). This time limit for filing a civil action applies even if you file an administrative complaint.**

AEB
(initials)

**18. IN PRESENTING YOUR DISCRIMINATION COMPLAINT, YOU HAVE THE RIGHT TO BE FREE FROM RESTRAINT, INTERFERENCE, COERCION, HARASSMENT, DISCRIMINATION, AND REPRISAL.**

AEB
(initials)

**19. USE OF OFFICIAL TIME.**

You are entitled to a reasonable amount of official time in presenting your discrimination complaint and to respond to agency requests for information. Official time must be requested in advance and approved by your supervisor.

AEB
(initials)

**I have received a copy of my rights and responsibilities as stated.**

[signature]
(Signature of Aggrieved)

1-9-2026
Date

**IF ADR IS NOT ELECTED:**

**I grant an extension of XX days (No more than 60 days) to the processing of my informal complaint. With the extension, processing of my complaint will take between 30 to 90 days from the date I contacted EEO Office signifying my intent to enter into the informal complaint process.**

**Signature of Aggrieved)** 1-9-2026 **Date**

# PRECOMPLAINT ELECTION FORM

In accordance with 29 CFR § 1614, you are hereby advised that Alternative Dispute Resolution (ADR) is available and you may elect to engage in either the Department of Navy's ADR Process or Traditional Precomplaint EEO Counseling. If you indicate below that you are interested in ADR, you will be advised if management also agrees to participate.

________ I have no interest in pursuing this matter in the EEO process and hereby wish to withdraw my contact.

QEB I wish to use the Alternative Dispute Resolution (ADR) Process for my EEO concerns, if management agrees to participate. I understand that this decision is final and once I elect ADR the traditional EEO counseling process will cease and the focus will be on resolution of my issues using a mediator. I further understand that if resolution is not achieved that I retain the right to file a formal complaint of discrimination at the conclusion of the precomplaint process.

________ I wish to use Traditional Precomplaint EEO Counseling.

________ I have no interest in pursuing my concerns in the EEO process and wish to withdraw my contact, but would be interested in a referral to the ADR Program Manager for information about ADR for non-EEO related workplace disputes.

[signature]
NAME

1-9-2026
DATE

Details of August 21st meeting with Mr. Sasser and HR

I arrived early, and met Mr. Sasser in the hallway. He asked if I wanted to call a union representative. I asked him if the meeting was disciplinary. He said it wasn't, so I told him the union representative wouldn't be necessary. He said HR would be attending, at the appointed time, and I asked if we could get started without them.

Once in the office, we had a general discussion about all of the different policies that were not being followed in 900.F, that had led to my situation, as well as many others in the code. He simply sat quietly and stared at me, not much interaction at all, until I explained my reasonable accommodations request. He said he could not “authorize administrative leave at this time.” I responded that it was the only reasonable accommodation available to me. He told me that I would need to follow up with the people that process RA requests.

Ms. Richardson, the director of HR, then arrived, with the new director of LER. I don't remember her name, but she didn't participate in the conversation at all.

Ms. Richardson reiterated that the only way I could get transferred to another chain of command was by applying for a different job somewhere else in the government, via USA jobs. I have tried that in the past, and had no success finding an open position that matches my skillset and paygrade. When I explained that to her, she said, “I'll say it again, the only way that you can get moved to another duty station, is to apply for a job on USA jobs.” I said, “Yes ma'am, you said that.” She said, “And I'll say it a third time, THE ONLY WAY YOU CAN TRANSFER IS TO APPLY FOR A DIFFERENT POSITION ON USAJOBS.COM” I thanked her for the information.

I asked her about the harassment complaint process. She said, “I know ALL ABOUT everything that has happened, and we're only investigation the recent stuff.”

I said, “Ok, my question was about the process itself. How long does it take, and what sort of outcome can I expect?”

Ms. Richardson responded that I wouldn't be privy to the process or any outcome.

I then said that if they had trouble finding evidence of my complaint, than the investigator should feel free to contact me, and I would be happy to provide it.

Ms. Richardson then said, “OOOOHHhhhhh! Don't worry about THAT, the investigator will definitely be in touch, because YOU'RE going to be investigated too!”

I told her that was fine. I was used to being under a microscope, and concluded with, “My entire life is an open book.”

Then I was asked to leave the room, as Ms. Richardson said the meeting was over. I turned to Mr. Sasser, and asked if we might continue our previous discussion, after HR and LER completed theirs. He said that would be fine, and I should wait outside. I did, and when I returned to the room, I noticed Ms. Richardson had left her coffee cup behind, and called out to her in the hallway so she could retrieve it.

Then Mr. Sasser listened, while I continued my list of violated policies. We concluded the meeting with

Mr. Sasser reminding me to follow up with the people in RA. He said there were only a couple of them, to service the entire shipyard. I thanked him for his time and left.

# Exhibit (Y)

# FW: [Non-DoD Source] Constructive Termination of Angie Banta

From: Powe, Shavonia L CIV (USA) (shavonia.l.powe.civ@us.navy.mil)

To: alphonso.d.hayes2.civ@us.navy.mil

Cc: angieecostello@yahoo.com; greer.j.mike.civ@us.navy.mil; kenneth.l.sasser.civ@us.navy.mil; shavonia.l.powe.civ@us.navy.mil; joy.p.hawthorne.civ@us.navy.mil

Date: Tuesday, September 8, 2026 at 08:47 AM EDT

Good afternoon, Mr. Hayes~

Please read Ms. Banta concerning with her been terminated.

---

**From:** angieecostello@yahoo.com <angieecostello@yahoo.com>
**Sent:** Tuesday, September 8, 2026 8:24 AM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>; Powe, Shavonia L CIV (USA) <shavonia.l.powe.civ@us.navy.mil>; Hawthorne, Joy P CIV (USA) <joy.p.hawthorne.civ@us.navy.mil>; Hawthorne, Joy P CIV (USA) <joy.p.hawthorne.civ@us.navy.mil>; Mcpherson, Shaun P CIV (USA) <shaun.p.mcpherson.civ@us.navy.mil>; Smith, Jason A CIV USN NAVSHIPYD NORFOLK VA (USA) <jason.a.smith19.civ@us.navy.mil>; Sasser, Kenneth L CIV (USA) <kenneth.l.sasser.civ@us.navy.mil>; Jones, Ursula C CIV USN NAVSHIPYD NORFOLK VA (USA) <ursula.c.jones.civ@us.navy.mil>; Jones, Ursula C CIV USN NAVSHIPYD NORFOLK VA (USA) <ursula.c.jones.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Constructive Termination of Angie Banta

To Whom It May Concern:

I have been constructively terminated from my employment at NNSY.

I blew the whistle in 2024, concerning many workplace improprieties, lack of adherence to shipyard policies and CFR's that I personally witnessed, (and was victimized by) on a regular basis. Since that time I have been retaliated against, in every conceivable way, by my chain of command, as well as certain people on my own level.

Though I have continued to be a prompt, dependable, and efficient employee throughout my tenure here, the situation continued to escalate, until in desperation, I contacted the EEO in December of 2025.

Since then, the harassment, coercion, intimidation, humiliation, and outright disregard for my personal wellbeing by this organization has reached such a frenzied pitch as to force me to seek out professional mental/physical health care to deal with the ensuing depression and anxiety that continuing to work in such an environment has caused. I filed for FMLA, and it was botched on my work record. I painfully begged for the next person in my chain of command to escalate the issue to, in adherence to NNSY rules and policies. I have been ignored and disregarded by some of the top people in my code, all of which is well documented.

I have been removed from the position that I was originally hired for, and relocated, (STILL under Jason Smith) to a work location that doesn't have any meaningful work for my skillset. There, 900.F (and it's leadership cronies) still had access to me, to abuse, harass, and intimidate. I am now surrounded by gossipmongers whom I have never met, who say horrible things about me to my workmates. About two weeks ago, I filed for Reasonable Accommodations, to alleviate some of the mental anguish, as well of physical stress that NNSY has caused me to suffer. This request has also been ignored. All of this is well documented as well.

I have asked for Official Time to work on my EEO complaint investigation, and Jason Smith has disapproved the

request, twice. This makes perfect sense, if one considers that he is one of the main perpetrators of the abuse, and who I originally went to with my whistleblower complaint in 2024. I remain inexplicably under his authority while the investigation continues. I have done my best to participate in the investigation anyway, bringing my personal laptop and extension cord to work, in order to do so.

I have been ignored by HR. When Ursula Jones advised me to file an internal harassment complaint, I did so. This resulted in a meeting , (which I thought was about my Reasonable Accommodations packet,) with Mr. Sasser and Ms. Richardson from HR. I was told in that meeting, that I would also be investigated because I had filed the complaint. My reasonable accommodations were verbally declined, and there has been no further explanation since.

Meanwhile, my immediate supervisor is forced to report every request I make by my abusers, and simply cannot intervene. There is no where else for me to turn , and there is no further employment opportunity for me at NNSY. As of last week, I was marked LWOP, and AWOL, indicating my permanent and constructive termination.

There comes a point where one must consider one's own health and wellbeing, above a paltry paycheck. This is that point for me. My self respect has never been on offer to any employer, and it's not now, either. I refuse to continue to allow myself to be abused in my workplace.

For the reasons stated above, any further contact from this organization or the individuals in it, should be routed through my attorney, whose address is included in the email distribution of this document.

Angie E. Banta
Badge #097517

smime.p7s
8.1 kB

**Fw: Angie Banta** angieecostello@.../Inbox

**Christopher Nuneviller** <cnuneviller@mnbmeridian.com> Apr 24 at 8:45 AM
To: angieecostello@yahoo.com <angieecostello@yahoo.com>

[redacted]

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, April 24, 2026 08:35
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good morning,

Management has identified two option for Ms. Banta upon her reporting back to work. She can have the choice of either working for the:

1. Environmental Service Group- spill response, off hull water collection and disposal
   1. Stagger work schedule- Tuesday-Saturday (Sun-Mon Off) or Sunday-Thursday (Fri-Sat Off), overtime available as needed
   2. Standard hours: 0720-1600
   3. **Supervisor-** Johntel Gates, **General Foreman-** Joeseph Joliquer, **Branch Head-** Patrick Williams

2. Temporary Facility/Self Help Group- material handling, facility support, miscellaneous
   1. Monday-Friday, overtime available as needed
   2. Standard hours: 0600-1430
   3. **Supervisor-** Shaun McPherson, **General Foreman-** Gary Harvey, **Branch Head-** Robert Phillips

The second option technically falls outside the main duties of her position description but it is being offered as an alternative due to the staggered shift schedule of the first option. The main duty location for the second option is currently at St. Julian's Creek Annex.
Once I receive your response, I will advise management to provide the exact reporting details needed for her return.

V/r,

Kim Karle

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Friday, April 17, 2026 2:04 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] Re: Angie Banta

Thank you. While approved it has not Ben proceeded by the personnel office. According to Miss Banta's conversation with Melanie Prescott, Mr. Harrison doesn't know how to process the approval in the I don't know if it's SCALDA Or whatever personnel system NAVSEA uses.

Thanks.

Get Outlook for iOS

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Friday, April 17, 2026 14:02
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** RE: Angie Banta

Good afternoon Christopher,

Acknowledging receipt. I have attached Ms. Banta's approved request for FMLA leave. Based on the dates requested, I believe she is not due to return to work until April 27th. If she wants to return earlier, please advise. I should be able to provide additional information about her return next week.

V/r,
Kim

CUI:
Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107

CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client/Attorney Work Product Privileged
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

---

**From:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Sent:** Friday, April 17, 2026 12:54 PM
**To:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Subject:** [Non-DoD Source] RE: Angie Banta

Ms. Karle:

Please See our attached correspondence with regard to Miss Angela Banta. Miss Banta is scheduled to return to work on Tuesday, April 21st, the date we believe her FMLA ends.

I look forward to hearing from you this afternoon or Monday morning regarding the plan for returning Miss Banta to her position.

VR,

Christopher.

Christopher Nuneviller, Esq.
MAJ, JA, USA (Ret)
Managing Partner, MNB Meridian Law Ltd.

Main: (215) 268-3003
Direct: (215) 367-3761
Email: cnuneviller@mnbmeridian.com

- - - - - - -

CONFIDENTIALITY (ATTORNEY CLIENT) NOTICE: This transmission may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at mnbmeridianlaw.com.

IRS CIRCULAR 230 NOTICE: To ensure compliance with Internal Revenue Service Circular 230 requirements, we inform you that any U.S. federal tax advice contained in this communication, including all attachments, is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

---

**From:** Karle, Kimberly E CIV USN NAVSHIPYD NORFOLK VA (USA) <kimberly.e.karle.civ@us.navy.mil>
**Sent:** Thursday, February 5, 2026 4:17 PM
**To:** Christopher Nuneviller <cnuneviller@mnbmeridian.com>
**Subject:** Angie Banta

Good afternoon Mr. Nuneviller,

Your messages to my clients in Norfolk Naval Shipyard have been referred to me as legal counsel. You may send all correspondence regarding Ms. Banta directly to me from this point forward. I am in the process of reviewing the information available and I would be happy to speak with you about your client's situation on Monday, February 9th in the morning. If you are available between 0900-1200, we can schedule a time to chat.

V/r,

Kimberly Karle
CPL Section Head
Norfolk Naval Shipyard Office of Counsel
kimberly.e.karle.civ@us.navy.mil
Office – 757-396-8625

NOTICE: This e-mail contains confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Controlled by: Department of the Navy
Controlled by: Norfolk Naval Shipyard, Office of Counsel, Code 107
CUI Category: PRVY
Distribution/Dissemination Control: Attorney Client
POC: Kimberly Karle, Kimberly.e.karle.civ@us.navy.mil

# Exhibit (Z)